IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 17 2019

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.1:18-CR-7 |
| v. | § | |
| | § | Judge Crone |
| JOEL VARGAS (3) | § | |
| ANGELICA MARIA VARGAS (5) | § | |

## SECOND SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2314
(Interstate Transportation of
Stolen Property)

On or about December 17, 2017, **Joel Vargas** and **Alfonso Escobar Sosa**, defendants, and others both known and unknown to the Grand Jury, did cause to be transported and transferred in interstate commerce from the State of Texas to Mexico, goods, wares, and merchandise of a value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, to wit, approximately $38,094 in tires stolen from Goodyear Commercial Tire & Service Center in Beaumont, Texas.

All in violation of 18 U.S.C. §§ 2314 and 2.

### Count Two

Violation: 18 U.S.C. § 2314
(Interstate Transportation of
Stolen Property)

On or about December 22, 2017, **Joel Vargas** and **Alfonso Escobar Sosa**, defendants, and others both known and unknown to the Grand Jury, did cause to be transported and transferred in interstate commerce from the State of Texas to Mexico, goods, wares, and merchandise of a value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, to wit, approximately $33,100 in tires stolen from Goodyear Commercial Tire & Service Center in Longview, Texas.

All in violation of 18 U.S.C. §§ 2314 and 2.

## Count Three

Violation: 18 U.S.C. § 371<br>(Conspiracy)

From on or about January, 2008, the exact date being unknown, until on or about January 18, 2018 in the Eastern District of Texas and elsewhere, **Joel Vargas and Angelica Maria Vargas** Defendants herein, did knowingly, willfully, and unlawfully conspire, combine, confederate, and agree with each other and others known and unknown to the Grand Jury, to transport stolen tires in interstate commerce, in violation of 18 U.S.C. §§ 2314 and 2.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the Defendants and co-conspirators performed the following overt acts in the Eastern District of Texas, among others:

a. On or about January 18, 2018, Danielle Marie Ybarra, Arthur Vargas, Jr., and Barkhi Ben Holley, transported approximately 104 stolen tires from the State of Louisiana to the State of Texas, and were arrested in Beaumont, Texas.

b. On or about December 17, 2017, **Joel Vargas** and Alfonso Escobar Sosa, defendants herein, burglarized Goodyear Commercial Tires & Service in Beaumont, Texas.

c. On or about December 22, 2017, **Joel Vargas** and Alfonso Escobar Sosa, defendants herein, burglarized Goodyear Commercial Tires & Service in Longview, Texas.

All in violation of 18 U.S.C. § 371.

## Count Four

Violation: 18 U.S.C. § 1512(b)(1)
(Tampering with a Witness,
Victim, or Informant)

Between on or about April 12, 2018 and April 23, 2018, the exact date being unknown, in the Eastern District of Texas, the defendant, **Joel Vargas**, did knowingly attempt to intimidate, threaten, and corruptly persuade R.G. by telling his father, M.G., that R.G. needed to recant his statement to the police about the defendant, and that if "they" became aware of R.G.'s cooperation, R.G. and M.G. could be hurt, with the intent to influence, delay or prevent the testimony of R.G. in a federal grand jury investigation or trial, in violation of Title 18, United States Code, Section 1512(b)(1).

A TRUE BILL

*MF*
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
CHRISTOPHER TORTORICE
ASSISTANT U. S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.1:18-CR-7 |
| v. | § | |
| | § | Judge Crone |
| JOEL VARGAS (3) | § | |
| ANGELICA MARIA VARGAS (5) | § | |

## NOTICE OF PENALTY

### Counts One and Two

Violation:   18 U.S.C. § 2314 (Interstate Transportation of Stolen Property)

Penalty:   Not more than ten (10) years imprisonment; a fine of not more than $250,000 (or twice the pecuniary gain to the defendant or loss to the victim), or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Count Three

Violation:   18 U.S.C. § 371 (Conspiracy)

Penalty:   Not more than five (5) years imprisonment; a fine of not more than $250,000 (or twice the pecuniary gain to the defendant or loss to the victim), or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00

## **Count Four**

Violation:    18 U.S.C. § 1512(b)(1) (Tampering with a Witness, Victim, or Informant)

Penalty:      Not more than twenty (20) years imprisonment; a fine of not more than $250,000 (or twice the pecuniary gain to the defendant or loss to the victim), or both. A term of supervised release of not more than three (3) years.

Special Assessment: $100.00