Exhibit 15 - 1/19/18 Meeting in San Antonio

00001:01  HERNANDEZ:  I went and got a... I

02  went and got clothes and a uniform

03  and everything, and I was walking

04  up, and he goes, where you

05  going to go?  I'm going to a bar, I

06  going to meet somebody. I'm

07  going to sit on her couch.  That was,

08  that was, uh, (UI). I'm off the couch,

09  I'm off the couch.  Yo, man.

10  RIGBY:  They're the craziest among

11  all of us, trust me. Seen it

12  played out in all kinds of

13  ways.

14  HERNANDEZ:  What time do you get off

15  of work?  Hello? Hello? Hello?

16  Hello? Tried to answer the

17  fucking... Hey, we're pulling in

18  right now. We're passing the,

19  we're passing the... okay, so,

20  we'll just stay in the street

21  and you can come out, when we

22  come out. That black, that

23  black, uh, key wrench. The...

24  Yeah, the big boy. Okay? All

25  right. You know he could be

00002:01   in church instead of partying

02   and shit, but a lot of

03   churches (UI). Whew. (UI).

04   Take a right, you are going

05   to come out with me. Stay in

06   the same spot.

07   RIGBY:  That's him right there.

08   HERNANDEZ:  Huh? Oh there he is, there

09   he is. (UI). His license, J...

10   RIGBY:  John Mary Sam 3-2-4-4. John

11   Mary Sam 3-2-4-4.

12   HERNANDEZ:  I don't have my glasses.

13   What kind of car is that?

14   RIGBY:  Looks like a uh, Buick.

15   Mariner? Who makes a Mariner?

16   HERNANDEZ:  I don't know. (UI). Maybe

17   there's a wire, we're gonna probably

18   have to get all eight tires now. We

19   could stack them up. That ought to

20   do it, but -- I think I'm going in

21   front of him, because he -- that's

22   probably why he's parked right here.

23   Right here?

24   VARGAS:  That's fine. (UI) I'll follow

25   you.

00003:01   HERNANDEZ:  Okay. I think I know how

02   to do it. You put uh, you put one

03   like this. One, two, three, four,

04   five, and then you can put the other

05   one like that.

06   RIGBY:  Mountaineer. Merc --

07   Mountaineer is a... (UI).

08   HERNANDEZ:  Hmm? Looks like you're

09   having a good day, man. Your sandals,

10   your (UI).

11   RIGBY:  Woke him up.

12   HERNANDEZ:  I thought that was a dog

13   right there.

14   RIGBY:  What?

15   HERNANDEZ:  I saw that white thing,

16   blowing.

17   RIGBY:  Oh.  What is it?

18   HERNANDEZ:  It's just a foam plate, but

19   I thought it was a dog at first.

20   RIGBY:  Are you scared of dogs, or

21   what?

22   HERNANDEZ:  No, I, I actually have a lot

23   of dogs.

24   RIGBY:  Yeah?

25   HERNANDEZ:  I've got like eight. I've got

00004:01  two at my ranch in Seguin, two at my ranch

02  in Alacopa, and uh, at my mom's house,

03  I've got two and at my house, I've got two.

04  Old, old um, old, an old English bulldog...

05  RIGBY:  Mmm-hmm.

06  HERNANDEZ:  A poodle, some Rottweilers, a

07  fucking, uh, cattle dog -- Blue Heelers?

08  Believe it or not, one of them is named

09  Mary and Jane.

10  RIGBY:  Oh, yeah?

11  HERNANDEZ:  Mary Jane.

12  RIGBY:  I'll be.  Wonder where you came up

13  with that.

14  HERNANDEZ:  My brother's friend.  Because

15  I named one Mary and I forgot what I named

16  the other one, and then my friend goes, hey,

17  name her Jane, because they're sisters.

18  RIGBY:  (UI).

19  HERNANDEZ:  Yeah. Yeah it's funny, isn't

20  it? I won't, I won't even touch these. The

21  only thing I've ever done is -- I mean when

22  I was young, I did cocaine when I was young

23  but now is, I get tooth medicine, because I,

24  I am afraid of dentists. I'm not afraid of

25  nothing, but I hate dentists. So, I soak a

00005:01  cotton ball and I put it on my teeth. The

02  Novocain. But I will just soak it, because

03  I have a cracked tooth.

04  RIGBY:  Oh, yeah?

05  HERNANDEZ:  And I won't go to the dentist.

06  RIGBY:  And it helps or what?

07  HERNANDEZ:  Yeah. The Novocain is, uh, the

08  tooth medicine. But I soak and I just keep

09  it -- There you go. I just keep that in my

10  mouth. That helps it. And my daughter, loves

11  those shoes like that.

12  VARGAS:  What's that?

13  HERNANDEZ:  You got the uh, Nike shoes.

14  VARGAS:   I hate them, bro.

15  HERNANDEZ:  You hate them?

16  VARGAS:  (UI). I had twenty-four the other day,

17  but they went fast.

18  HERNANDEZ:  (UI).

19  VARGAS:  Yeah, I had twenty-four (UI). Going

20  for one twenty-five Dunlops.

21  HERNANDEZ:  Oh, Dunlops. Dunlops are good

22  ones, too, man.

23  VARGAS:  (UI) They were like, they were fucking

24  deep, fucking kinda (UI).

25  HERNANDEZ:  How many of these have you got

```
00006:01  left?
       02  VARGAS:  I think I've got ten, or twelve.
       03  HERNANDEZ:  Three, four, five --
       04  VARGAS:  I think I've got two of them sold
       05  because a friend of mine, a friend of mine
       06  needs them for his fucking truck. (UI).
       07  HERNANDEZ:  Hey, I've got a question I'm
       08  going to ask you.  I was telling him, because
       09  he is the one that needs more of them...
       10  VARGAS:  Okay.
       11  HERNANDEZ:  And Cowboy is going to get some
       12  more.
       13  VARGAS:  Oh, okay.
       14  HERNANDEZ:  Next uh... like Friday, well
       15  see if I get some more Friday.
       16  VARGAS:  I'll probably ask him about it
       17  tonight.
       18  HERNANDEZ:  Okay. But I've got a dude,
       19  I've got a buddy in, uh... Okay, so, but
       20  he's in Louisiana. Y'all ever go to the
       21  border and shit? Pick up stuff over there?
       22  'Cause, I got a guy in Louisiana
       23  VARGAS:  I gotten close to Louisiana.
       24  I got out there by um...
       25  HERNANDEZ:  Or Lawton, Oklahoma area?
```

```
00007:01  VARGAS:  Is it Beaumont, or is it

      02  HERNANDEZ:  Oh! Beaumont. Oh that's,

      03  that's uh --

      04  VARGAS:  No, it's not Beaumont. It's

      05  uh...

      06  HERNANDEZ:  Baytown over there. Right

      07  after you pass Houston,

      08  right?

      09  VARGAS:  Mmm-hmm.

      10  HERNANDEZ:  Yeah, I know what you're

      11  talking about.

      12  VARGAS:  Louisiana. That's closer to

      13  the bottom, right? I'm trying to think.

      14  HERNANDEZ:  Louisiana past Port Arthur?

      15  VARGAS:  Yeah, I am always in that area.

      16  That is where the fucking tires come

      17  from.

      18  HERNANDEZ:  Yeah, that's what I am

      19  saying. 'Cause I have a guy that works

      20  at the warehouse over there. I think

      21  it's a TWA. He was telling me...

      22  VARGAS:  The T like the...

      23  HERNANDEZ:  The T

      24  VARGAS:  Like the fucking truck -- At

      25  the truck stop over there?
```

```
00008:01  HERNANDEZ:  No, no, no, not T -- TWA.

      02  VARGAS:  Oh, TW, Truck Wise.

      03  HERNANDEZ:  Truck, truck, truck

      04  yeah.

      05  VARGAS:  I think that's Goodyear,

      06  right?

      07  HERNANDEZ:  Yeah, that's Goodyear,

      08  Goodyear. So, he had a... he had a

      09  bunch of them and I was... I said man

      10  I don't, I don't know anybody that'd

      11  go get them. But he works there, so

      12  he was gonna try to give me the

      13  information. But I say --

      14  VARGAS:  Oh, okay.

      15  HERNANDEZ:  I don't want these guys

      16  to go all the way -- fuck way over

      17  there, y'all are going out of

      18  town.

      19  VARGAS:  (UI). I haven't gone out of

      20  Texas recently, but (UI) Texas usually,

      21  all in that area.  That's where all

      22  the tires are at. That's where all

      23  the rental are...

      24  HERNANDEZ:  And then, then I...

      25  VARGAS:  I haven't hit the T there.
```

00009:01  I wonder if my brother has, but I

02  haven't.

03  HERNANDEZ:  But then, and then, I used

04  to work at a truck stop in Lawton,

05  which is right over the border in

06  Oklahoma, too, so that's why I was

07  asking. 'Cause I need --

08  VARGAS:  I heard there's a lot of shit

09  there by Oklahoma. I go -- I wanted to

10  go like hit -- (UI) she talk to her.

11  HERNANDEZ:  Yeah.

12  VARGAS:  (UI).

13  HERNANDEZ:  Yeah, yeah.

14  VARGAS:  So, she didn't even get into

15  the building (UI). 'Cause they made

16  the fucking trailers brand new, so

17  I had, fucking, a warehouse full of

18  tires cause they put them on

19  trucks and they make them. And the

20  trailers...

21  HERNANDEZ:  Oh, I see.

22  VARGAS:  So, somebody will find you

23  (UI) that way. They make fucking

24  trailers and they make fucking

25  trucks and y'all find a warehouse

00010:01  full of fucking tires, too, so it

02  just depends.

03  HERNANDEZ:  Okay. That's why I'm asking.

04  'Cause like I said, I was gonna get back

05  into my roadside assistance, but I, I

06  wouldn't want to buy... What he did --

07  We have a buddy that were telling about

08  this and he was gonna -- What he said

09  like man you probably get, he was going

10  to do fifty tires. Man if they can get

11  me a whole truck load, I might get

12  them, but he wants them bound for

13  Mexico.

14  VARGAS:  Why does he want them to go

15  to Mexico?  They're more expensive in

16  Mexico, right?

17  HERNANDEZ:  Because you can't -- Because

18  Mexico, you can't really get a lot of

19  stuff over there. So, like the trucks

20  here, that all the equipment? They

21  break them up and they sell them in

22  pieces.

23  VARGAS:  They chop them up.

24  HERNANDEZ:  Yeah, they chop them up and

25  sell them there.

00011:01  VARGAS:  They're not allowed to take

02  them over there, right?

03  HERNANDEZ:  They're not allowed to take

04  the whole equipment over there.

05  VARGAS:  That's why I wasn't sure. A

06  lot of people told me that they like...

07  (UI) chop them up and cross them over,

08  and then come back here. Like, what

09  the fuck?

10  HERNANDEZ:  But if you go fucking all the

11  way over there, if youre already going to

12  Oklahoma or Louisiana, then maybe we

13  break bread. If y'all heading that way.

14  VARGAS:  Give me a week or so. (UI).

15  Like I said, there's a lot of shit out

16  there in that area.  A lot of shit.

17  HERNANDEZ:  Okay.

18  VARGAS:  That's where all the warehouses

19  are. Goodyear's out there, Mich --

20  Everybody's out there.

21  HERNANDEZ:  Yeah.

22  VARGAS:  I think Goodyear has a plant

23  out there, I think.

24  HERNANDEZ:  Oh, shit.

25  VARGAS:  They make the tires out there.

00012:01   HERNANDEZ:  Damn. Well, you said 150,

02   right? (UI)

03   VARGAS:  Yeah, as close to the fuckin'

04   (UI).

05   HERNANDEZ:  And, I know -- I know they said

06   200, but I --

07   VARGAS:   (UI).

08   HERNANDEZ:  I was telling him that I was

09   going to try to make money when I was gonna

10   sell them.

11   VARGAS:  Aw, That's cool. (UI).

12   HERNANDEZ:  But he's over here, here, I

13   told him 150 cause he's gonna buy,

14   he's gonna buy these and he'll buy some

15   more, and then uh...

16   VARGAS:  What size -- What size you use

17   Cowboy?

18   RIGBY:   These low boys are what they

19   need right now. (UI).

20   VARGAS:  (UI) I got a buddy of mine. He's

21   got about forty trucks. I don't know if

22   you know him, Gonzales? Off Castle Road?

23   HERNANDEZ:  Oh, Gonzales Trucking?

24   VARGAS:  Mmm-Hmm.

25   HERNANDEZ:  Yeah, Yeah. I know what you're

00013:01  talking about.

02  VARGAS:  I sold them like 243, I think,

03  like two days ago.

04  HERNANDEZ:  243 tires? 243 tires?

05  VARGAS:  (UI).

06  RIGBY:  Oh fuck, okay.

07  HERNANDEZ:  So I says eh...

08  VARGAS:  He was gonna buy at $200 but I

09  was, hey man you been buyin' a lot of

10  shit from me.  (UI) I was like --

11  HERNANDEZ:  Yeah.

12  VARGAS:  He's like bro, (UI) money

13  doesn't come around like. Yeah, alright,

14  I take my (UI) every - everybody can

15  turn in to owe me money. I owe you (UI).

16  No like, you, I cut you a break.

17  HERNANDEZ:  How does Joe owe you money?

18  If Joe was sellin' tires too?

19  VARGAS:  'Cause Joe fucking got a

20  Peterbilt (UI) and he paid him for it.

21  (UI) My Peterbilt or were going to

22  fight. I can't actually say it was a

23  fight because me and Joe, (UI), but

24  Joe is just fucking back to burning

25  everybody.

00014:01   HERNANDEZ:  Yeah, yeah, yeah.

02   VARGAS:  He owed fucking Hank. I

03   don't know if you know Hank is from

04   Halls.

05   HERNANDEZ:  Oh, yeah, yeah.

06   VARGAS:  He owes Hank, uh, Hanks fucking

07   I don't know if his uncle or his

08   brother-in-law, uh, Bill from B&E.

09   HERNANDEZ:  B&E? Yeah.

10   VARGAS:  Joe owed him money. Um, I

11   don't know if you know (UI)? (UI)

12   Trucking?

13   HERNANDEZ:  No, I don't know who that

14   one is.

15   VARGAS:  That guy owns, that guy is

16   the fucking guy that sold all the

17   fucking land to Toyota (UI) Toyota

18   plant.

19   HERNANDEZ:  Oh, okay.

20   VARGAS:  'Cause he owns a lot of property.

21   He has a lot -- it's a turning company and

22   he has a lot of pits.

23   HERNANDEZ:  Okay.

24   VARGAS:  A bunch of pits here in town.

25   Do you know where he (UI)

00015:01  RIGBY:  Yeah, I know wh -- I know of

02  him, yeah.

03  VARGAS:  Yeah.

04  RIGBY:   Yeah.

05  VARGAS:  Okay, so Joe owed -- Joe owed

06  him fucking money, too. He put Joe a

07  couple of half round end dumps.

08  RIGBY:   Oh, shit.

09  VARGAS:  Joe's fucking over everybody.

10  (UI) --

11  HERNANDEZ:  So what's -- Joe he sells them

12  tires and runs credit and then takes the

13  equipment then doesn't pay them the rest

14  of the money?

15  VARGAS:  He'll give them tires. They'll

16  pay him all the cash up front.

17  HERNANDEZ:  Oh.

18  VARGAS:  He'll take shit and say like I'm

19  gonna fucking work (UI) and I'll pay you

20  but he doesn't fucking pay and he burns

21  off.

22  HERNANDEZ:  (UI).

23  VARGAS:  Because I always tell this nigga.

24  (UI) been working for like nine months. I

25  said you know what? You get till fucking

```
00016:01  Friday and I come bring you ten thousand

      02  cash. I go and like, and I'll get the

      03  truck back. The truck was really supposed

      04  to be mine anyways.

      05  HERNANDEZ:  Yeah.

      06  VARGAS:  He's like, if y'all don't want

      07  it, that's cool, I'll go pick it up. He's

      08  like, I have the title for everything.

      09  (UI) actually need a motor right now. I

      10  think it comes, he said. No, it's got a --

      11  What does it have (UI). But if you want

      12  it, give me the ten grand and I'll go

      13  get it from your brother. He's like, you

      14  know where it's at? I was like yeah, I

      15  know where it's at. (UI).

      16  HERNANDEZ:  Shit. You gonna sell it? You

      17  gonna get it?

      18  VARGAS:  Nah, I'm gonna get it and keep it

      19  for myself. I'm -- I'm going to driving

      20  school in a few days.

      21  HERNANDEZ:  Oh, okay.

      22  VARGAS:  (UI). It only take three or four

      23  weeks.  I could start driving for myself.

      24  HERNANDEZ:  Well --

      25  VARGAS:  I figured I start driving by myself,
```

00017:01  and I'll start fuckin' I'll do this, I'll

02  just (UI) shit on the side. I been doing

03  shit for years so I just (UI) on the side.

04  HERNANDEZ:  How many years you were doing

05  this shit?

06  VARGAS:  I've been doing this shit, I was

07  doing this shit before Joe, actually. I

08  worked at Southern Tire Mart. I worked at

09  fucking (UI).

10  HERNANDEZ:  Yeah I know, I know Southern

11  Tire Mart.  I tell you I know Eddie a black

12  guy there.

13  VARGAS:  And I used to work for, uh, AZ

14  Tire too.

15  HERNANDEZ:  Yeah.

16  VARGAS:  But I used to just work with

17  the tires. I, I never sold tires at all,

18  Joel like fucking, I... he's like man,

19  man you burst those tires (UI) and I was

20  like fuck it and told (UI) what the fuck

21  you stealin' tires for bro? I was like...

22  You ca -- That's when he was pulling them

23  off of the trailer. I was like bro, you

24  come get 'em and (UI) the back door.

25  HERNANDEZ:  Yeah.

00018:01   VARGAS:  I'm always there. I had a key

02   to the fucking place and everything. And

03   I opened it up and (UI) tires. And for

04   years we'd take tires and nobody even

05   caught on.

06   HERNANDEZ:  Wow!

07   VARGAS:  I was like maybe twenty fucking

08   tires at a time. Like every two, three

09   weeks. We didn't take a shit load of

10   them, but -- I mean, yeah, that's a lot of

11   money though.

12   HERNANDEZ:  Goddamn man. You ain't lying

13   man.

14   VARGAS:  Yeah. Then I think I told (UI)

15   my brother fucking, I told my brother, hey

16   man we got a load over here. It's kind of

17   like fucking three hundred tires in a

18   trailer. So, Joel came and got them

19   and I actually, on that job I went over

20   there and helped him off and get the

21   motherfucking...

22   HERNANDEZ:  They were loader tires?

23   VARGAS:  Nah, they were like fucking

24   22s.

25   HERNANDEZ:  Oh, 22s, okay.

00019:01  VARGAS:  I took a bunch of them out of

02  the trailer.

03  HERNANDEZ:  Oh.

04  VARGAS:  So actually, so it was me, Joel

05  and my other brother and we went and we

06  just fucking had them all out, and Joel

07  picked them up and Joel was like, hey

08  man, what the fuck happened, man?

09  Somebody st -- Fucking... my tires

10  disappeared and some shit. I'm like

11  dude. So, we never got paid for that

12  and I'm like fuck that bro.

13  HERNANDEZ:  Yeah.

14  VARGAS:  But Joel does that a lot.

15  HERNANDEZ:  He'll burn you too?

16  VARGAS:  He'll burn his own family,

17  bro. (UI).

18  HERNANDEZ:  Oh, that's fucked up dude.

19  VARGAS:  (UI) Some people are like

20  fucking shit and he'll burn them too

21  like, I don't understand that shit

22  bro. It's a bad habit bro.

23  HERNANDEZ:  Yeah, y'all supposed to be

24  working together. Hey!

25  VARGAS:  Yeah, I don't understand that

00020:01  shit.

02  HERNANDEZ:  You getting loader tires?

03  VARGAS:  Mmm-hmm.

04  HERNANDEZ:  Or forklift tires?

05  VARGAS:  I get...

06  HERNANDEZ:  Not I mean uh... uh Bobcat

07  tires?

08  VARGAS:  (UI).

09  HERNANDEZ:  Bobcat. If it's a Bobcat

10  they're skid loaders.

11  RIGBY:  Those are always fucked up.

12  VARGAS:  If you can (UI) for those, I

13  give them to you like thirty-five

14  bucks, hundred bucks.

15  HERNANDEZ:  Okay. If you can get -- Hey!

16  What about the taller ones?

17  VARGAS:  If you want the taller ones I

18  give you those for one, like maybe one

19  twenty-five. But all of them are like

20  fucking eight hundred (UI).

21  HERNANDEZ:  Yeah, no I'm (UI) there.

22  VARGAS:  They come with a rim and

23  everything on them.

24  HERNANDEZ:  Yeah, I know! I know what

25  they are.  We use them when we (UI)

00021:01  because the fucking --

02  (UI).

03  VARGAS:  Man that's pretty cheap.

04  HERNANDEZ:  We tear through the fucking...

05  And then you --

06  RIGBY:  Yeah.

07  HERNANDEZ:  If we punch a hole and we got

08  to take them over there and then they fill

09  it up with that fucking foam shit.

10  VARGAS:  That foam shit.

11  HERNANDEZ:  To make it last longer, but

12  then so yeah if you can get us some uh,

13  uh...

14  VARGAS:  (UI) eight bolt cutter, right?

15  HERNANDEZ:  Eight -- Uh, ten bolt. No.

16  VARGAS:  It's a ten bolt?

17  HERNANDEZ:  It's a ten bolt. It's just

18  eight?  It's just not eh, not ten?

19  VARGAS:  Joel --

20  HERNANDEZ:  It might be eight. I don't

21  know.

22  VARGAS:  Joe (UI) I'm like, guy! (UI).

23  HERNANDEZ:  Yeah.

24  VARGAS:  (UI).

25  HERNANDEZ:  I don't know. Lopez, Lopez...

00022:01  VARGAS:  No.

02  HERNANDEZ:  Well, I don't really deal

03  with -- I mean I hang -- I sell -- Like

04  I told you that I'm the clothes guy

05  man. People bring me stuff and I...

06  VARGAS:  (UI). Yeah.

07  HERNANDEZ:  (UI) I sell and I sort of

08  make a little money. But I mean that's

09  why I hang out with Lopez.  That's why...

10  VARGAS:  Okay.

11  HERNANDEZ:  Yeah.

12  VARGAS:  Yeah.  Well, I don't know if Lopez

13  is good with Hank cause Hank, Hank said

14  like they're real buddy, buddy and...

15  HERNANDEZ:  Oh, yeah.

16  VARGAS:  Like yeah Lopez owns that concrete

17  plant, and he's like he's done all these

18  favors for me and...

19  HERNANDEZ:  Yeah. Fucking own  Mr. Lopez

20  owns two plants now.

21  RIGBY:   Two -- Mmm-Hmm.

22  HERNANDEZ:  Two plants and he's fucking...

23  VARGAS:  He's done pretty good man.

24  HERNANDEZ:  (UI).

25  VARGAS:  What everybody is man, everybody

00023:01  is. Shit, you'd be surprised. I don't

02  think there's nobody legit. Like I

03  HERNANDEZ:  Well, I don't think -- Yeah.

04  'Cause I'm like, I'm not legit, I ain't

05  gonna lie to (UI).

06  VARGAS:  I hear stories from everybody.

07  They was like, oh -- I'm like, I think

08  this persons legit, I'm like, oh he

09  moves drugs and this and that. I'm

10  like goddamn bro. Everybody's fucking

11  dirty and shit.

12  HERNANDEZ:  Yeah.

13  VARGAS:  Hey man for me --

14  HERNANDEZ:  (UI).

15  VARGAS:  For me, I guess it works out

16  better for me 'cause I'm like -- I'm more

17  comfortable with -- when I hear that

18  'cause I'm like, okay I can fuck with

19  these people. They're not gonna be

20  fucking detectives and shit around

21  me on or anything.

22  HERNANDEZ:  Yeah.  Yeah.  Yeah.

23  VARGAS:  They all fucking fuck with

24  each other. I go then I'm okay 'cause

25  if that guy vouches for that guy I'm

00024:01  going I know they're good because

02  they all fucking do stupid shit there.

03  HERNANDEZ:  Yeah.

04  VARGAS:  Chop up eighteen wheelers. They

05  still fucking do drugs and shit so...

06  HERNANDEZ:  Do they do the fucking uh,

07  uh, uh, uh, uh...

08  VARGAS:  And I'm okay, I'm more comfortable

09  with that shit.

10  HERNANDEZ:  Carlos.  I don't know if you

11  heard of CW -- C&T. They were off of

12  Shepherd Road and 35. They used to chop

13  up the trucks.

14  VARGAS:  Shepherd Road?

15  HERNANDEZ:  And take the axles off.

16  VARGAS:  Are they (UI)

17  HERNANDEZ:  Yeah.

18  VARGAS:  (UI)

19  HERNANDEZ:  Keep going past Richard, past

20  1604.

21  VARGAS:  Mmm-hmm.

22  HERNANDEZ:  Shepherd Road and uh, when

23  you go Shepherd Road it's 35 there but

24  it was on this side of Shepherd Road.

25  But they used to chop up a lot of shit.

00025:01  It's where that new uh, that new gas --

02  the Exxon is at where the Choke Canyon

03  Barbeque.

04  VARGAS:  Oh, okay. (UI).

05  HERNANDEZ:  Well, they used to chop up

06  shit in there.  So, yeah.

07  VARGAS:  That's where, uh, Joel used to

08  chop trucks too. Back in the day with

09  some other guys.

10  HERNANDEZ:  Hey, you think we can get

11  all of them in your truck or, or eight

12  of them?

13  RIGBY:   (UI).

14  VARGAS:  I put twelve in my truck. I

15  put twelve in my truck, so they got

16  to fit in this truck.

17  HERNANDEZ:  Okay, so what...

18  VARGAS:  What is it? A short-bed?

19  HERNANDEZ:  Yeah.  Yeah. He's got that,

20  that...

21  RIGBY:   Well --

22  HERNANDEZ:  He's got that, that...

23  VARGAS:  (UI) and I took the short-bed

24  and I took twelve in there.

25  HERNANDEZ:  Okay.

00026:01  VARGAS:  It should fit.

02  HERNANDEZ:  So, what that's, uh, eight

03  times one --

04  VARGAS:  I actually had (UI) twelve of

05  them back in the truck (UI) the, the

06  fucking diesel pump and then I put

07  like two was tied in the back, the back

08  of the seat and just -- the seats raised

09  up, right (UI).

10  HERNANDEZ:  Yeah.

11  VARGAS:  They'll ,fit, they'll fit.

12  HERNANDEZ:  Okay so 150. That's uh, that's,

13  uh, three hundred for two.  So, six hundred

14  for four. So, for eight, twelve hundred?

15  RIGBY:   Twelve hundred?

16  HERNANDEZ:  Yeah, so twelve hundred. We've

17  got that cash here so.

18  VARGAS:  I tell you what (UI) one, two,

19  three, four, five, six. I'm gonna give

20  you ten for twelve hundred.

21  HERNANDEZ:  Okay.

22  VARGAS:  I got two (UI) for my buddy.

23  I got twelve in here. I'll give you ten.

24  RIGBY:   All right.

25  HERNANDEZ:  Oh. Okay.

00027:01  RIGBY:   Yeah.

02  VARGAS:  (UI) I try, I try to help you

03  out, bro.

04  HERNANDEZ:  Yeah, man. No, no.

05  VARGAS:  (UI) is shit, bro.

06  HERNANDEZ:  It's good.

07  VARGAS:  I try to help people out. I

08  figure I'll help you out (UI).

09  HERNANDEZ:  Count, Count them man, (UI).

10  VARGAS:  I know, I know.

11  HERNANDEZ:  I don't want you to be like,

12  hey, he shorted me a hundred.

13  RIGBY:   All right.

14  VARGAS:  But I try to help people out

15  bro. Like I say, at the end of the day

16  (UI).

17  HERNANDEZ:  Get those tires man.

18  VARGAS:  The, the fucking... You want

19  the seal ones, right?

20  HERNANDEZ:  The seal ones by Friday man.

21  VARGAS:  (UI). (UI) tomorrow.

22  HERNANDEZ:  Yeah.

23  VARGAS:  I heard from the other guys

24  (UI) Lopez.

25  HERNANDEZ:  Yeah.

00028:01  VARGAS:  Fuckin' Lopez was tryin' to

02  like low ball them, and go down.

03  HERNANDEZ:  Lopez always low ballin'

04  (UI).

05  VARGAS:  Hey bro, but... You gotta help

06  people out man. (UI). Low ballin'

07  everybody, man. (UI).

08  HERNANDEZ:  (UI).

09  RIGBY:   What's the best way to stack

10  them, you think?

11  HERNANDEZ:  Yeah, to get them all in

12  there.

13  VARGAS:  Fucking we may have to put

14  them sideways like that.

15  HERNANDEZ:  Like that?

16  VARGAS: (UI).

17  HERNANDEZ:  Let me get them man.

18  VARGAS:  You don't help people out you

19  don't get nowhere. I saw the (UI).

20  HERNANDEZ:  Lopez will fuck you.

21  VARGAS:  We can get them all in there.

22  RIGBY: Think so?

23  HERNANDEZ:  Go like this.

24  RIGBY:   You know what? I can't get in

25  that toolbox because I lost my keys

00029:01  this morning.

02  HERNANDEZ:  Yeah, no, that's all right.

03  RIGBY:   I don't have the spare.

04  HERNANDEZ:  That's all right.

05  VARGAS:  Got anything in your backseat?

06  RIGBY:   Uh, probably not.  No.

07  HERNANDEZ:  Let's take it out (UI).

08  VARGAS:  (UI).

09  RIGBY:   Is that it? Yeah man we've

10  got a little bit of equipment. You

11  know nothing real big, but --

12  VARGAS:  (UI) anything like that?

13  RIGBY:   No, nothing that big.

14  VARGAS:  Nothing that big?

15  RIGBY:   No. He's not really into it

16  much. It's more trucking.

17  HERNANDEZ:  You put one in there and

18  Im going to put one on the top.

19  Right here and there. (UI).

20  RIGBY:   That it? We got six?

21  HERNANDEZ:  Yeah. Hold on, we need one

22  more.

23  RIGBY:   We need one more?

24  HERNANDEZ:  Oh, no the one you got.

25  RIGBY:   Oh, the one I got. (UI) right

00030:01  here.

02  HERNANDEZ:  Stick it there.  Hold it.

03  RIGBY:   There's seven, eight, nine

04  and ten.

05  HERNANDEZ:  That's it.  Ten back there.

06  (UI) out of state.

07  RIGBY:   We can let it die today.

08  HERNANDEZ:  Huh?

09  RIGBY:   We can let it die today.

10  HERNANDEZ:  Yeah.

11  RIGBY:   We'll figure something out.

12  HERNANDEZ:  Still got all the (UI).

13  RIGBY:   Yeah.

14  HERNANDEZ:  That's good.

15  RIGBY:   Yeah, I feel like I got a

16  good deal.

17  HERNANDEZ:  Yeah. That's a fucking bad

18  ass deal. Shit. The guys into fucking...

19  the guys over there on this side of town

20  man they... fucking the guys on the west

21  side (UI).

22  HERNANDEZ:  Fucking ten tires.

23  RIGBY:   Hell, yeah.

24  HERNANDEZ:   This is a nice truck man.

25  RIGBY:   Yeah. (UI) truck. I don't

00031:01  ever want to sell that thing.

02  HERNANDEZ:   No. Keep it.  Hey, uh, let me

03  know as soon as you get those other ones.

04  Those, those, those uh Bobcat ones?

05  VARGAS:  Yeah, Bobcat. Yeah, Bobcat. I

06  get them like Thursday  By Friday, I

07  get -- I get them by Friday. How many you

08  need?

09  HERNANDEZ:  Shit you give me one

10  seventy-five a piece and you give me

11  eight.  We can do eight.  Eight easy

12  man.

13  VARGAS:  If I find one I give you a

14  better deal than that, but...

15  HERNANDEZ:  Okay.

16  VARGAS:  ...let me find them 'cause

17  HERNANDEZ:  (UI)

18  VARGAS:  I'll find the ones for the

19  Bobcat...

20  HERNANDEZ:  Yeah.

21  VARGAS:  And then there's the one that

22  has the fucking (UI) and shit. (UI) They

23  last longer.

24  HERNANDEZ:   Yeah, I like that. But, and

25  also let me know if you're, if you're

00032:01  fucking going out of state already man

02  let me know because...

03  VARGAS:  I stay, I stay in Texas bro,

04  but I get close to like the fuckin' outside

05  of Texas. Texarkana, all this stuff.

06  (UI).

07  HERNANDEZ:  Yeah.

08  VARGAS:  We get a lot of shit bro, when

09  we get it.

10  HERNANDEZ:  Right on the border or what?

11  VARGAS:  I try not to go too far out of

12  Texas only cause if you're caught (UI).

13  (UI) caught with that shit.

14  HERNANDEZ:  Oh, I didn't know that.

15  VARGAS:  That's why I try not to do that,

16  yeah. (UI).

17  HERNANDEZ:  Oh, yeah.

18  VARGAS:  My brother kept saying

19  supposedly... Actually supposedly

20  I heard my brother went and got the

21  shit from Mexico and brought it back

22  over here. You get caught with that

23  shit, that's fucking like...

24  HERNANDEZ:  How (UI) get it from Mexico

25  and come this way?

00033:01   VARGAS:   He hasn't been bringing the

02   fucking... right up a fucking, I

03   guess a manifesto (UI). You get caught

04   with that shit, you crossing state

05   lines, now the FBI gets involved. Now

06   you got the fucking feds on your ass.

07   So...

08   RIGBY:   There's no way this shit can

09   come back on me, right?

10   VARGAS:   Nah, nah, no. The good thing

11   about tires I heard it from cops and

12   detectives and I even heard it from...

13   experience when we fucking... my brother

14   got (UI).

15   HERNANDEZ:   Yeah.

16   VARGAS:   They say it's the perfect crime

17   'cause there's no serial number on tires.

18   What it has is a D.O.T. which is the day

19   of manufacture. I used to work with tires.

20   It's the day when a tire was

21   manufactured, when it was made. But a

22   serial number? You won't find a serial

23   number.

24   HERNANDEZ:   Oh, okay. Well, that's good.

25   VARGAS:    You won't find one.

```
00034:01  HERNANDEZ:  (UI).

       02  RIGBY:   Nobody is gonna look at it

       03  and go, I know...

       04  VARGAS:    Some people will get a little

       05  blade and scrape this off like a serial

       06  number.

       07  HERNANDEZ:   Yeah.

       08  RIGBY:   Mmm-hmm.

       09  VARGAS:    But that's, other than that,

       10  but this right here the D.O.T.?

       11  RIGBY:   Uh-huh.

       12  VARGAS:    That's the month and the, and

       13  the year.

       14  HERNANDEZ:   When they were made. Yeah.

       15  Yeah.  Yeah.

       16  VARGAS:  When they were made.

       17  HERNANDEZ:  Yeah, 'cause that, that's the

       18  (UI).

       19  VARGAS:  But a lot my friends, they get

       20  (UI) like, oh I don't want to have no

       21  problems.

       22  RIGBY:  Yeah.

       23  VARGAS:  So we get a little razor blade

       24  and scrape it off. You can do that.

       25  RIGBY:   Yeah.
```

00035:01   VARGAS:  Yeah you can do that.

02   RIGBY:  Yeah, I know.

03   VARGAS:  It's, it, it's going to be

04   Law Enforcement is a bitch. Law

05   enforcement is like, what are you

06   doing with tires?

07   HERNANDEZ:  Yeah.

08   VARGAS:  This has been going on for over

09   ten years, bro. They come out on the

10   news (UI) and they never made a charge

11   stick, and (UI).

12   RIGBY:   Really?

13   VARGAS:  And they caught them on over

14   three or four (UI). They ain't never

15   been... You charge them with theft,

16   they can't make it stick.

17   HERNANDEZ:  Ah.

18   VARGAS:  They can never prove where it

19   came from, and it, it's a, it's a bitch.

20   HERNANDEZ:  Yeah.  Yeah.

21   VARGAS:  That's what (UI) my brother,

22   like man, it's a perfect crime.

23   RIGBY:   I'm just worried I don't want

24   to drive down, down the road and they

25   go, hey what's... You know.

```
00036:01  HERNANDEZ:  No you...

      02  VARGAS:  It's hard to fucking prove.

      03  HERNANDEZ:  Yeah. Yeah. Yeah.

      04  VARGAS:  That's it. When I, for the

      05  most part when I would sell to people,

      06  I would get a razor whatever blade,

      07  razor blade and scrape it off.

      08  HERNANDEZ:  Who sells, who sells, Rut --

      09  Ro -- (UI)

      10  VARGAS:  (UI)

      11  HERNANDEZ:  Yeah, (UI)

      12  VARGAS:  A lot of people do. (UI)

      13  HERNANDEZ:  Yeah. Is that Goodyear  But

      14  is that Goodyear or is that uh, because

      15  you know, yeah --

      16  VARGAS:  (UI) honestly, it's the same

      17  tire. But these tires go for like --

      18  HERNANDEZ:  Yeah, call them right now.

      19  VARGAS:   -- three hundred dollar (UI).

      20  HERNANDEZ:  Call them.

      21  VARGAS:  (UI). But, I guess it's for

      22  the heavy machinery, that's why.

      23  HERNANDEZ:  Is that a sixty ply?

      24  VARGAS:  Yeah. (UI)

      25  HERNANDEZ:  Yeah man. You're good.
```

00037:01  RIGBY:  You're good, man, I ain't

02  gonna complain.

03  HERNANDEZ:  Yeah, dude. (UI) That's a

04  good tire because we got, we got a lot

05  of, got a lot of --

06  VARGAS:  (UI) fourteen, sixteen and

07  (UI) really wanted sixteen.

08  HERNANDEZ:  Yeah. Fourteen, sixteen, ten,

09  twelve, they, that's what they do on the,

10  on the, that's the problem with the,

11  with the, the CAT, the, the skid loader

12  tires.

13  VARGAS:  Mmm-hmm.

14  HERNANDEZ:  They'll sell cheap ones, but

15  they're only like ten ply. And they're not

16  very --

17  VARGAS:  Ten ply means you probably get a

18  lot of puncture wounds and stuff.

19  HERNANDEZ:  Yeah. Yeah. Well, let me know

20  when you get them. Yeah. Or if you get

21  more of these.

22  VARGAS:  Give me a few days.

23  HERNANDEZ:  Okay.

24  VARGAS:  (UI). I don't, I don't honestly

25  know anybody that has um... 'Cause these

00038:01  are for like what the low boys or like

02  the what do they call them, the...

03  HERNANDEZ:  The blow...

04  VARGAS:  The deck trailers and shit?

05  HERNANDEZ:  Yeah. (UI).

06  VARGAS:  Hank has one but that motherfucker

07  owes, I think he owe me fucking like fucking

08  six, seven grand for like the last fucking

09  seven months. Like, that dude could never pay

10  off, but. (UI) business, but I figured when

11  he has money he'll pay me.  So, I don't

12  like to bug people either but...

13  HERNANDEZ:  Cool. Let us know.

14  VARGAS:  They come here the other day,

15  say hey man I'll take all those fucking

16  tires. I'm like...

17  RIGBY:   Appreciate it.

18  VARGAS:  (UI) they've been fucking on me

19  like seven months, like you've been owing

20  me for seven months.

21  HERNANDEZ:  Well, if you get more.

22  VARGAS:  I will. (UI).

23  HERNANDEZ:  Call me. (UI).

24  VARGAS:  I appreciate it. (UI).

25  HERNANDEZ:  Bye. (UI) I told my brother

00039:01  to get them for me. I was like where you

02  at?  I'm like your uncle's getting you.

03  (UI) he does, like he tries not to go too

04  far.

05  RIGBY:  (UI).

06  HERNANDEZ:  Oh shit. They can pull us

07  over. The cops are gonna pull us over,

08  and what the hell y'all doing? You got

09  your badge on you? (UI) is fucking

10  funny, right?

11  RIGBY:  Go this way acting like we

12  want to avoid that shit.

13  HERNANDEZ:  Yeah.