Exhibit 17 - Ross/Rigby/Arthur Vargas Transcript from Phone Call

```
00001:01   FROST:  Turn your's on too, Ross.  This is
      02   January 17th, 2018, time is 2:39.  We are about
      03   to place a call to Arthur Vargas in reference
      04   of picking up stolen tires from Louisiana.
      05   RIGBY:  Goodyear.
      06   VARGAS:  Hello.
      07   RIGBY:  Hey, Art.  What's up?  This is Ross.
      08   VARGAS:  Hey, what's going on, Bro?
      09   RIGBY:  Oh, not much.  Hey, uh, my cousin
      10   stole a bunch of tires from this place where
      11   he works in Louisiana.  I think Art told you
      12   this right?
      13   VARGAS:  Uh-huh. He was telling me about that.
      14   RIGBY:  Okay.  Uh, basically I need to get them
      15   down here.  People are already waiting on them
      16   but, uh, the way we got 'em to where they're
      17   at right now is we put them in a cattle trailer
      18   and you can see into it so I'm kinda worried
      19   about that.  You know what I mean?
      20   VARGAS:  Oh, shit. Awesome.  You want to
      21   to bring them back like that?  Loaded in that
      22   --- that cattle trailer?
      23   RIGBY:  No, I don't want to do it because --
      24   VARGAS:  Can't you can cover it up?
      25   RIGBY:  -- see into it and there's a -- a, you
```

```
00002:01   know there's a whole bunch of 'em.  So I don't
      02   want people to be able to see what they are.
      03   VARGAS:  Yeah.
      04   RIGBY:  So I would -- how -- how -- how do you
      05   get them -- how would be able to get them down
      06   here?
      07   VARGAS:  Usually the way get them down here is
      08   we rent U-Haul's and load them up in a U-Haul.
      09   RIGBY:  Yeah.
      10   VARGAS:  One of those big long U-Haul's.
      11   RIGBY:  Yeah.
      12   VARGAS:  That's usually how we transport them.
      13   RIGBY:  Okay.  And you can --
      14   VARGAS:  So --
      15   RIGBY:  -- can you come get them?
      16   VARGAS:  Yeah, I mean I'll go down there with you
      17   we can, like I say we can get a -- a U-Haul like
      18   rent it.  That way it's not -- the U-Haul's not
      19   stolen that way we can like drive it all the way
      20   back.
      21   RIGBY:  Okay.  Yeah, that will work.  And like I
      22   said if you can --
      23   VARGAS:  I mean you can --
      24   RIGBY:  -- get it my cousin's --
      25   VARGAS:  -- you can use a cattle trailer if you
```

```
00003:01  but, uh, the only way with a cattle trailer is
      02  we'll have to buy those tarps and [UI]
      03  RIGBY:  Yeah, I -- I -- I don't want to use that
      04  shit.  I'd rather do it --
      05  VARGAS:  It might be safer --
      06  RIGBY:  Yeah.
      07  VARGAS:  It might be safer in a U-Haul.
      08  RIGBY:  Yeah.
      09  VARGAS:  Like I said as long as the U-Haul is not
      10  stolen, the U-Haul is rented --
      11  RIGBY:  Yeah.  That sounds good.
      12  VARGAS:  -- that's not a problem in case we get
      13  pulled over.
      14  RIGBY:  Yeah, if you can --
      15  VARGAS:  [UI]
      16  RIGBY:  -- if you can coordinate all of that --
      17  VARGAS:  [UI]
      18  RIGBY:  -- the -- you know, there's a 150 -- I'll
      19  give -- I'll give you $50 bucks a tire to bring
      20  them down here.  You just get the U-Haul's and
      21  stuff and load them up and bring them down here.
      22  VARGAS:  Yeah.  Ah, what time are you guys leaving
      23  tomorrow?  What -- what -- what are you looking at
      24  or what?
      25  RIGBY:  Ah, I'll probably go early and make sure
```

```
00004:01   everything is good.  Then you can just meet me over
      02   there.  It's in, ah, Lake Charles.
      03   VARGAS:  Okay.
      04   RIGBY:   What -- what time can you be there?  What
      05   time do you like to do this?
      06   VARGAS:  It's don't matter, Ross, whenever you can
      07   take off over there.
      08   RIGBY:  What about like -- could you meet me there at
      09   like 4:00 in Lake Charles?
      10   VARGAS:  In the afternoon?
      11   RIGBY: Yeah.
      12   VARGAS:  Yeah.  What time are you going to head out
      13   that direction?
      14   RIGBY:  I'll probably go early just to make sure
      15   everything is good and I'd say probably 8 in the
      16   morning or so, 10:00 in the morning.
      17   VARGAS:  You want us go up there and ride with you
      18   or not?  Then once you get up there then  -- I guess
      19   we'll meet, make sure it's good -- everything is good
      20   then we'll arrange whatever we have to arrange.  Then
      21   we will head back this way, this direction, head back?
      22   RIGBY:  No, I'll probably -- probably beat you there by
      23   a little bit.  Like I said my cousin lives there and
      24   stuff I'll probably be with him.  And then we'll get
      25   everything ready.  And then, uh, when you guys get up
```

```
00005:01   there if y'all want just, you know, shoot me a call
      02   when you're in the area, everything is good and, uh,
      03   I'll meet you over there and load them up and we can
      04   come back.
      05   VARGAS:  What's, ah, what I was going to say is, ah,
      06   it's in a storage facility right?
      07   RIGBY:  Yeah, there in -- there in a storage right
      08   now.
      09   VARGAS:  Well, hey does that storage have a certain time
      10   that you can be in and out of there or no?  'Cause I
      11   know most storages that we've done and stuff like that
      12   before it has like you can only be in there by 10:00
      13   at night once after 10:00 at night you can't get in there
      14   no more.
      15   RIGBY: Yeah, that's why I want to do it like at 4 but you
      16   know --
      17   VARGAS:  I just want to make sure that -- that I guess go
      18   and check out and make sure everything is good still.
      19   We're able to get it out before that time comes around
      20   and we can't get in there.
      21   RIGBY:  Yeah, so if we -- if we shoot for like 4:00 we
      22   should be good.
      23   VARGAS: [UI] certain time --
      24   RIGBY:  But I don't think -- I --
      25   VARGAS:  Okay.
```

```
00006:01    RIGBY:  -- don't think there is a limit on what time we
      02    can get in there whenever we have a key to get in.
      03    VARGAS:  Okay, yeah, because I know that most storage
      04    facilities, they have a like a code to punch in to get in
      05    the gate and I want to say 10:00 they -- it doesn't give
      06    you access to get in there.  I -- I've been trying to find
      07    storages for the last couple of months, that's 24 hours
      08    and they don't have access.  It says 10:00, I guess it
      09    doesn't let you go in there.  I don't know if they figure
      10    people steal at night and go and put stuff in storages or
      11    what.  I don't know how it is out there --
      12    RIGBY:  Okay.  Well, so if we're out there at 4 or 5 in
      13    the afternoon we should be good --
      14    VARGAS:  Yeah, if you want to get out there and make
      15    sure everything is good and then give us the okay then
      16    we'll meet you at whatever location, let you know
      17    everything is good and we'll get it --
      18    RIGBY:  Yeah, well my cousin is up there right now, he's
      19    saying everything is a go.  He's -- he's pushing my ass
      20    to do it hard.  He needs money, and you know, I can always
      21    use money who doesn't like money but, uh --
      22    VARGAS:  Yeah.
      23    RIGBY:  So, if y'all want to just head up there tomorrow,
      24    let's shoot for like 4:00 in -- in Lake Charles.
      25    VARGAS:  Okay.
```

```
00007:01    RIGBY:   Will that work?
      02    VARGAS:  Yeah, that works for us.
      03    RIGBY:   Okay.  Uh, yeah, and then I'll -- I'll give you
      04    details tomorrow.  Is there -- and I'll just get the --
      05    are you gonna have your phone on tomorrow so that I can
      06    call you?  'Cause it won't -- I --
      07    VARGAS:  Yeah, I get my -- I get my -- I get my phone
      08    on by tomorrow so you can get a hold of me directly.
      09    RIGBY:   Okay.  And what's a good number for that?
      10    VARGAS:  Ah, it's a 210 --
      11    RIGBY:   Okay.  Hold on a second, let me right this down.
      12    210?
      13    VARGAS:  -- hey, what's my phone number?  It's, ah, 210-609
      14    RIGBY:   -- okay.  609 --
      15    VARGAS:  Yeah, 609. 210 area code.
      16    RIGBY:   Okay.
      17    VARGAS:  -- 5704 is the last four.
      18    RIGBY:   5704.  609-5704.  Okay.  Hey --
      19    VARGAS:  I think, ah -- I think, ah Art has it too so --
      20    RIGBY:   Okay.  I'll -- I'll get it for sure but --
      21    VARGAS:  [UI]
      22    RIGBY:   -- Hey, I'mma -- I've gotta --
      23    VARGAS:  I've got to turn in a little bit though.
      24    RIGBY:   -- and -- and who's gonna get the U-Haul?  You
      25    are?
```

```
00008:01    VARGAS:  Ah, I don't think I -- I can't rent a U-Haul
      02    'cause flagged me in their system.  I tried renting a
      03    U-haul a while back and I couldn't get a U-Haul.  I
      04    asked them why and they were like we don't really know
      05    [UI] and I asked another friend of mine why was that
      06    and he was like hey bro you may be flagged in their
      07    system, you can't rent U-Haul's 'cause maybe they
      08    know what your brother used to do or have you ever
      09    been caught with your brother, I go, I never been
      10    caught with my brother, I been questioned but I never
      11    been caught with my brother  He said yeah, I betcha
      12    they have you in their system where you can't rent -- you
      13    can't rent anything from them.  Like no and he said naw.
      14    RIGBY: So you have somebody that can get it or --
      15    VARGAS:  So -- I just -- I just want you to know that I --
      16    I have a drivers' license but as far as renting it, I
      17    can't rent it.
      18    RIGBY:  Uh-huh.
      19    VARGAS:  Once somebody rent's it I'll drive it.  As far
      20    as me renting it in my name U-Haul won't let me rent it.
      21    RIGBY:  So how are you gonna get one?
      22    VARGAS:  I don't know if -- I don't know if there is
      23    anything up there.  I don't know if there is another
      24    company -- I don't know what -- what's out there I
      25    guess. I don't know if there is Penske out there or
```

```
00009:01   Hertz or whatever rental places out there but if exactly
      02   from U-Haul I know I can't rent from U-Haul. [UI]
      03   RIGBY:  Okay.  But by -- but you think by 4 tomorrow you'll
      04   have a -- you'll have a truck?  Or I can --
      05   VARGAS:  Worst case scenario bro like -- can you hear
      06   us?
      07   RIGBY:  Yeah, I can hear you.
      08   VARGAS:  Worst case scenario I can take -- I can take
      09   one of my partners with me.  I'll let him -- I'll let
      10   him steal a truck.  That's -- that's what he does
      11   sometimes.  But -- I guess -- like I said -- I -- I
      12   would think it would be safer to rent a truck up there
      13   that way if you get pulled over by law enforcement and
      14   you were driving it all the way back, it's what like
      15   an eight hour drive?
      16   RIGBY:  Okay.  So you got a buddy you're worried about
      17   ah, you know what -- we'll see -- let me -- let me
      18   make a call see if my cousin -- maybe my cousin can
      19   rent one for us. And we'll have that -- we'll have
      20   that all squared away.
      21   VARGAS:  It -- it has to be somebody that has a drivers'
      22   license that's -- driver's license -- like I said --
      23   RIGBY:  Okay. So --
      24   VARGAS: -- once somebody rents it I -- I can drive it
      25   but as far as me pulling it out, they won't let me pull
```

```
00010:01   it out.  They said exactly -- for what reason I don't
      02   know.  'Cause the last time I tried renting a U-Haul
      03   they had to call corporate headquarters --
      04   RIGBY:  Ugh --
      05   VARGAS:  [UI] even the computer system wouldn't tell
      06   them why.
      07   RIGBY:  Okay.
      08  VARGAS:  So last --
      09   RIGBY:  How big a truck do you think we need?
      10   VARGAS:  -- time a friend of mine that's what they
      11   were telling me.
      12   RIGBY:  How big a truck do you need?
      13   VARGAS:   But yeah just -- what size we need?  It's
      14   not even -- it's not even going to fit in a truck.
      15   The biggest U-Haul that they have is a 20 footer
      16   and that won't fit but 109.
      17   RIGBY:  109?
      18   VARGAS:  Yeah, 100 -- 150 will not fit.
      19   RIGBY:  So get the --
      20   VARGAS:  Well, what size is your house?
      21   RIGBY:  -- the biggest one you got?
      22   VARGAS:  Yeah, the biggest -- the biggest one is a
      23   20 foot man.  That one jammed packed with all the
      24   seating will fit 109 on it.
      25   RIGBY:  Okay.  That will work.
```

```
00011:01   VARGAS:  So, if you got a -- if you got a -- if you

      02   got a 150, 150 is not gonna fit so --

      03   RIGBY:  Okay.  We might to worry about that --

      04   VARGAS:  The only other think you can do.  The only

      05   other thing you can do, Ross, is rent the big 20 foot

      06   U-Haul and then rent the little -- the little small

      07   trailer they kept -- they have --

      08   RIGBY:  Uh-huh.

      09   VARGAS:  -- the U-Haul, the big U-Haul is a $100

      10   deposit and then they charge you by the mile.

      11   You're probably looking at about $500, maybe,

      12   maybe $800 to -- from all the way over there over

      13   here.

      14   RIGBY:  Okay.

      15   VARGAS:  They charge you by the mile. So the deposit

      16   on the U-Haul inside is $100 'cause I -- I used to

      17   rent them before, back in the day before I guess they

      18   flagged me in their system or whatever they did.  I'm

      19   not too sure.  But then -- so 109 will fit in there

      20   so they say 110 will fit in there and then if you have

      21   150 you'll probably need that big U-Haul with a small

      22   little trailer.

      23   RIGBY:  All right.

      24   VARGAS:  That little trailer is like $20 -- that little

      25   trailer is like $20 but on that little trailer they
```

```
00012:01  only charge you because that little trailer doesn't have --
      02  doesn't have an engine so I guess it doesn't get miles on
      03  it so they just charge you a flat rate per day $20 a day.
      04  RIGBY:  Okay, yeah.  Let me call my cousin see what he
      05  can do.  Maybe we'll have that ready and just me and
      06  you bring it back and we'll be good.
      07  VARGAS:  Okay.  Sounds good.  Just let me -- just let me
      08  know and I will turn on my phone.
      09  RIGBY:  Okay.  Turn on your phone and hey, I got a Laredo
      10  area code.  It will be a 956 number.
      11  VARGAS:  Okay.  That's cool.
      12  RIGBY:  All right brother.
      13  VARGAS:  Okay.  Talk to you in a little while.
      14  RIGBY:  Later.
```