8



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227



| ACCOUNT NUMBER |
| --- |
| 30317 |
| **TAX ID NUMBER** |
| |
| **STATEMENT DATE** |

Oct 31, 2014

Pg  1 of  3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
****************************CUSTOMER NOTIFICATION****************************

              CHANGE OF CHARGES & FEES NOTICE

    Effective 12-5-14, the following charges/fees will go into effect:

Overdraft Charge (each overdraft item paid)       $30
Return Item Charge (each)                         $30
Stop Payment Charge (per item)                    $30
****************************************************************************
```

```
COMMERCIAL CHK
10/01/2014 Beginning Balance                           3,617.65
           6 Deposits/Other Credits            +      37,395.56
          12 Checks/Other Debits               -      36,843.99
10/31/2014 Ending Balance     31 Days in Statement Period   4,169.22
------------------------------------------------------------------------
```

```
-------------------------- Deposits/Other Credits --------------------------
10/10/2014 ATM Cr Adjustment                               3.73
           APL* ITUNES.COM/BILL 866-712-7753 CA #3176
10/17/2014 Deposit                                    10,210.51
10/24/2014 Deposit                                     5,560.87
10/24/2014 Deposit                                     9,500.00
10/27/2014 Deposit                                    10,620.45
10/28/2014 Deposit                                     1,500.00
```

```
------- Checks listed in numerical order;  (*) indicates gap in sequence -------
     Check   Date        Amount          Check   Date        Amount
  -----------------------------------    -----------------------------------
     1003  10/02      2,100.00
```

```
------------------------------- Other Debits -------------------------------
10/06/2014 Automatic Loan Pmt   LN PyXXXXXX1804   1         1,061.54
10/17/2014 Debit Card Debit                                     9.99
           APL* ITUNES.COM/BILL 866-712-7753 CA #3176
10/17/2014 Force Pay Debit                                  8,230.14
10/20/2014 Automatic Loan Pmt   LN PyXXXXXX1801   1         1,425.94
10/21/2014 Debit Card Debit                                   187.57
           ASHLEY FURNITURE HOMESTOR SAN ANTONIO TX
10/27/2014 Automatic Loan Pmt   LN PyXXXXXX1806   1         1,116.74
10/28/2014 Debit Card Debit                                   149.22
           INTUIT *18004INTUIT 800-446-8848 CA #3176
10/28/2014 Debit Card Debit                                   319.70
           HAMPTON INNS ROUND ROCK TX #3176
10/29/2014 Force Pay Debit                                 22,000.00
10/30/2014 Debit Card Debit                                   238.15
           KEN BATCHELOR CADILLAC SAN ANTONIO TX #3176
10/31/2014 Service Charge                                       5.00
```

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE ________ ________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| Oct 31, 2014 |

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

| | | | Total For This Period | | Total Year-to-Date | |
| --- | --- | --- | --- | --- | --- | --- |
| Total Overdraft Fees | | | $     .00 | | $     .00 | |
| Total Returned Item Fees | | | $     .00 | | $     .00 | |

---------------------------- Daily Ending Balance ----------------------------

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 10/01 | 3,617.65 | 10/20 | 1,004.28 | 10/28 | 26,412.37 |
| 10/02 | 1,517.65 | 10/21 | 816.71 | 10/29 | 4,412.37 |
| 10/06 | 456.11 | 10/24 | 15,877.58 | 10/30 | 4,174.22 |
| 10/10 | 459.84 | 10/27 | 25,381.29 | 10/31 | 4,169.22 |
| 10/17 | 2,430.22 | | | | |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ______________________

OLD ADDRESS ______________________
NUMBER STREET
______________________
CITY STATE ZIP

NEW ADDRESS ______________________
NUMBER STREET
______________________

CUSTOMER SIGNATURE ______________________

REC'D BY ________ DEPT ________ POSTED BY ________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. ________ ☐ CERTIFICATES NO. ________

☐ SAVINGS ACCOUNT NO. ________ ☐ TIME DEPOSIT NO. ________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ______________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ________
5. SUB-TOTAL ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________
7. ACCOUNT BALANCE ________
8. YOUR CHECKBOOK BALANCE ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE ________

IMPORTANT ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1 Tell us your name and account number.
2 Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3 Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank





30317 10/17/2014    $10210.51
5302015700 TC 151



101088 10/17/2014    $600.00
5302015710 TC 808



10148628 10/17/2014    1105 $2343.38
5302015720 TC 0



31500 10/17/2014    54880 $7267.13
5302015730 TC 0

02000071



30317 10/24/2014        $9500.00
5103003050 TC 151

101088 10/24/2014        $7500.00
5103003060 TC 808



116673 10/24/2014      2775 $2000.00
5103003070 TC 0





30317 10/24/2014        $5560.87
5204007490 TC 151

10125113 10/24/2014   109435 $5560.87
5204007500 TC 0

02000073



30317 10/27/2014        $10620.45
5101000960 TC 151



10148628 10/27/2014        1113 $2687.15
5101000970 TC 0



31500 10/27/2014    54919 $7933.30
5101000980 TC 0

02000074

CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
LYTLE, TX 78052

CURRENCY ▶   1500 00

DATE 10/28/14
CUSTOMER NAME B & E Trucking
CUSTOMER SIGNATURE:

ACCOUNT NUMBER   BANK CODE

※ 030317 ※   $ 150 0.00

⑈050080000⑈

**CASH IN**   $   1500.00
LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

**TELLER NO. 3**

10/28/2014   2:31 PM
Br# 1 Tlr 3 Seq# 72
Account 30317
Cash In
1,500.00

⑈5010⑈1111⑈   101083⑈   803

30317 10/28/2014   $1500.00
5303013310 TC 151

101083 10/28/2014   $1500.00
5303013320 TC 803

02000075

| LOAN CREDIT TRANSACTIONS | LYTLE STATE BANK LYTLE, TX 78052 |
|---|---|
| DATE 10·17·10 | |
| CUSTOMER NAME: Bill T. Hall | |
| PREPARED BY: 4M    APPROVED BY: | |

ACCOUNT NUMBER * 26781805    TRAN CODE * 597    AMOUNT $ 8230.14

⑆500⑆=0000⑆

| CHECKING/SAVINGS WITHDRAWAL | LYTLE STATE BANK LYTLE, TX 78052 |
|---|---|
| DATE 10·17·14 | |
| CUSTOMER NAME: Bill T. Hall    B N E Trucking | |
| PREPARED BY: 4M    APPROVED BY: | |
| CUSTOMER SIGNATURE: | |

ACCOUNT NUMBER * 30317    TRAN CODE *    AMOUNT $ 8230.14

⑆050008⑆1111⑆

26781805 10/17/2014    $8230.14
5302015430 TC 597

30317 10/17/2014    $8230.14
5302015440 TC 100

02000076

700029 10/29/2014   86694 $100825.85
5102002940 TC 151

4235 10/29/2014          $2148.68
5102002950 TC 151

30317 10/29/2014        $22000.00
5102002960 TC 100

26781807 10/29/2014      $80974.53
5102002970 TC 500

02000077

1

**B and E Trucking Co**
**7014 Butterfield**
**San Antonio TX 78227**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
|---|
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

**Nov 30, 2014**

Pg   1 of   2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

```
*****************************CUSTOMER NOTIFICATION*****************************

                    CHANGE OF CHARGES & FEES NOTICE

       Effective 12-5-14, the following charges/fees will go into effect:

Overdraft Charge (each overdraft item paid)      $30
Return Item Charge (each)                        $30
Stop Payment Charge (per item)                   $30
******************************************************************************
```

**COMMERCIAL CHK**

| | | | | |
|---|---|---|---|---|
| 11/01/2014 | Beginning Balance | | | 4,169.22 |
| | 1 Deposits/Other Credits | | + | 1,400.00 |
| | 8 Checks/Other Debits | | - | 3,941.07 |
| 11/30/2014 | Ending Balance | 30 Days in Statement Period | | 1,628.15 |

```
------------------------------------------------------------------------------
```

```
--------------------------- Deposits/Other Credits ---------------------------
```
11/12/2014 Deposit                                              1,400.00

```
------------------------------- Other Debits ---------------------------------
```
| | | |
|---|---|---|
| 11/04/2014 | Debit Card Debit | 42.13 |
| | LOVE S COUNTRY00002428 VON ORMY TX #3176 | |
| 11/05/2014 | Automatic Loan Pmt    LN PyXXXXXX1804    1 | 1,061.54 |
| 11/07/2014 | Debit Card Debit | 104.81 |
| | WM SUPERCENTER #2239 SAN ANTONIO TX #3176 | |
| 11/17/2014 | Debit Card Debit | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | |
| 11/18/2014 | Debit Card Debit | 128.07 |
| | TXDMV MCCS 512-465-1411 TX #3176 | |
| 11/18/2014 | POS Recurring Pmt | 51.85 |
| | INTUIT *PAYROLL 800-446-8848 CA #3176 | |
| 11/19/2014 | Automatic Loan Pmt    LN PyXXXXXX1801    1 | 1,425.94 |
| 11/28/2014 | Automatic Loan Pmt    LN PyXXXXXX1806    1 | 1,116.74 |

```
------------------------------------------------------------------------------
|                            |  Total For   |  Total            |
|                            |  This Period |  Year-to-Date     |
|------------------------------------------------------------------------------|
| Total Overdraft Fees       |  $    .00    |  $        .00     |
|------------------------------------------------------------------------------|
| Total Returned Item Fees   |  $    .00    |  $        .00     |
------------------------------------------------------------------------------
```

```
--------------------------- Daily Ending Balance -----------------------------
```
| 11/01 | 4,169.22 | 11/07 | 2,960.74 | 11/18 | 4,170.83 |
|---|---|---|---|---|---|
| 11/04 | 4,127.09 | 11/12 | 4,360.74 | 11/19 | 2,744.89 |
| 11/05 | 3,065.55 | 11/17 | 4,350.75 | 11/28 | 1,628.15 |

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER          STREET

CITY          STATE          ZIP

NEW ADDRESS _____
NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____          POSTED BY _____

☐ CHECKING ACCOUNT NO.          ☐ CERTIFICATES NO.
☐ SAVINGS ACCOUNT NO.          ☐ TIME DEPOSIT NO.
☐ INSTALLMENT LOAN          ☐ COMMERCIAL LOAN          ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
☐

— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION —

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14531 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN AND/OR NOT APPEARING ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION IN FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:   A MINUS SYMBOL APPEARING IN A BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.
2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.



30317 11/12/2014        $1,400.00

30317 11/12/2014        $1400.00
5107010260 TC 151

7011208 11/12/2014      1664 $1400.00
5107010270 TC 0

02000081

3



Lytle State Bank.
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

| ACCOUNT NUMBER |
|---|
| 30317 |
| **TAX ID NUMBER** |
| |
| **STATEMENT DATE** |
| Dec 31, 2014 |

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

```
***************************CUSTOMER NOTIFICATION***************************

                    CHANGE OF CHARGES & FEES NOTICE

     Effective 12-5-14, the following charges/fees will go into effect:

Overdraft Charge (each overdraft item paid)      $30
Return Item Charge (each)                        $30
Stop Payment Charge (per item)                   $30
***************************************************************************


COMMERCIAL CHK
12/01/2014 Beginning Balance                             1,628.15
            2 Deposits/Other Credits           +         7,212.24
           10 Checks/Other Debits              -         6,217.38
12/31/2014 Ending Balance      31 Days in Statement Period  2,623.01
-------------------------------------------------------------------


--------------------------- Deposits/Other Credits ----------------------
12/04/2014 Deposit                                         3,500.00
12/24/2014 Deposit                                         3,712.24


------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check   Date       Amount         Check   Date      Amount
-----------------------------------   -----------------------------
    1006  12/10      1,200.00


------------------------------- Other Debits ----------------------------
12/05/2014 Automatic Loan Pmt    LN PyXXXXXX1804   1          1,061.54
12/12/2014 Automatic Loan Pmt    LN PyXXXXXX1807   1          1,304.89
12/17/2014 Debit Card Debit                                      9.99
           APL* ITUNES.COM/BILL 866-712-7753 CA #3176
12/18/2014 Debit Card Debit                                      4.03
           NESTLE PURE LIFE 800-759-4310 MA #3176
12/18/2014 POS Recurring Pmt                                    51.85
           INTUIT *PAYROLL 800-446-8848 CA #3176
12/19/2014 Automatic Loan Pmt    LN PyXXXXXX1801   1          1,425.94
12/29/2014 Automatic Loan Pmt    LN PyXXXXXX1806   1          1,116.74
12/30/2014 Debit Card Debit                                     35.40
           BILL MILLER BBQ #07 SAN ANTONIO TX #3176
12/31/2014 Service Charge                                        7.00
```

| | | Total For This Period | Total Year-to-Date |
|---|---|---|---|
| Total Overdraft Fees | | $      .00 | $      .00 |
| Total Returned Item Fees | | $      .00 | $      .00 |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) FROM MONTH ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK REGISTER REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER

5. ADD ANY NOT SHOWN IN YOUR CHECK REGISTER

STATEMENT

6. SUB-TOTAL

7. ACCOUNT BALANCE

8. OUTSTANDING CHECKS

9. TOTAL STOP OF OUTSTANDING CHECKS

10. YOUR CHECKBOOK BALANCE

SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS

ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECKS SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER

11. ADJUSTED CHECKBOOK BALANCE

IMPORTANT:
ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ADJUSTED BALANCE

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN ON DATE SHOWN STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

| | CHECK NO. | AMOUNT OF CHECK |
|---|---|---|
| | | |
| | | |
| TOTAL | | |

## ERROR RESOLUTION NOTICE.

In case of errors or questions about your electronic   transfers, call or write us at the telephone number or   address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your question. If we decide to do this, we will credit your   account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your   account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3501
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED)

OLD ADDRESS
STREET
CITY                    STATE          ZIP

NEW ADDRESS
STREET
CITY                    STATE          ZIP

REC'D BY                          DEPT.
POSTED BY
CUSTOMER SIGNATURE

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS TO ADDRESS CHANGE SECTION

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO.
☐ SAVINGS ACCOUNT NO.
☐ CERTIFICATES NO.
☐ TIME DEPOSIT NO.

☐ INSTALLMENT LOAN
☐ COMMERCIAL LOAN
☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

## Lytle State Bank.
P.O. Box 575
LYTLE, TEXAS 78052-0575

02000083

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle    Devine    San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| **TAX ID NUMBER** |
| |
| **STATEMENT DATE** |
| Dec 31, 2014 |

Pg    2 of    3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| ---------------------------- Daily Ending Balance ---------------------------- | | | | | |
| 12/01 | 1,628.15 | 12/12 | 1,561.72 | 12/24 | 3,782.15 |
| 12/04 | 5,128.15 | 12/17 | 1,551.73 | 12/29 | 2,665.41 |
| 12/05 | 4,066.61 | 12/18 | 1,495.85 | 12/30 | 2,630.01 |
| 12/10 | 2,866.61 | 12/19 | 69.91 | 12/31 | 2,623.01 |

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT 1: STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| TOTAL | |

**INSTRUCTIONS**

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB-TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER __________ __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE __________ __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

**Acct # 30317**                    **B and E Trucking Co**                    **Pg 3 of 3**







30317 12/4/2014    $3,500.00          30317 12/24/2014    $3,712.24          30317 12/10/2014   1006   $1,200.00



30317 12/4/2014      $3500.00
5201007740 TC 151

101086 12/4/2014      $1000.00
5201007750 TC 856

451045 12/4/2014   28062 $4500.00
5201007760 TC 0

02000087

CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
LYTLE, TX 78052

DATE 12/24/14
CUSTOMER NAME: B + E Trucking

371224

030317

3712.21

30317 12/24/2014        $3712.24
5201007120 TC 151



1168

KELLER MATERIAL LTD

Dec 23, 2014

B+E Trucking                                    $ 3712.24

3712 DOLS 24 CTS                    DOLLARS

Jefferson Bank

Betty Keller

10148628 12/24/2014     1168 $3712.24
5201007130 TC 0

02000088

4

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle    Devine    San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
|---|
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| |

Jan 31, 2015

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

COMMERCIAL CHK

| DATE | DESCRIPTION | | | | BALANCE |
|---|---|---|---|---|---|
| 01/01/2015 | Beginning Balance | | | | 2,623.01 |
| | 3 Deposits/Other Credits | | | + | 3,941.17 |
| | 11 Checks/Other Debits | | | - | 6,095.51 |
| 01/31/2015 | Ending Balance | 31 Days in Statement Period | | | 468.67 |

```
---------------------------- Deposits/Other Credits ----------------------------
```

| DATE | DESCRIPTION | BALANCE |
|---|---|---|
| 01/08/2015 | Deposit | 1,688.44 |
| 01/20/2015 | Deposit | 647.73 |
| 01/28/2015 | Deposit | 1,605.00 |

```
-------------------------------- Other Debits ----------------------------------
```

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT |
|---|---|---|---|---|
| 01/05/2015 | Automatic Loan Pmt | LN PyXXXXXX1804 | 1 | 1,061.54 |
| 01/07/2015 | Force Pay Debit | | | 1,000.00 |
| 01/08/2015 | Debit Card Debit | | | 72.97 |
| | WAL-MART #2239 SAN ANTONIO TX #3176 | | | |
| 01/12/2015 | Automatic Loan Pmt | LN PyXXXXXX1807 | 1 | 1,304.89 |
| 01/13/2015 | Debit Card Debit | | | 61.04 |
| | BUC-EE`S #22 NEW BRAUNFELS TX #3176 | | | |
| 01/20/2015 | Debit Card Debit | | | 5.40 |
| | NESTLE PURE LIFE 800-759-4310 MA #3176 | | | |
| 01/20/2015 | Debit Card Debit | | | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | |
| 01/20/2015 | Automatic Loan Pmt | LN PyXXXXXX1801 | 1 | 1,425.94 |
| 01/28/2015 | Auto Loan Pmt Retry | LN PyXXXXXX1806 | 1 | 1,116.74 |
| 01/28/2015 | Return Item Charge | | | 30.00 |
| | Item(s) Presented 01/27/2015 | | | |
| 01/31/2015 | Service Charge | | | 7.00 |

|   | Total For This Period | Total Year-to-Date | Previous Year Total |
|---|---|---|---|
| Total Overdraft Fees | $     .00 | $     .00 | $     .00 |
| Total Returned Item Fees | $   30.00 | $   30.00 | $     .00 |

```
-------------------------- Daily Ending Balance ----------------------------
```

| | | | | | |
|---|---|---|---|---|---|
| 01/01 | 2,623.01 | 01/08 | 2,176.94 | 01/20 | 17.41 |
| 01/05 | 1,561.47 | 01/12 | 872.05 | 01/28 | 475.67 |
| 01/07 | 561.47 | 01/13 | 811.01 | 01/31 | 468.67 |

```
*************************CUSTOMER NOTIFICATION*****************************
```

We are required by Federal Law to provide you with the following
notifications: "We may report information about your account to credit
bureaus. Late payments, missed payments, or other defaults on your account
may be reflected on your credit report."
*****************************************************************************

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____
NUMBER          STREET

CITY          STATE          ZIP
NEW ADDRESS _____
NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____  ☐ CERTIFICATES NO. _____
☐ SAVINGS ACCOUNT NO. _____  ☐ TIME DEPOSIT NO. _____
☐ INSTALLMENT LOAN  ☐ COMMERCIAL LOAN  ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
☐

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4992
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS
(CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR DRAWN PRIOR STATEMENT)

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT
5. SUB-TOTAL
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS
7. ACCOUNT BALANCE
8. YOUR CHECKBOOK BALANCE
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.
NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error.  For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.   This way, you will have use of the money during the time it takes us to complete our investigation.

02000090

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

TAX ID NUMBER

STATEMENT DATE

Jan 31, 2015

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ______

OLD ADDRESS ______
NUMBER STREET
______
CITY STATE ZIP

NEW ADDRESS ______
NUMBER STREET
______

CUSTOMER SIGNATURE ______

REC'D BY ______ DEPT ______ POSTED BY ______

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. ______ ☐ CERTIFICATES NO. ______

☐ SAVINGS ACCOUNT NO. ______ ☐ TIME DEPOSIT NO. ______

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ______

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com

BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT.

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ______ ______
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ______ ______
5. SUB-TOTAL ______ ______
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ______ ______
7. ACCOUNT BALANCE ______ ______
8. YOUR CHECKBOOK BALANCE ______ ______
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. ______
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE ______ ______

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 3 of 3



30317 1/8/2015      $1,688.44



30317 1/20/2015     $647.73



30317 1/28/2015     $1,605.00



30317 1/7/2015      $1,000.00

02000093

CHECKING/SAVINGS DEPOSIT    LYTLE STATE BANK
LYTLE, TX 78022

DATE 1/8/2015
CUSTOMER NAME B&E Trucking
CUSTOMER SIGNATURE:

CURRENCY ▶
COIN ▶
SUB TOTAL ▶    1688.44
LESS CASH RECEIVED ▶

ACCOUNT NUMBER    TRAN CODE
✳   030317   ✳        $    1688.44

⑊05008000⑊

30317 1/8/2015        $1688.44
5302008760 TC 151

DRAKE    BRAD DRAKE CONSTRUCTION LLC                    11586

Pay: ***************One thousand six hundred eighty-eight dollars and 44 cents

DATE              CHECK NO.        AMOUNT
January 3, 2015      11586    $******1,688.44

PAY
TO THE
ORDER    B&E Trucking
         7206 W Military Drive
         STE 2
         San Antonio, TX  78227

⑆011586⑆ ⑈311197270⑈ 011035250708⑆

11035250208 1/8/2015    11586 $1688.44
5302008770 TC 0

02000094





30317 1/20/2015     $647.73
5107013150 TC 151

101089 1/20/2015     $400.00
5107013160 TC 809



3218662 1/20/2015   58526 $247.73
5107013170 TC 0

02000095

30317 1/28/2015      $1605.00
5201003510 TC 151

131148 1/28/2015   350518 $1125.00
5201003520 TC 0



750027588 1/28/2015      1000 $480.00
5201003530 TC 0

02000096

CASH OUT $          1 0 0 0.00

LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

TELLER NO. 3

01/07/2015          2:29 PM
Br# 1 Tlr 3 Seq# 47
Account 30317
Cash Out

1,000.00

⑆5010⑈0000⑉   101083⑆     853

CHECKING/SAVINGS WITHDRAWAL          LYTLE STATE BANK
LYTLE, TX 78052          cash

DATE   1/7/15
CUSTOMER NAME   B & E Trucking
PREPARED BY   RL          APPROVED BY
CUSTOMER SIGNATURE

ACCOUNT NUMBER          TRAN CODE          AMOUNT

⋇   030317        ⋇          $    1000.00

⑆050081111⑈

101083 1/7/2015        $1000.00
5303011280 TC 853

30317 1/7/2015        $1000.00
5303011290 TC 100

02000097

4



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |

Feb 28, 2015

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
****************************CUSTOMER NOTIFICATION****************************

NEW FEES AND SERVICE CHARGES WILL GO INTO EFFECT MAY 1, 2015.
PLEASE REVIEW THE TERMS AND CONDITIONS AND FEE SCHEDULE ENCLOSED
WITH YOUR STATEMENT. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT
CUSTOMER SERVICE AT 830-709-3601. WE APPRECIATE YOUR BUSINESS!!
****************************************************************************
```

COMMERCIAL CHK

| | | | | |
| --- | --- | --- | --- | --- |
| 02/01/2015 | Beginning Balance | | | 468.67 |
| | 4 Deposits/Other Credits | | + | 5,077.77 |
| | 8 Checks/Other Debits | | - | 5,061.35 |
| 02/28/2015 | Ending Balance | 28 Days in Statement Period | | 485.09 |

```
--------------------------- Deposits/Other Credits ---------------------------
```

| | | | |
| --- | --- | --- | --- |
| 02/05/2015 | Deposit | | 1,000.00 |
| 02/11/2015 | Deposit | | 1,577.77 |
| 02/18/2015 | Deposit | | 1,500.00 |
| 02/27/2015 | Deposit | | 1,000.00 |

```
------------------------------ Other Debits ------------------------------
```

| | | | | |
| --- | --- | --- | --- | --- |
| 02/05/2015 | Automatic Loan Pmt | LN PyXXXXXX1804 | 1 | 1,061.54 |
| 02/12/2015 | Automatic Loan Pmt | LN PyXXXXXX1807 | 1 | 1,304.89 |
| 02/13/2015 | Debit Card Debit | | | 131.85 |
| | WALGREENS #3563 SAN ANTONIO TX #3176 | | | |
| 02/17/2015 | Debit Card Debit | | | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | |
| 02/18/2015 | Debit Card Debit | | | 5.40 |
| | NESTLE PURE LIFE 800-759-4310 MA #3176 | | | |
| 02/19/2015 | Automatic Loan Pmt | LN PyXXXXXX1801 | 1 | 1,425.94 |
| 02/27/2015 | Automatic Loan Pmt | LN PyXXXXXX1806 | 1 | 1,116.74 |
| 02/28/2015 | Service Charge | | | 5.00 |

| | Total For This Period | Total Year-to-Date |
| --- | --- | --- |
| Total Overdraft Fees | $ .00 | $ .00 |
| Total Returned Item Fees | $ .00 | $ 30.00 |

```
--------------------------- Daily Ending Balance ---------------------------
```

| 02/01 | 468.67 | 02/13 | 548.16 | 02/19 | 606.83 |
| --- | --- | --- | --- | --- | --- |
| 02/05 | 407.13 | 02/17 | 538.17 | 02/27 | 490.09 |
| 02/11 | 1,984.90 | 02/18 | 2,032.77 | 02/28 | 485.09 |
| 02/12 | 680.01 | | | | |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT 1: STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com

BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________
5. SUB-TOTAL __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________
7. ACCOUNT BALANCE __________
8. YOUR CHECKBOOK BALANCE __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |
| Feb 28, 2015 |

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                      5.00 Lowest Monthly Balance              407.13
                        -------------
Service Charge  02/28/2015          5.00
```

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____

NUMBER        STREET

CITY        STATE        ZIP

NEW ADDRESS _____

NUMBER        STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT. _____   POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (630) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DID
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER
ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For an electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 3 of 3



30317 2/5/2015        $1,000.00



30317 2/11/2015       $1,577.77



30317 2/18/2015       $1,500.00



30317 2/27/2015       $1,000.00





30317 2/5/2015        $1000.00
5203009520 TC 151

101089 2/5/2015        $1000.00
5203009530 TC 809



26781808 2/11/2015        $8222.23
5105005410 TC 597

30317 2/11/2015        $1577.77
5105005420 TC 151

101092 2/11/2015        $9800.00
5105005430 TC 812



30317 2/18/2015      $1500.00
5201006750 TC 151

101088 2/18/2015      $1500.00
5201006760 TC 808

02000105

| CHECKING/SAVINGS DEPOSIT | LYTLE STATE BANK | | | |
|---|---|---|---|---|
| | LYTLE, TX 78052 | CURRENCY ▶ | 1000 00 | |
| | | COIN ▶ | | |
| DATE 2/27/15 | | | | |
| CUSTOMER NAME B+E Trucking Co | | | | |
| CUSTOMER SIGNATURE: | | | | |
| | | SUB TOTAL ▶ | | |
| | | LESS CASH RECEIVED ▶ | | |
| ACCOUNT NUMBER | TRAN CODE | $ | 1000.00 | |
| ✱ 030317 ✱ | | | | |
| ⑆050080000⑆ | | | | |

**CASH IN**  $  1000.00

LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

**TELLER NO. 3**

02/27/2015          12:10 PM
Br# 1 Tlr 3 Seq# 43
Account 30317
Cash In

1,000.00

⑆5010⑈1111⑈   101083⑈   803

30317 2/27/2015      $1000.00
5205010530 TC 151

101083 2/27/2015      $1000.00
5205010540 TC 803

02000106

3

**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| Mar 31, 2015 |

Pg  1 of  2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
****************************CUSTOMER NOTIFICATION****************************

NEW FEES AND SERVICE CHARGES WILL GO INTO EFFECT MAY 1, 2015.
PLEASE REVIEW THE TERMS AND CONDITIONS AND FEE SCHEDULE ENCLOSED
WITH YOUR STATEMENT. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT
CUSTOMER SERVICE AT 830-709-3601. WE APPRECIATE YOUR BUSINESS!!
****************************************************************************
```

COMMERCIAL CHK

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 03/01/2015 | Beginning Balance | | | | 485.09 |
| | 3 Deposits/Other Credits | | | + | 3,700.00 |
| | 6 Checks/Other Debits | | | − | 3,885.70 |
| 03/31/2015 | Ending Balance | 31 Days in Statement Period | | | 299.39 |

```
--------------------------- Deposits/Other Credits ---------------------------
```

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 03/12/2015 | Deposit | 1,000.00 |
| 03/19/2015 | Deposit | 1,500.00 |
| 03/27/2015 | Deposit | 1,200.00 |

```
------------------------------ Other Debits ------------------------------
```

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT |
| --- | --- | --- | --- | --- |
| 03/12/2015 | Automatic Loan Pmt | LN PyXXXXXX1807 | 1 | 1,304.89 |
| 03/17/2015 | Debit Card Debit | | | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | |
| 03/17/2015 | Debit Card Debit | | | 21.14 |
| | NESTLE PURE LIFE 800-759-4310 MA #3176 | | | |
| 03/19/2015 | Automatic Loan Pmt | LN PyXXXXXX1801 | 1 | 1,425.94 |
| 03/27/2015 | Automatic Loan Pmt | LN PyXXXXXX1806 | 1 | 1,116.74 |
| 03/31/2015 | Service Charge | | | 7.00 |

| | | Total For This Period | Total Year-to-Date |
| --- | --- | --- | --- |
| Total Overdraft Fees | | $ .00 | $ .00 |
| Total Returned Item Fees | | $ .00 | $ 30.00 |

```
--------------------------- Daily Ending Balance ---------------------------
```

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 03/01 | 485.09 | 03/17 | 149.07 | 03/27 | 306.39 |
| 03/12 | 180.20 | 03/19 | 223.13 | 03/31 | 299.39 |

```
--------------------------- Service Charge Summary ---------------------------
```
** Below is an itemization of the Service Charges Paid this period. **

| | | | |
| --- | --- | --- | --- |
| Service Chg Fee | 7.00 | Lowest Monthly Balance | 149.07 |
| Service Charge 03/31/2015 | 7.00 | | |

02000107

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____
NUMBER        STREET

_____
CITY    STATE    ZIP

NEW ADDRESS _____
NUMBER        STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____    ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____    ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN    ☐ COMMERCIAL LOAN    ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION —

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14531 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

02000108

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 2 of 2







30317 3/12/2015       $1,000.00          30317 3/19/2015       $1,500.00          30317 3/27/2015       $1,200.00



CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
LYTLE, TX 78052

DATE 3/12/15
CUSTOMER NAME: B and E Trucking
CUSTOMER SIGNATURE:

ACCOUNT NUMBER   TRAN CODE

\* 30317   \*

1 000 00

$  1 000.00

CASH IN   $   1 000.00
LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

TELLER NO. 6

03/12/2015   2:20 PM
Br# 1 Tlr 6 Seq# 60
Account 30317
Cash In

1,000.00

30317 3/12/2015   $1000.00
5301007480 TC 151

101086 3/12/2015   $1000.00
5301007490 TC 806



30317 3/19/2015          $1500.00
5202005670 TC 151

101089 3/19/2015          $1500.00
5202005680 TC 809

02000111



30317 3/27/2015      $1200.00
5102004100 TC 151

101082 3/27/2015      $1200.00
5102004110 TC 802

02000112

7

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle  Devine  San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
|---|
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

Apr 30, 2015

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

```
COMMERCIAL CHK
04/01/2015 Beginning Balance                                         299.39
           5 Deposits/Other Credits               +           15,200.00
          12 Checks/Other Debits                  -           15,144.43
04/30/2015 Ending Balance      30 Days in Statement Period           354.96
-------------------------------------------------------------------------

-------------------------- Deposits/Other Credits --------------------------
04/06/2015 Deposit                                                 8,000.00
04/13/2015 Deposit                                                 1,300.00
04/20/2015 Deposit                                                 1,000.00
04/24/2015 Deposit                                                 4,200.00
04/28/2015 Deposit                                                   700.00

------- Checks listed in numerical order;  (*) indicates gap in sequence -------
     Check   Date          Amount            Check    Date          Amount
------------------------------------    ----------------------------------
     1034  04/28        3,600.00

------------------------------- Other Debits -------------------------------
04/06/2015 Force Pay Debit                                         6,500.00
04/06/2015 Automatic Loan Pmt   LN PyXXXXXX1809    1               1,045.73
04/13/2015 Debit Card Debit                                           65.00
           CHEVRON 00356650 SAN ANTONIO TX #3176
04/13/2015 Automatic Loan Pmt   LN PyXXXXXX1807    1               1,304.89
04/17/2015 Debit Card Debit                                            9.99
           APL* ITUNES.COM/BILL 866-712-7753 CA #3176
04/20/2015 Debit Card Debit                                            3.25
           NESTLE PURE LIFE 800-759-4310 MA #3176
04/20/2015 Automatic Loan Pmt   LN PyXXXXXX1801    1               1,425.94
04/24/2015 Return Item Charge                                         30.00
           Item(s) Presented 04/23/2015
04/27/2015 Automatic Loan Pmt   LN PyXXXXXX1806    1               1,116.74
04/30/2015 Debit Card Debit                                           35.89
           AJ`S TIRE SHOP INC SCHERTZ TX #3176
04/30/2015 Service Charge                                              7.00
```

| | | Total For This Period | | Total Year-to-Date |
|---|---|---|---|---|
| Total Overdraft Fees | | $ .00 | | $ .00 |
| Total Returned Item Fees | | $ 30.00 | | $ 60.00 |

```
--------------------------- Daily Ending Balance ---------------------------
04/01      299.39    04/17       673.78    04/27          3,297.85
04/06      753.66    04/20       244.59    04/28            397.85
04/13      683.77    04/24     4,414.59    04/30            354.96
```

## CHANGE OF ADDRESS (Please Type or Print)

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER                          STREET

_____
CITY          STATE          ZIP

NEW ADDRESS _____
NUMBER                          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT. _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____
☐ SAVINGS ACCOUNT NO. _____
☐ INSTALLMENT LOAN
☐ COMMERCIAL LOAN
☐

☐ CERTIFICATES NO. _____
☐ TIME DEPOSIT NO. _____
☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

_____ PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION _____

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on this statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DID
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
| TOTAL     |                 |

This form
is designed
to help you
balance
your
statement

## INSTRUCTIONS

1.  COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2.  MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3.  BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4.  COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK-ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5.  SUB-TOTAL _____

6.  SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7.  ACCOUNT BALANCE _____

8.  YOUR CHECKBOOK BALANCE _____

9.  SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:  ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3.  Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly.  For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error.  For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.  This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| Apr 30, 2015 |

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                    7.00 Lowest Monthly Balance              244.59
                        -------------
Service Charge  04/30/2015        7.00
```

02000115

**CHANGE OF ADDRESS (Please Type or Print)**

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER          STREET

_____
CITY          STATE          ZIP

NEW ADDRESS _____
NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

| | CHECKING ACCOUNT NO. | | | CERTIFICATES NO. |
| | SAVINGS ACCOUNT NO. | | | TIME DEPOSIT NO. |
| | INSTALLMENT LOAN | | COMMERCIAL LOAN | | MY PAYCHECK IS SENT DIRECTLY TO THE BANK |

--- PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ---

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN AND/DID NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or fore-gin-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

**Acct # 30317**                **B and E Trucking Co**                **Pg 3 of 3**



30317 4/6/2015      $8,000.00           30317 4/13/2015      $1,300.00          30317 4/20/2015      $1,000.00

30317 4/24/2015      $4,200.00          30317 4/28/2015      $700.00            30317 4/6/2015      $6,500.00

30317 4/28/2015   1034   $3,600.00

**CHECKING/SAVINGS DEPOSIT** — LYTLE STATE BANK, LYTLE, TX 78052

DATE 4-6-15
CUSTOMER NAME: Bill T. Hall
Ipan Proceeds
$ 9000.00

ACCOUNT NUMBER ⚹ 030317

30317 4/6/2015     $8000.00
5302021620 TC 151



**CHECKING/SAVINGS DEPOSIT** — LYTLE STATE BANK, LYTLE, TX 78052

DATE 4-6-15
Bill T Hall
CUSTOMER NAME: Maid Mt Unu
CUSTOMER SIGNATURE: 2678810

ACCOUNT NUMBER ⚹ 004235
$ 22.02

4235 4/6/2015     $22.02
5302021630 TC 151



**LOAN DEBIT TRANSACTIONS** — LYTLE STATE BANK, LYTLE, TX 78052

DATE 4-6-15
CUSTOMER NAME: Bill T. Hall
PREPARED BY:          APPROVED BY:
CUSTOMER SIGNATURE:

ACCOUNT NUMBER ⚹ 26781810   TRAN CODE ⚹ 500   AMOUNT $ 8022.02

26781810 4/6/2015     $8022.02
5302021640 TC 500

02000118



30317 4/13/2015        $1300.00
5202015080 TC 151

101082 4/13/2015        $1300.00
5202015090 TC 802



30317 4/20/2015          $1000.00
5302023390 TC 151

101082 4/20/2015          $1000.00
5302023400 TC 802

02000120

CHECKING/SAVINGS DEPOSIT LYTLE STATE BANK

DATE 4/24/15

CUSTOMER NAME: B+E Trucking Co

CUSTOMER SIGNATURE:

420000

ACCOUNT NUMBER TRAN CODE

*30317 * $ 4200.00

⑆0500800000⑆

30317 4/24/2015 $4200.00
5302011110 TC 151

B & E TRUCKING CO

4865

Date 04/24/2015

PAY to the Order of B.E Trucking $4200—

Four Thousand Two Hundred Dollars

SouthTrustBank

FOR

⑈004865⑈ ⑆114917508⑆ =12=494=1⑈

124941 4/24/2015 4865 $4200.00
5302011120 TC 0

DEPOSIT TICKET
B & E TRUCKING CO.
7814 BUTTERFIELD
SAN ANTONIO, TX 78227

DATE 4/28/15

Lytle State Bank
BOX 370 LYTLE, TEXAS 78052-0370

CASH — 700.00

CHECKS OR TOTAL
FROM OTHER SIDE

SUB TOTAL

LESS CASH

TOTAL $  700.00

⑈114911519⑈  ⇒030 317⑈  151

30317 4/28/2015        $700.00
5202009450 TC 151

**CASH IN**        $            70Q00
LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

**TELLER NO. 2**

04/28/2015                    10:49 AM
Br#   1 Tlr   2 Seq#   77
Account 30317 .
Cash In

700.00

⑈5010⇒1111⑈  101082⑈  802

101082 4/28/2015       $700.00
5202009460 TC 802

02000122

CASH OUT $    6500.00

LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

TELLER NO. 12

04/06/2015          10:36 AM
Brl    1 Tlr  12 Seq8    14
Account 2
Cash Out

                              6,500.00

X _____

⑈5010⑈0000⑈    101092⑈        86 2

101092 4/6/2015        $6500.00
5302021650 TC 862

CHECKING/SAVINGS WITHDRAWAL          LYTLE STATE BANK
                                     LYTLE, TX 78052

DATE 4-6-15
CUSTOMER NAME: Bill T. Hall
PREPARED BY: km
CUSTOMER SIGNATURE _____ APPROVED BY: _____

ACCOUNT NUMBER          TRAN CODE                    AMOUNT

⋇ 03 0317          ⋇              $    6500.00

⑈050081111⑈

30317 4/6/2015        $6500.00
5302021660 TC 100

02000123

8

**LSB**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
|---|
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

May 31, 2015

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

COMMERCIAL CHK
05/01/2015 Beginning Balance                                                     354.96
            3 Deposits/Other Credits                         +      16,600.00
           16 Checks/Other Debits                            -      16,759.88
05/31/2015 Ending Balance        31 Days in Statement Period           195.08
------------------------------------------------------------------------------

-------------------------- Deposits/Other Credits --------------------------
05/05/2015 Deposit                                                     2,800.00
05/12/2015 Deposit                                                     2,300.00
05/18/2015 Deposit                                                    11,500.00

------- Checks listed in numerical order;  (*) indicates gap in sequence -------
     Check   Date          Amount          Check   Date           Amount
   -------------------------------------   ------------------------------------
     1004   05/06        2,000.00          1027*  05/13         1,000.00
     1005   05/21        2,000.00

------------------------------- Other Debits -------------------------------
05/05/2015 Debit Card Debit                                              61.55
             CHEVRON 00356650 SAN ANTONIO TX #3176
05/05/2015 Automatic Loan Pmt    LN PyXXXXXX1809    1                 1,045.73
05/12/2015 Automatic Loan Pmt    LN PyXXXXXX1807    1                 1,304.89
05/18/2015 Debit Card Debit                                               9.99
             APL* ITUNES.COM/BILL 866-712-7753 CA #3176
05/18/2015 Force Pay Debit                                            1,700.00
05/19/2015 Debit Card Debit                                               3.25
             NESTLE PURE LIFE 800-759-4310 MA #3176
05/19/2015 Force Pay Debit                                            4,750.00
05/19/2015 Automatic Loan Pmt    LN PyXXXXXX1801    1                 1,425.94
05/21/2015 Debit Card Debit                                             103.70
             PERRY`S 7TH ST. AUSTIN TX #3176
05/26/2015 Debit Card Debit                                             211.09
             NORDSTROM #0732 SAN ANTONIO TX #3176
05/27/2015 Automatic Loan Pmt    LN PyXXXXXX1806    1                 1,116.74
05/28/2015 Debit Card Debit                                              20.00
             AEMC LLC, CASIAS TIRE SH SAN ANTONIO TX
05/31/2015 Service Charge                                                 7.00

--------------------------------------------------------------------------------
|                                    |  Total For   |  Total            |
|                                    |  This Period  |  Year-to-Date     |
|------------------------------------|--------------|-------------------|
| Total Overdraft Fees               |  $      .00  |  $        .00     |
|------------------------------------|--------------|-------------------|
| Total Returned Item Fees           |  $      .00  |  $      60.00     |
--------------------------------------------------------------------------------

-------------------------- Daily Ending Balance ----------------------------
05/01        354.96     05/05        2,047.68     05/06            47.68

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER                STREET

_____
CITY          STATE          ZIP

NEW ADDRESS _____
NUMBER                STREET

_____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____   POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

------ PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ------

## Lytle State Bank.
P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

| LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT | |
|---|---|
| CHECK NO. | AMOUNT OF CHECK |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUBS OR CHECK REGISTER TO INDICATE CHECKS PAID

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, credit deposits, withdrawals, automated teller machine, or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

May 31, 2015

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
-------------------------- Daily Ending Balance ----------------------------
05/12          1,042.79    05/19          3,653.61    05/27              222.08
05/13             42.79    05/21          1,549.91    05/28              202.08
05/18          9,832.80    05/26          1,338.82    05/31              195.08

-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                        7.00 Lowest Monthly Balance          42.79
                      -------------
Service Charge  05/31/2015          7.00
```

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB-TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER __________ __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank



30317 5/5/2015      $2,800.00

30317 5/12/2015     $2,300.00

30317 5/18/2015     $11,500.00

30317 5/18/2015     $1,700.00

30317 5/19/2015     $4,750.00

30317 5/6/2015    1004    $2,000.00

30317 5/21/2015    1005    $2,000.00

30317 5/13/2015    1027    $1,000.00

30317 5/5/2015          $2800.00
5301013050 TC 151

124941 5/5/2015     4901 $2800.00
5301013060 TC 0

02000129



30317 5/12/2015        $2300.00
5302013900 TC 151

124941 5/12/2015      4924 $2300.00
5302013910 TC 0

02000130





30317 5/18/2015          $11500.00
5105007440 TC 151

4861512861 5/18/2015 618200763 $11500.00
5105007450 TC 0

02000131

| | |
|---|---|
| **CASH OUT** $    1700.00 | **CHECKING/SAVINGS WITHDRAWAL**    LYTLE STATE BANK   LYTLE, TX 78052 |
| LYTLE STATE BANK   LYTLE, TX 78052   MEMBER FDIC | DATE 5/18/15 |
| **TELLER NO. 8** | CUSTOMER NAME Bull Hall |
| 05/18/2015   10:39 AH   Br#   1 Tlr   8 Seq1   137   Account 30317   Cash Out | PREPARED BY: PN    APPROVED BY: |
| | CUSTOMER SIGNATURE: |
| | ACCOUNT NUMBER   TRAN CODE    AMOUNT |
| | ⁑ 30317   ⁑    $ 1700.00 |
| ⑆5010⑈0000⑉ 101088⑈ 858    1,700.00 | ⑈050081111⑈ |

101088 5/18/2015    $1700.00
5202018780 TC 858

30317 5/18/2015    $1700.00
5202018790 TC 100

02000132

CASH OUT $   4750.00
LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

TELLER NO. 8

05/19/2015              12:42 PM
Brit   I Tlr   8 Seq4   31
Account 30317
Cash Out

4,750.00

⑆5010⑈0000⑆   101088⑆   858

CHECKING / SAVINGS WITHDRAWAL    LYTLE STATE BANK
                                 LYTLE, TX 78052

DATE  5/19/15

CUSTOMER NAME  Bill Hall

PREPARED BY:  KR        APPROVED BY:

CUSTOMER SIGNATURE

ACCOUNT NUMBER    TRAN CODE                    AMOUNT

✳ 30317        ⋈              $      4750.00

⑆050081111⑈

101088 5/19/2015      $4750.00
5203007930 TC 858

30317 5/19/2015       $4750.00
5203007940 TC 100

02000133

6

**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Jun 30, 2015

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|------|-------------|-----------|-----------|--------|---------|

COMMERCIAL CHK

| Date | Description | | Amount | Balance |
|------|-------------|---|--------|---------|
| 06/01/2015 | Beginning Balance | | | 195.08 |
| | 4 Deposits/Other Credits | + | | 11,826.00 |
| | 11 Checks/Other Debits | - | | 11,749.63 |
| 06/30/2015 | Ending Balance   30 Days in Statement Period | | | 271.45 |

--------------------------- Deposits/Other Credits ---------------------------

| Date | Description | Amount |
|------|-------------|--------|
| 06/05/2015 | Deposit | 1,100.00 |
| 06/12/2015 | Deposit | 5,600.00 |
| 06/18/2015 | Deposit | 3,926.00 |
| 06/29/2015 | Deposit | 1,200.00 |

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|
| 1073 | 06/12 | 4,200.00 | 1085* | 06/18 | 2,500.00 |

-------------------------------- Other Debits --------------------------------

| Date | Description | Reference | | Amount |
|------|-------------|-----------|---|--------|
| 06/05/2015 | Automatic Loan Pmt | LN PyXXXXXX1809 | 1 | 1,045.73 |
| 06/12/2015 | Automatic Loan Pmt | LN PyXXXXXX1807 | 1 | 1,304.89 |
| 06/12/2015 | Overdraft Charge | | | 30.00 |
| | Item(s) Presented 06/11/2015 | | | |
| 06/17/2015 | Debit Card Debit | | | 3.25 |
| | NESTLE PURE LIFE 800-759-4310 MA #3176 | | | |
| 06/17/2015 | Debit Card Debit | | | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | |
| 06/19/2015 | Automatic Loan Pmt | LN PyXXXXXX1801 | 1 | 1,425.94 |
| 06/25/2015 | Debit Card Debit | | | 106.09 |
| | DILLARD`S 723 INGRAM PARK SAN ANTONIO TX | | | |
| 06/29/2015 | Automatic Loan Pmt | LN PyXXXXXX1806 | 1 | 1,116.74 |
| 06/30/2015 | Service Charge | | | 7.00 |

| | Total For This Period | Total Year-to-Date |
|---|-----------------------|--------------------|
| Total Overdraft Fees | $ 30.00 | $ 30.00 |
| Total Returned Item Fees | $ .00 | $ 60.00 |

--------------------------- Daily Ending Balance ---------------------------

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/01 | 195.08 | 06/17 | 301.22 | 06/25 | 195.19 |
| 06/05 | 249.35 | 06/18 | 1,727.22 | 06/29 | 278.45 |
| 06/12 | 314.46 | 06/19 | 301.28 | 06/30 | 271.45 |

## CHANGE OF ADDRESS (Please Type or Print)

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER          STREET

_____
CITY    STATE    ZIP

NEW ADDRESS _____
NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO.    ☐ CERTIFICATES NO.
☐ SAVINGS ACCOUNT NO.     ☐ TIME DEPOSIT NO.
☐ INSTALLMENT LOAN  ☐ COMMERCIAL LOAN  ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
☐

— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION —

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3691
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____
5. SUB-TOTAL _____
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____
7. ACCOUNT BALANCE _____
8. YOUR CHECKBOOK BALANCE _____
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____
11. ADJUSTED CHECKBOOK BALANCE _____
   IMPORTANT  ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE
   NOTE  A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

02000135

B and E Trucking Co

**Lytle State Bank.**
*"Your Home Town Bank Since 1910"*
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |
| Jun 30, 2015 |

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
--------------------------- Service Charge Summary ---------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                      7.00 Lowest Monthly Balance         195.08
                       -------------
Service Charge  06/30/2015          7.00
```

02000136

**CHANGE OF ADDRESS (Please Type or Print)**

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
  NUMBER          STREET

_____
  CITY     STATE     ZIP

NEW ADDRESS _____
  NUMBER          STREET

_____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____   POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

--- PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ---

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
| TOTAL     |                 |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-based transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.   This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

Acct # 30317                   B and E Trucking Co                          Pg 3 of 3



| | | |
|---|---|---|
| 30317 6/5/2015   $1,100.00 | 30317 6/12/2015   $5,600.00 | 30317 6/18/2015   $3,926.00 |
| 30317 6/29/2015   $1,200.00 | 30317 6/11/2015   1073   $4,200.00 | 30317 6/18/2015   1085   $2,500.00 |



30317 6/5/2015        $1100.00
5103005720 TC 151

124941 6/5/2015     5003 $1100.00
5103005730 TC 0

02000139



02000140



30317 6/18/2015          $3926.00
5301007760 TC 151

124941 6/18/2015     5050 $3926.00
5301007770 TC 0

02000141



30317 6/29/2015      $1200.00
5301022130 TC 151

124941 6/29/2015      5106 $1200.00
5301022140 TC 0

6

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER | |
|---|---|
| 30317 | |
| TAX ID NUMBER | |
| | |
| STATEMENT DATE | |

Jul 31, 2015

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

COMMERCIAL CHK

| | | | | |
|---|---|---|---|---|
| 07/01/2015 | Beginning Balance | | | 271.45 |
| | 5 Deposits/Other Credits | | + | 8,731.00 |
| | 12 Checks/Other Debits | | - | 8,622.25 |
| 07/31/2015 | Ending Balance | 31 Days in Statement Period | | 380.20 |

--------------------------- Deposits/Other Credits ---------------------------

| | | |
|---|---|---|
| 07/06/2015 | Deposit | 1,200.00 |
| 07/10/2015 | Deposit | 3,600.00 |
| 07/13/2015 | Deposit | 1,305.00 |
| 07/22/2015 | Deposit | 1,426.00 |
| 07/27/2015 | Deposit | 1,200.00 |

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 1077 | 07/10 | 3,600.00 | | | |

-------------------------------- Other Debits --------------------------------

| | | | | | |
|---|---|---|---|---|---|
| 07/06/2015 | Automatic Loan Pmt | LN PyXXXXXX1809 | 1 | | 1,045.73 |
| 07/13/2015 | Automatic Loan Pmt | LN PyXXXXXX1807 | 1 | | 1,304.89 |
| 07/17/2015 | Debit Card Debit | | | | 3.25 |
| | NESTLE PURE LIFE 800-759-4310 MA #3176 | | | | |
| 07/17/2015 | Debit Card Debit | | | | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | | |
| 07/21/2015 | Return Item Charge | | | | 30.00 |
| | Item(s) Presented 07/20/2015 | | | | |
| 07/22/2015 | Auto Loan Pmt Retry | LN PyXXXXXX1801 | 1 | | 1,425.94 |
| 07/24/2015 | Debit Card Debit | | | | 20.71 |
| | TXDMV MCCS 512-465-1411 TX #3176 | | | | |
| 07/27/2015 | Automatic Loan Pmt | LN PyXXXXXX1806 | 1 | | 1,116.74 |
| 07/27/2015 | Return Item Charge | | | | 30.00 |
| | Item(s) Presented 07/24/2015 | | | | |
| 07/30/2015 | Return Item Charge | | | | 30.00 |
| | Item(s) Presented 07/29/2015 | | | | |
| 07/31/2015 | Service Charge | | | | 5.00 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $    .00 | $   30.00 |
| Total Returned Item Fees | $  90.00 | $  150.00 |

--------------------------- Daily Ending Balance ---------------------------

| | | | | | |
|---|---|---|---|---|---|
| 07/01 | 271.45 | 07/10 | 425.72 | 07/17 | 412.59 |
| 07/06 | 425.72 | 07/13 | 425.83 | 07/21 | 382.59 |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY ________ DEPT ________ POSTED BY ________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. ____________ ☐ CERTIFICATES NO. ____________

☐ SAVINGS ACCOUNT NO. ____________ ☐ TIME DEPOSIT NO. ____________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

# Lytle State Bank.

**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com

BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS. CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER. ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE ________ ________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-5601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
|---|
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| Jul 31, 2015 |

Pg   2 of   3

| DATE | DESCRIPTION | | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| --------------------------- Daily Ending Balance --------------------------- |
| 07/22 | | 382.65 | 07/27 | | 415.20 | 07/31 | 380.20 |
| 07/24 | | 361.94 | 07/30 | | 385.20 | | |

--------------------------- Service Charge Summary ---------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                     5.00 Lowest Monthly Balance        271.45
                          -------------
Service Charge  07/31/2015          5.00

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

- ☐ CHECKING ACCOUNT NO. __________
- ☐ CERTIFICATES NO. __________
- ☐ SAVINGS ACCOUNT NO. __________
- ☐ TIME DEPOSIT NO. __________
- ☐ INSTALLMENT LOAN
- ☐ COMMERCIAL LOAN
- ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
- ☐ __________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

# Lytle State Bank.

**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT.

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS. WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________
5. SUB-TOTAL __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________
7. ACCOUNT BALANCE __________
8. YOUR CHECKBOOK BALANCE __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes to complete our investigation.

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 3 of 3



30317 7/6/2015        $1,200.00        30317 7/10/2015        $3,600.00        30317 7/13/2015        $1,305.00

30317 7/22/2015        $1,426.00        30317 7/27/2015        $1,200.00        30317 7/10/2015   1077   $3,600.00



30317 7/6/2015        $1200.00
5201011960 TC 151

124941 7/6/2015     5209 $1200.00
5201011970 TC 0

02000148



30317 7/10/2015          $3600.00
5203008690 TC 151

124941 7/10/2015     5143 $3600.00
5203008700 TC 0

02000149



30317 7/13/2015          $1305.00
5203019080 TC 151

124941 7/13/2015     5155 $1305.00
5203019090 TC 0



30317 7/22/2015          $1426.00
5203006420 TC 151

124941 7/22/2015     5240 $1426.00
5203006430 TC 0

02000151

30317 7/27/2015          $1200.00
5203018740 TC 151

124941 7/27/2015     5257 $1200.00
5203018750 TC 0

4

**LSB**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

| ACCOUNT NUMBER |
|---|
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Aug 31, 2015

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

COMMERCIAL CHK
```
08/01/2015 Beginning Balance                                      380.20
            3 Deposits/Other Credits                 +          6,700.00
           11 Checks/Other Debits                    -          6,659.76
08/31/2015 Ending Balance       31 Days in Statement Period       420.44
-------------------------------------------------------------------------------


--------------------------- Deposits/Other Credits -----------------------------
08/10/2015 Deposit                                              3,900.00
08/17/2015 Deposit                                              1,600.00
08/27/2015 Deposit                                              1,200.00


------- Checks listed in numerical order;  (*) indicates gap in sequence -------
     Check   Date          Amount       Check   Date          Amount
   --------------------------------    --------------------------------
     1090   08/10        3,000.00


------------------------------- Other Debits -----------------------------------
08/03/2015 Return Item Charge                                      30.00
             Item(s) Presented 07/31/2015
08/06/2015 Return Item Charge                                      90.00
             Item(s) Presented 08/05/2015
08/10/2015 Debit Card Debit                                         2.15
             APL* ITUNES.COM/BILL 866-712-7753 CA #3176
08/10/2015 Auto Loan Pmt Retry  LN PyXXXXXX1809    1            1,045.73
08/13/2015 Return Item Charge                                      30.00
             Item(s) Presented 08/12/2015
08/17/2015 Auto Loan Pmt Retry  LN PyXXXXXX1807    1            1,304.89
08/18/2015 Debit Card Debit                                         3.25
             READYREFRESH BY NESTLE 800-274-5282 MA #3176
08/20/2015 Return Item Charge                                      30.00
             Item(s) Presented 08/19/2015
08/27/2015 Automatic Loan Pmt   LN PyXXXXXX1806    1            1,116.74
08/31/2015 Service Charge                                           7.00
```

| | | Total For This Period | | Total Year-to-Date | |
|---|---|---|---|---|---|
| Total Overdraft Fees | | $ .00 | | $ 30.00 | |
| Total Returned Item Fees | | $ 180.00 | | $ 330.00 | |

```
--------------------------- Daily Ending Balance -------------------------------
08/01        380.20     08/13         82.32     08/20          344.18
08/03        350.20     08/17        377.43     08/27          427.44
08/06        260.20     08/18        374.18     08/31          420.44
08/10        112.32
```

02000153

## CHANGE OF ADDRESS (Please Type or Print)

### THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
          NUMBER          STREET

_____
CITY        STATE        ZIP

NEW ADDRESS _____
          NUMBER          STREET

_____
CITY        STATE        ZIP

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ _____

— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION —

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 76052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 76052
Phone: (830) 709-3691
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

**LIST OUTSTANDING CHECKS**
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

*This form is designed to help you balance your statement*

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH IN YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1010"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

TAX ID NUMBER

STATEMENT DATE

Aug 31, 2015

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                 7.00 Lowest Monthly Balance          82.32
                        -------------
Service Charge  08/31/2015      7.00
```

02000155

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____

NUMBER                          STREET

CITY                    STATE                    ZIP

NEW ADDRESS _____

NUMBER                          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____   POSTED BY _____

| | | | |
|---|---|---|---|
| ☐ CHECKING ACCOUNT NO. | _____ | ☐ CERTIFICATES NO. | _____ |
| ☐ SAVINGS ACCOUNT NO. | _____ | ☐ TIME DEPOSIT NO. | _____ |
| ☐ INSTALLMENT LOAN | ☐ COMMERCIAL LOAN | ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK | |
| ☐ | | | |

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

---

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

This form is designed to help you balance your statement

---

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT    ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE    A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

---

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 3 of 3



30317 8/10/2015        $3,900.00



30317 8/17/2015        $1,600.00



30317 8/27/2015        $1,200.00



30317 8/10/2015    1090    $3,000.00



30317 8/10/2015        $3900.00
5102001760 TC 151

124941 8/10/2015      5281 $3900.00
5102001770 TC 0

02000158

| CHECKING/SAVINGS DEPOSIT | LYTLE STATE BANK |
| --- | --- |
| | LYTLE, TX 78052 |

DATE _8/14/15_
CUSTOMER NAME: _Bard E Trucking Co._
CUSTOMER SIGNATURE:

CURRENCY ►
COIN ►          1600.00

SUB TOTAL ►
LESS CASH ►
RECEIVED

ACCOUNT NUMBER    TRAN CODE

\* 030317 \*    $    1600.00

⑆050080000⑆

B & E TRUCKING CO    5290
7014 BUTTERMERE
SAN ANTONIO, TX 78177

Date _08-14-205_

PAY TO THE
ORDER OF _B&E Trucking_    $ _1600—_

_One Thousand Six hundred_    Dollars

SouthTrust Bank

FOR _Loan Pymt_    [signature]

⑆005290⑆ ⑆114917908⑆ ⑈12=494=1⑈

30317 8/17/2015    $1600.00
5103002510 TC 151

124941 8/17/2015    5290 $1600.00
5103002520 TC 0

02000159

30317 8/27/2015       $1200.00
5201004780 TC 151

124941 8/27/2015      5310 $1200.00
5201004790 TC 0

4

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| Sep 30, 2015 |

Pg   1 of   2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

COMMERCIAL CHK

| DATE | DESCRIPTION | | | | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 09/01/2015 | Beginning Balance | | | | 420.44 |
| | 4 Deposits/Other Credits | | | + | 5,070.00 |
| | 7 Checks/Other Debits | | | - | 4,912.03 |
| 09/30/2015 | Ending Balance | 30 Days in Statement Period | | | 578.41 |

```
--------------------------- Deposits/Other Credits ---------------------------
```

| DATE | DESCRIPTION | BALANCE |
| --- | --- | --- |
| 09/08/2015 | Deposit | 1,100.00 |
| 09/14/2015 | Deposit | 1,350.00 |
| 09/21/2015 | Deposit | 1,500.00 |
| 09/28/2015 | Deposit | 1,120.00 |

```
------------------------------- Other Debits -------------------------------
```

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT |
| --- | --- | --- | --- | --- |
| 09/04/2015 | Debit Card Debit | | | 10.48 |
| | TXDMV MCCS 512-465-1411 TX #3176 | | | |
| 09/08/2015 | Automatic Loan Pmt | LN PyXXXXXX1809 | 1 | 1,045.73 |
| 09/14/2015 | Automatic Loan Pmt | LN PyXXXXXX1807 | 1 | 1,304.89 |
| 09/17/2015 | Debit Card Debit | | | 3.25 |
| | READYREFRESH BY NESTLE 800-274-5282 MA #3176 | | | |
| 09/21/2015 | Automatic Loan Pmt | LN PyXXXXXX1801 | 1 | 1,425.94 |
| 09/28/2015 | Automatic Loan Pmt | LN PyXXXXXX1806 | 1 | 1,116.74 |
| 09/30/2015 | Service Charge | | | 5.00 |

| | Total For This Period | Total Year-to-Date |
| --- | --- | --- |
| Total Overdraft Fees | $   .00 | $   30.00 |
| Total Returned Item Fees | $   .00 | $   330.00 |

```
--------------------------- Daily Ending Balance ---------------------------
```

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 09/01 | 420.44 | 09/14 | 509.34 | 09/28 | 583.41 |
| 09/04 | 409.96 | 09/17 | 506.09 | 09/30 | 578.41 |
| 09/08 | 464.23 | 09/21 | 580.15 | | |

```
--------------------------- Service Charge Summary ---------------------------
```
** Below is an itemization of the Service Charges Paid this period. **

| | | | |
| --- | --- | --- | --- |
| Service Chg Fee | 5.00 | Lowest Monthly Balance | 409.96 |

Service Charge   09/30/2015      5.00

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER          STREET

_____
CITY          STATE          ZIP

NEW ADDRESS _____
NUMBER          STREET

_____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO.

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO.

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ _____

— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION —

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3691
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT          _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT          _____

5. SUB-TOTAL          _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS          _____

7. ACCOUNT BALANCE          _____

8. YOUR CHECKBOOK BALANCE          _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.          _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER          _____

11. ADJUSTED CHECKBOOK BALANCE          _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.   Tell us your name and account number.
2.   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For an electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we have more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

02000162

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                         Pg 2 of 2



30317 9/8/2015        $1,100.00



30317 9/14/2015       $1,350.00



30317 9/21/2015       $1,500.00



30317 9/28/2015       $1,120.00



30317 9/8/2015      $1100.00
5202024280 TC 151

124941 9/8/2015    5319 $1100.00
5202024290 TC 0



30317 9/14/2015        $1350.00
5301022890 TC 151

124941 9/14/2015      5324 $1350.00
5301022900 TC 0



30317 9/21/2015        $1500.00
5301022360 TC 151

124941 9/21/2015      5328 $1500.00
5301022370 TC 0



30317 9/28/2015        $1120.00
5203018160 TC 151

124941 9/28/2015      5330 $1120.00
5203018170 TC 0

02000167

6

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1010"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Oct 31, 2015

Pg   1 of   2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|------|-------------|-----------|-----------|--------|---------|

COMMERCIAL CHK
10/01/2015 Beginning Balance                                              578.41
           5 Deposits/Other Credits                          +        11,125.00
           9 Checks/Other Debits                             -        10,986.55
10/31/2015 Ending Balance        31 Days in Statement Period              716.86
--------------------------------------------------------------------------------

-------------------------- Deposits/Other Credits --------------------------
10/01/2015 Deposit                                                      6,100.00
10/05/2015 Deposit                                                      1,100.00
10/14/2015 Deposit                                                      1,305.00
10/21/2015 Deposit                                                      1,500.00
10/28/2015 Deposit                                                      1,120.00

------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check   Date        Amount          Check   Date        Amount
  ---------------------------------    ---------------------------------
    1099  10/02      6,000.00

------------------------------ Other Debits ------------------------------
10/05/2015 Automatic Loan Pmt   LN PyXXXXXX1809    1                     1,045.73
10/14/2015 Auto Loan Pmt Retry  LN PyXXXXXX1807    1                     1,304.89
10/14/2015 Return Item Charge                                              30.00
           Item(s) Presented 10/13/2015
10/19/2015 Debit Card Debit                                                 3.25
           READYREFRESH BY NESTLE 800-274-5282 MA #3176
10/20/2015 Return Item Charge                                              30.00
           Item(s) Presented 10/19/2015
10/21/2015 Auto Loan Pmt Retry  LN PyXXXXXX1801    1                     1,425.94
10/28/2015 Auto Loan Pmt Retry  LN PyXXXXXX1806    1                     1,116.74
10/28/2015 Return Item Charge                                              30.00
           Item(s) Presented 10/27/2015

--------------------------------------------------------------------------------
|                                  | Total For   | Total          |
|                                  | This Period | Year-to-Date   |
|----------------------------------------------------------------------------|
| Total Overdraft Fees             | $      .00  | $     30.00    |
|----------------------------------------------------------------------------|
| Total Returned Item Fees         | $    90.00  | $    420.00    |
--------------------------------------------------------------------------------

-------------------------- Daily Ending Balance --------------------------
10/01      6,678.41   10/14        702.79   10/21            743.60
10/02        678.41   10/19        699.54   10/28            716.86
10/05        732.68   10/20        669.54

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
 NUMBER          STREET

_____
 CITY      STATE      ZIP

NEW ADDRESS _____
 NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ _____

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

---

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

---

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT    ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:    A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

---

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 2 of 2



30317 10/1/2015      $6,100.00          30317 10/5/2015      $1,100.00          30317 10/14/2015      $1,305.00

30317 10/21/2015      $1,500.00          30317 10/28/2015      $1,120.00          30317 10/2/2015   1099   $6,000.00

CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
LYTLE, TX 78052

DATE 10/1/2015
CUSTOMER NAME: B&E Trucking Co.
CUSTOMER SIGNATURE:

CURRENCY
COIN
5301
$6100.00
SUB TOTAL
LESS CASH RECEIVED
$6,100.00

ACCOUNT NUMBER   TRAN CODE
030317

⑆050080000⑆

30317 10/1/2015      $6100.00
5301012680 TC 151

B & E TRUCKING CO
7014 BUTTERFIELD
SAN ANTONIO, TX 78227

5332

Date 10-1-2015

PAY TO THE ORDER OF   B&E Trucking Co.   $ 6100

Sixty one hundred                    Dollars

SunTrust Bank

FOR

⑆005332⑆ ⑈114919908⑈ ⭑12⭑494⭑1⭑

124941 10/1/2015      5332 $6100.00
5301012690 TC 0

CHECKING/SAVINGS DEPOSIT      LYTLE STATE BANK
                             LYTLE, TX 78052

DATE  10/5/2015

CUSTOMER NAME:  B&E Trucking

CUSTOMER SIGNATURE:

ACCOUNT NUMBER      TRAN CODE

✳ 030317       ✳

CURRENCY ▸

COIN ▸

5337          $1,100.00

$

LESS CASH
RECEIVED ▸

$          1100.00

⑆050080000⑆

---

B & E TRUCKING CO                                  5337
7314 BUTTERFIELD
SAN ANTONIO, TX 78227

Date  10-5-2015

PAY TO THE
ORDER OF   B+E Trucking                     $ 1100—

Eleven Hundred ∞                            Dollars

South Trust Bank

FOR  Payment                          Bill P. Way

⑆005337⑆ ⑈114917908⑈  ⑈12-494-1⑈

---

30317 10/5/2015        $1100.00
5109016450 TC 151

124941 10/5/2015     5337 $1100.00
5109016460 TC 0

02000172

30317 10/14/2015        $1305.00
5302013090 TC 151

124941 10/14/2015      5340 $1305.00
5302013100 TC 0

02000173

30317 10/21/2015       $1500.00
5102001640 TC 151

124941 10/21/2015   5351 $1500.00
5102001650 TC 0

30317 10/28/2015        $1120.00
5202003550 TC 151

124941 10/28/2015    5352 $1120.00
5202003560 TC 0

02000175