8

| ACCOUNT NUMBER |
| --- |
| 30317 |

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

| TAX ID NUMBER |
| --- |
| |

| STATEMENT DATE |
| --- |
| Nov 30, 2015 |

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
     !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
these products will allow you to pick alerts you want to receive for
certain transaction types and amounts as well as balance alerts. Alerts can
be received by email, text messaging, or both.
Protect yourself .... sign up today!!
*************************************************************************
```

COMMERCIAL CHK

| | | | | |
| --- | --- | --- | --- | --- |
| 11/01/2015 | Beginning Balance | | | 716.86 |
| | 5 Deposits/Other Credits | | + | 21,500.00 |
| | 19 Checks/Other Debits | | − | 18,729.27 |
| 11/30/2015 | Ending Balance | 30 Days in Statement Period | | 3,487.59 |

--------------------------- Deposits/Other Credits ---------------------------

| | | |
| --- | --- | --- |
| 11/02/2015 | Deposit | 5,300.00 |
| 11/06/2015 | Deposit | 4,800.00 |
| 11/12/2015 | Deposit | 1,400.00 |
| 11/20/2015 | Deposit | 5,500.00 |
| 11/30/2015 | Deposit | 4,500.00 |

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 1066 | 11/20 | 4,900.00 | 1093* | 11/25 | 3,200.00 |
| 1086* | 11/03 | 5,200.00 | | | |

------------------------------- Other Debits -------------------------------

| | | | | |
| --- | --- | --- | --- | --- |
| 11/06/2015 | Auto Loan Pmt Retry | LN PyXXXXXX1809   1 | | 1,045.73 |
| 11/06/2015 | Return Item Charge | | | 60.00 |
| | Item(s) Presented 11/05/2015 | | | |
| 11/12/2015 | Debit Card Debit | | | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | |
| 11/12/2015 | Debit Card Debit | | | 34.88 |
| | DOMINO`S 6706 210-590-1497 TX #3176 | | | |
| 11/12/2015 | Debit Card Debit | | | 55.00 |
| | 5TH AVENUE NAILS SALON SAN ANTONIO TX #3176 | | | |
| 11/12/2015 | Automatic Loan Pmt | LN PyXXXXXX1807   1 | | 1,304.89 |
| 11/18/2015 | Debit Card Debit | | | 3.25 |
| | READYREFRESH BY NESTLE 800-274-5282 MA #3176 | | | |
| 11/18/2015 | Debit Card Debit | | | 80.00 |
| | FELIX MALDONADO FLEET SAN ANTONIO TX #3176 | | | |
| 11/19/2015 | Automatic Loan Pmt | LN PyXXXXXX1801   1 | | 1,425.94 |
| 11/20/2015 | Telephone Inquiry | TELEPHONE INQUIRY | | 2.00 |
| 11/25/2015 | Debit Card Debit | | | 200.00 |
| | 5TH AVENUE NAILS SALON SAN ANTONIO TX #3176 | | | |
| 11/27/2015 | Telephone Inquiry | TELEPHONE INQUIRY | | 2.00 |

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____

NUMBER          STREET

CITY       STATE        ZIP

NEW ADDRESS _____

NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT. _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____
☐ CERTIFICATES NO. _____
☐ SAVINGS ACCOUNT NO. _____
☐ TIME DEPOSIT NO. _____
☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
☐

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

---

LIST OUTSTANDING CHECKS (CHECKS WRITTEN WHICH DID NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT)

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
| TOTAL     |                 |

This form is designed to help you balance your statement

---

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

---

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. You must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3   Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.   This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**LSB**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

**TAX ID NUMBER**

**STATEMENT DATE**

Nov 30, 2015

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 11/27/2015 | Debit Card Debit | | | | 51.85 |
| | CORNER STORE 1062 SAN ANTONIO TX #3176 | | | | |
| 11/30/2015 | Auto Loan Pmt Retry | LN PyXXXXXX1806 | 1 | | 1,116.74 |
| 11/30/2015 | Return Item Charge | | | | 30.00 |
| | Item(s) Presented 11/27/2015 | | | | |
| 11/30/2015 | Service Charge | | | | 7.00 |

```
------------------------------------------------------------------------
|                                  |  Total For    |  Total             |
|                                  |  This Period  |  Year-to-Date      |
|----------------------------------|---------------|--------------------|
| Total Overdraft Fees             |  $     .00    |  $     30.00       |
|----------------------------------|---------------|--------------------|
| Total Returned Item Fees         |  $   90.00    |  $    510.00       |
------------------------------------------------------------------------
```

--------------------------- Daily Ending Balance ---------------------------

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 11/01 | 716.86 | 11/12 | 4,506.37 | 11/25 | 195.18 |
| 11/02 | 6,016.86 | 11/18 | 4,423.12 | 11/27 | 141.33 |
| 11/03 | 816.86 | 11/19 | 2,997.18 | 11/30 | 3,487.59 |
| 11/06 | 4,511.13 | 11/20 | 3,595.18 | | |

--------------------------- Service Charge Summary ---------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                    7.00 Lowest Monthly Balance        141.33
                    -------------
Service Charge  11/30/2015         7.00

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER                STREET

_____
CITY          STATE          ZIP

NEW ADDRESS _____
NUMBER                STREET

_____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____          POSTED BY _____

☐ CHECKING ACCOUNT NO. _____
☐ CERTIFICATES NO. _____
☐ SAVINGS ACCOUNT NO. _____
☐ TIME DEPOSIT NO. _____
☐ INSTALLMENT LOAN          ☐ COMMERCIAL LOAN          ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
☐

------- PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION -------

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than __60 days__ after we sent the __FIRST__ statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT CAN BE LISTED IN SPACE PROVIDED

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN IN STATEMENT _____

5. SUB TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT SEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:  ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE    A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, credit deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

**Lytle State Bank**

Acct # 30317                    B and E Trucking Co                    Pg 3 of 3



30317 11/2/2015        $5,300.00        30317 11/6/2015        $4,800.00        30317 11/12/2015        $1,400.00

30317 11/20/2015        $5,500.00        30317 11/30/2015        $4,500.00        30317 11/20/2015   1066   $4,900.00

30317 11/3/2015   1086   $5,200.00        30317 11/25/2015   1093   $3,200.00

CHECKING/SAVINGS DEPOSIT    LYTLE STATE BANK
LYTLE, TX 78052

DATE  11/2/2015

CUSTOMER NAME  B&E Trucking

CUSTOMER SIGNATURE:

CURRENCY ▶
COIN ▶
536A    $5,300.00

SUB TOTAL ▶

LESS CASH
RECEIVED ▶

ACCOUNT NUMBER    TRAN CODE

✳030317    ✳    $    $5,300.00

⑈0500⑈0000⑈

30317 11/2/2015    $5300.00
5201019150 TC 151

---

B & E TRUCKING CO    5360
7314 BUTTERFIELD
SAN ANTONIO, TX 78227

Date  11-2-2015

PAY TO THE
ORDER OF  B&E Trucking    $ 5300—

Five Thousand Three hundred    Dollars

SouthTrustBank

FOR

Bill J. Rey

⑈005360⑈ ⑆114917908⑆ ⑈12491⑈1⑈

124941 11/2/2015    5360 $5300.00
5201019160 TC 0

02000181

CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
                           LYTLE, TX 78052

DATE 11-6-2015

CUSTOMER NAME: B+E Trucking

CUSTOMER SIGNATURE:

ACCOUNT NUMBER   TRAN CODE

030317   $   4800.—

⑈050080000⑈

30317 11/6/2015   $4800.00
5203009260 TC 151

---

B & E TRUCKING CO
704 BUTTERFIELD
SAN ANTONIO, TX 78227

5363

Date 11-6-2015

PAY TO THE ORDER OF   B & E Trucking   $4800—

four thousand eight hundred   Dollars

SouthTrust Bank

FOR

⑈005363⑈ ⑈114913908⑈ ⑈12-646-1⑈

124941 11/6/2015   5363 $4800.00
5203009270 TC 0

---

02000182

CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
LYTLE, TX 78052

DATE 11/12/15
CUSTOMER NAME B+ E Trucking
CUSTOMER SIGNATURE

CURRENCY ▶
COIN ▶

SUB TOTAL ▶

LESS CASH RECEIVED ▶

ACCOUNT NUMBER   TRAN CODE

* 030317   *   $   140000   1400.00

⑈050080000⑈

30317 11/12/2015   $1400.00
5203007960 TC 151

---

B & E TRUCKING CO
7244 BUTTERFIELD
SAN ANTONIO, TX 78227

5369

Date 11/12/2015

PAY to the order of   B&E Trucking   | $ 1400—

One Thousand Four hundred   Dollars

SouthTrust Bank

FOR Loan   Bill P/Coy

⑈005369⑈ ⑈114917908⑈ ⑈12=494=1⑈

124941 11/12/2015   5369 $1400.00
5203007970 TC 0

02000183

CHECKING/SAVINGS DEPOSIT      LYTLE STATE BANK
                             LYTLE, TX 78052

DATE 11/20/15

CUSTOMER NAME  B+E Trucking

CUSTOMER SIGNATURE

CURRENCY ▶
COIN ▶                        550000

SUB TOTAL ▶

LESS CASH
RECEIVED ▶

ACCOUNT NUMBER      TRAN CODE

※ 030317      ※          $    550000

⑈050080000⑈

30317 11/20/2015        $5500.00
5202005320 TC 151

---

B & E TRUCKING CO                              5371
7014 BUTTERFIELD
SAN ANTONIO, TX 78237

                                DATE  11-20-2015

PAY TO THE
ORDER OF   B!E Trucking                      $ 5500—

Five Thousand Five hundred                      DOLLARS

SouthTrustBank

FOR _____        Bill E/by

⑈005371⑈ ⑈114919908⑈ ⑈12=494=1⑈

124941 11/20/2015   5371 $5500.00
5202005330 TC 0

02000184

30317 11/30/2015          $4500.00
5107010940 TC 151

124941 11/30/2015    5373 $4500.00
5107010950 TC 0

6

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

**Lytle State Bank.**
"Your Home Town Bank Since 1890"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

**TAX ID NUMBER**

**STATEMENT DATE**

Dec 31, 2015

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
       !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
these products will allow you to pick alerts you want to receive for
certain transaction types and amounts as well as balance alerts. Alerts can
be received by email, text messaging, or both.
Protect yourself .... sign up today!!
**************************************************************************
```

COMMERCIAL CHK

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 12/01/2015 | Beginning Balance | | | | 3,487.59 |
| | 5 Deposits/Other Credits | | + | | 16,199.98 |
| | 13 Checks/Other Debits | | – | | 19,884.73 |
| 12/31/2015 | Ending Balance | 31 Days in Statement Period | | | 197.16- |

```
-------------------------- Deposits/Other Credits --------------------------
```

| | | | |
| --- | --- | --- | --- |
| 12/01/2015 | Deposit | | 3,200.00 |
| 12/03/2015 | Deposit | | 7,069.98 |
| 12/07/2015 | Deposit | | 4,900.00 |
| 12/08/2015 | Overdraft Chrg Rev   corrected encoding error | | 30.00 |
| 12/28/2015 | Deposit | | 1,000.00 |

```
------- Checks listed in numerical order; (*) indicates gap in sequence -------
```

| Check | Date | Amount | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 1066 | 12/08 | 4,500.00 | 1074* | 12/01 | 6,500.00 |

```
------------------------------ Other Debits ------------------------------
```

| | | | |
| --- | --- | --- | --- |
| 12/03/2015 | Return Item Charge | | 30.00 |
| | Item(s) Presented 12/02/2015 | | |
| 12/04/2015 | Deposit Item Ret | B & E Trucking | 4,500.00 |
| 12/04/2015 | Dep Item Ret Chrg | | 5.00 |
| 12/07/2015 | Telephone Inquiry | TELEPHONE INQUIRY | 2.00 |
| 12/07/2015 | Automatic Loan Pmt | LN PyXXXXXX1809     1 | 1,045.73 |
| 12/07/2015 | Deposit Item Ret | B & E Trucking Co | 3,200.00 |
| 12/07/2015 | Dep Item Ret Chrg | | 5.00 |
| 12/08/2015 | Overdraft Charge | | 30.00 |
| | Item(s) Presented 12/07/2015 | | |
| 12/15/2015 | Return Item Charge | | 30.00 |
| | Item(s) Presented 12/14/2015 | | |
| 12/22/2015 | Return Item Charge | | 30.00 |
| | Item(s) Presented 12/21/2015 | | |
| 12/31/2015 | Service Charge | | 7.00 |

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT IS STYLED) ____________

OLD ADDRESS ____________ NUMBER ____________ STREET

____________ CITY ____________ STATE ____________ ZIP

NEW ADDRESS ____________ NUMBER ____________ STREET

____________

CUSTOMER SIGNATURE ____________

REC'D BY ____________ DEPT ____________ POSTED BY ____________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

☐ CHECKING ACCOUNT NO. ____________ ☐ CERTIFICATES NO. ____________

☐ SAVINGS ACCOUNT NO. ____________ ☐ TIME DEPOSIT NO. ____________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**INSTRUCTIONS**

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ____________ ____________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ____________ ____________
5. SUB TOTAL ____________ ____________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ____________ ____________
7. ACCOUNT BALANCE ____________ ____________
8. YOUR CHECKBOOK BALANCE ____________ ____________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER ____________ ____________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE ____________ ____________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B  and  E  Trucking  Co

**Lytle State Bank.**
"Your Home Town Bank Since 1010"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle    Devine    San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| Dec 31, 2015 |

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
                                    |   Total For      |   Total
                                    |   This Period    |   Year-to-Date
 Total Overdraft Fees               |  $       .00     |  $      30.00
 Total Returned Item Fees           |  $     90.00     |  $     600.00
```

```
--------------------------- Daily Ending Balance ---------------------------
12/01          187.59     12/07       3,369.84      12/22       1,190.16-
12/03        7,227.57     12/08       1,130.16-     12/28         190.16-
12/04        2,722.57     12/15       1,160.16-     12/31         197.16-

--------------------------- Service Charge Summary ---------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                    7.00 Lowest Monthly Balance        1,190.16-
                           -------------
Service Charge   12/31/2015        7.00
```

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____

NUMBER          STREET

CITY          STATE          ZIP

NEW ADDRESS _____

NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

| ☐ | CHECKING ACCOUNT NO. | _____ | ☐ | CERTIFICATES NO. | _____ |
| ☐ | SAVINGS ACCOUNT NO. | _____ | ☐ | TIME DEPOSIT NO. | _____ |
| ☐ | INSTALLMENT LOAN | | ☐ COMMERCIAL LOAN | ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK | |

- - - - - PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION - - - - -

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (630) 709-3601
Fax: (630) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday,
Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information

3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction. If we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.   This way, you will have use of the money during the time it takes us to complete our investigation

# Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 3 of 3



30317 12/1/2015      $3,200.00

30317 12/3/2015      $7,069.98

30317 12/7/2015      $4,900.00

30317 12/28/2015     $1,000.00

30317 12/7/2015   1066   $4,500.00

30317 12/1/2015   1074   $6,500.00

CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
LYTLE, TX 78052

DATE 12-1-2015
CUSTOMER NAME B.E. Trucking
CUSTOMER SIGNATURE

ACCOUNT NUMBER

*   030317   *              $   3,200.—

:0 500800000:

30317 12/1/2015        $3200.00
5303019340 TC 151



B & E TRUCKING CO                               5374
7014 BUTTERFIELD
SAN ANTONIO, TX 78237

                                Date 12-1-2015

PAY TO THE
ORDER OF   B.E. Trucking              $ 3200 —

Three Thousand Two hundred          Dollars

SouthTrust Bank

FOR                                 Bill I. Hurt

:005374: :114917908:  :12-494-1:

124941 12/1/2015     5374 $3200.00
5303019350 TC 0

02000191





30317 12/3/2015      $7069.98
5301014470 TC 151

124941 12/3/2015      5376 $6000.00
5301014480 TC 0

2000021572007 12/3/2015 80540404 $1069.98
5301014490 TC 0



30317 12/7/2015     $4900.00
5106012770 TC 151

105007 12/7/2015     $400.00
5106012780 TC 600



30317 12/7/2015     1066 $4500.00
5106012790 TC 0

02000193



30317 12/28/2015          $1000.00
5206011210 TC 151

101086 12/28/2015          $1000.00
5206011220 TC 806

02000194

0

**B and E Trucking Co**
**7014 Butterfield**
**San Antonio TX 78227**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |

**Jan 31, 2016**

Pg   1 of   1

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
        !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
these products will allow you to pick alerts you want to receive for
certain transaction types and amounts as well as balance alerts. Alerts can
be received by email, text messaging, or both.
Protect yourself .... sign up today!!
*****************************************************************************
```

```
COMMERCIAL CHK
01/01/2016 Beginning Balance                                      197.16-
              0 Deposits/Other Credits            +                  .00
              3 Checks/Other Debits               -                67.00
01/31/2016 Ending Balance        31 Days in Statement Period       264.16-
-------------------------------------------------------------------------------


------------------------------- Other Debits -----------------------------------
01/06/2016 Return Item Charge                                       30.00
              Item(s) Presented 01/05/2016
01/13/2016 Return Item Charge                                       30.00
              Item(s) Presented 01/12/2016
01/31/2016 Service Charge                                            7.00
```

| | | Total For This Period | Total Year-to-Date | Previous Year Total |
| --- | --- | --- | --- | --- |
| Total Overdraft Fees | | $     .00 | $     .00 | $   30.00 |
| Total Returned Item Fees | | $   60.00 | $   60.00 | $  600.00 |

```
--------------------------- Daily Ending Balance ----------------------------
01/01          197.16-   01/13          257.16-   01/31            264.16-
01/06          227.16-

--------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                7.00 Lowest Monthly Balance          257.16-
                       -------------
Service Charge  01/31/2016         7.00
```

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT 1: STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

- ☐ CHECKING ACCOUNT NO. __________
- ☐ CERTIFICATES NO. __________
- ☐ SAVINGS ACCOUNT NO. __________
- ☐ TIME DEPOSIT NO. __________
- ☐ INSTALLMENT LOAN
- ☐ COMMERCIAL LOAN
- ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
- ☐ __________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________
5. SUB-TOTAL __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________
7. ACCOUNT BALANCE __________
8. YOUR CHECKBOOK BALANCE __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate [illegible] the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time [illegible]

0

**B and E Trucking Co**
7014 Butterfield
San Antonio TX 78227

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
|---|
| 30317 |

| TAX ID NUMBER |
|---|

| STATEMENT DATE |
|---|

**Jan 31, 2016**

Pg   1 of   1

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

```
       !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
these products will allow you to pick alerts you want to receive for
certain transaction types and amounts as well as balance alerts. Alerts can
be received by email, text messaging, or both.
Protect yourself .... sign up today!!
************************************************************************
```

```
COMMERCIAL CHK
01/01/2016 Beginning Balance                                   197.16-
              0 Deposits/Other Credits            +               .00
              3 Checks/Other Debits               -             67.00
01/31/2016 Ending Balance       31 Days in Statement Period    264.16-
------------------------------------------------------------------------------

------------------------------ Other Debits ------------------------------
01/06/2016 Return Item Charge                                   30.00
           Item(s) Presented 01/05/2016
01/13/2016 Return Item Charge                                   30.00
           Item(s) Presented 01/12/2016
01/31/2016 Service Charge                                        7.00
```

| | Total For This Period | Total Year-to-Date | Previous Year Total |
|---|---|---|---|
| Total Overdraft Fees | $     .00 | $     .00 | $   30.00 |
| Total Returned Item Fees | $   60.00 | $   60.00 | $  600.00 |

```
-------------------------- Daily Ending Balance --------------------------
01/01       197.16-   01/13        257.16-   01/31         264.16-
01/06       227.16-

-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                  7.00 Lowest Monthly Balance     257.16-
                        -------------
Service Charge  01/31/2016        7.00
```

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____

NUMBER _____ STREET _____

CITY _____ STATE _____ ZIP _____

NEW ADDRESS _____

NUMBER _____ STREET _____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO.  ☐ CERTIFICATES NO.

☐ SAVINGS ACCOUNT NO.  ☐ TIME DEPOSIT NO.

☐ INSTALLMENT LOAN  ☐ COMMERCIAL LOAN  ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION —

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS.
CHECKS WRITTEN WHICH DID
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS. WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT.   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error of why you need more information.

3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do that, we will recredit your account for the amount you think is in error.   For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.   This way, you will have use of the money during the time it takes us to complete our investigation.

02000198

1

**B and E Trucking Co**
**7014 Butterfield**
**San Antonio TX 78227**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

**Feb 29, 2016**

Pg   1 of   2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
          !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
these products will allow you to pick alerts you want to receive for
certain transaction types and amounts as well as balance alerts. Alerts can
be received by email, text messaging, or both.
Protect yourself .... sign up today!!
******************************************************************************
```

```
COMMERCIAL CHK
02/01/2016 Beginning Balance                                       264.16-
             1 Deposits/Other Credits               +             778.22
             4 Checks/Other Debits                  -             284.32
02/29/2016 Ending Balance      29 Days in Statement Period         229.74
------------------------------------------------------------------------------

--------------------------- Deposits/Other Credits ---------------------------
02/10/2016 Deposit                                                 778.22

------------------------------- Other Debits ---------------------------------
02/16/2016 Debit Card Debit                                        183.97
             FINISH-LINE #0127 SAN ANTONIO TX #3176
02/19/2016 Debit Card Debit                                         74.82
             ALAMO CITY HYDRAULICS 210-334-3000 TX #3176
02/25/2016 Debit Card Debit                                         18.53
             DOMINO`S 6706 210-590-1497 TX #3176
02/29/2016 Service Charge                                            7.00
```

```
-------------------------------------------------------------------------------
|                                 |  Total For      |  Total            |
|                                 |  This Period    |  Year-to-Date     |
|---------------------------------------------------------------------------|
| Total Overdraft Fees            |  $      .00     |  $      .00        |
|---------------------------------------------------------------------------|
| Total Returned Item Fees        |  $      .00     |  $    60.00        |
-------------------------------------------------------------------------------
```

```
--------------------------- Daily Ending Balance -----------------------------
02/01        264.16-   02/16        330.09   02/25        236.74
02/10        514.06    02/19        255.27   02/29        229.74

--------------------------- Service Charge Summary ---------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                   7.00 Lowest Monthly Balance        264.16-
                         -------------
Service Charge  02/29/2016        7.00
```

02000199

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT IS STYLED) ________

OLD ADDRESS ________ NUMBER STREET

________ CITY STATE ZIP

NEW ADDRESS ________ NUMBER STREET

________

CUSTOMER SIGNATURE ________

REC'D BY ________ DEPT ________ POSTED BY ________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

☐ CHECKING ACCOUNT NO. ________ ☐ CERTIFICATES NO. ________

☐ SAVINGS ACCOUNT NO. ________ ☐ TIME DEPOSIT NO. ________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com

BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER. ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE ________ ________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

**Lytle State Bank**

Acct # 30317                    B and E Trucking Co                    Pg 2 of 2



30317 2/10/2016          $778.22



30317 2/10/2016        $778.22
5103002480 TC 151

10148628 2/10/2016      1576 $778.22
5103002490 TC 0

02000202

9

**LSB**

**Lytle State Bank.**
"Your Home Town Bank Since 1890"
P.O. BOX 575 LYTLE, TEXAS 78052-8575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

Mar 31, 2016

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
        !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
these products will allow you to pick alerts you want to receive for
certain transaction types and amounts as well as balance alerts. Alerts can
be received by email, text messaging, or both.
Protect yourself .... sign up today!!
********************************************************************************
```

```
COMMERCIAL CHK
03/01/2016 Beginning Balance                                     229.74
            3 Deposits/Other Credits              +           45,500.00
           19 Checks/Other Debits                -           21,970.61
03/31/2016 Ending Balance      31 Days in Statement Period      23,759.13
---------------------------------------------------------------------------
```

```
--------------------------- Deposits/Other Credits --------------------------
03/17/2016 Deposit                                             30,000.00
03/25/2016 Deposit                                              5,500.00
03/29/2016 Deposit                                             10,000.00
```

```
------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check   Date        Amount          Check    Date         Amount
-----------------------------------    ----------------------------------
    1050  03/28        2,019.50         1078* 03/21          1,600.00
    1052* 03/28        6,500.00
```

```
------------------------------- Other Debits ---------------------------------
03/04/2016 Debit Card Debit                                      108.79
            WALGREENS #3563 SAN ANTONIO TX #3176
03/14/2016 Debit Card Debit                                       23.62
            PURPLEPASS 800-316-8559 CA #3176
03/17/2016 Force Pay Debit                                     2,000.00
03/21/2016 Debit Card Debit                                      390.51
            MANCUSO HD CROSSROADS APP HOUSTON TX #3176
03/22/2016 Debit Card Debit                                      106.07
            BEXAR TRAILER SALES & SE SAN ANTONIO TX
03/22/2016 Debit Card Debit                                      297.14
            TOWNEPLACE STES-HOUSTO HOUSTON TX #3176
03/24/2016 Debit Card Debit                                      410.58
            KEN BATCHELOR CADILLAC SAN ANTONIO TX #3176
03/25/2016 Debit Card Debit                                       41.56
            J J KELLER & ASSOCIATES JJKELLER.COM WI
03/25/2016 Debit Card Debit                                       41.56
            J J KELLER & ASSOCIATES JJKELLER.COM WI
03/25/2016 Debit Card Debit                                       41.56
            J J KELLER & ASSOCIATES JJKELLER.COM WI
03/25/2016 Debit Card Debit                                      128.56
            ASIA CHINESE RESTA SAN ANTONIO TX #3176
```

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER            STREET

CITY        STATE        ZIP

NEW ADDRESS _____
NUMBER            STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____  ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____  ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

◇ —————— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION —————— ◇

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH NOTATION ON YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON
   FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON
   STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF
   OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED
   IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:    ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:    A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.   Tell us your name and account number.
2.   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe it there is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-mounted transaction, if we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error.   For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will re-credit your account for the amount you think is in error.   This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Mar 31, 2016

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|------|-------------|-----------|-----------|--------|---------|
| 03/29/2016 | Force Pay Debit | | | | 1,000.00 |
| 03/30/2016 | Force Pay Debit | | | | 6,604.73 |
| 03/31/2016 | Debit Card Debit | | | | 162.00 |
| | PAPPASITO`S CANTINA #0 SAN ANTONIO TX #3176 | | | | |
| 03/31/2016 | Debit Card Debit | | | | 487.13 |
| | CARROLLS TIRE C30 210-657-4900 TX #3176 | | | | |
| 03/31/2016 | Service Charge | | | | 7.30 |

```
------------------------------------------------------------------------
|                              |  Total For      |  Total             |
|                              |  This Period    |  Year-to-Date      |
|------------------------------------------------------------------------|
| Total Overdraft Fees         |  $      .00     |  $       .00       |
|------------------------------------------------------------------------|
| Total Returned Item Fees     |  $      .00     |  $     60.00       |
------------------------------------------------------------------------
```

```
-------------------------- Daily Ending Balance --------------------------
03/01          229.74    03/21        26,106.82      03/28        22,020.29
03/04          120.95    03/22        25,703.61      03/29        31,020.29
03/14           97.33    03/24        25,293.03      03/30        24,415.56
03/17       28,097.33    03/25        30,539.79      03/31        23,759.13
```

```
-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee              7.00 Lowest Monthly Balance            97.33
Per Item Fee                 .30
                     -------------
Service Charge   03/31/2016  7.30
```

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT 1: STYLED) ____________

OLD ADDRESS ____________
NUMBER STREET

____________
CITY STATE ZIP

NEW ADDRESS ____________
NUMBER STREET

____________

CUSTOMER SIGNATURE ____________

REC'D BY ________ DEPT ________ POSTED BY ________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

- ☐ CHECKING ACCOUNT NO. ____________
- ☐ CERTIFICATES NO. ____________
- ☐ SAVINGS ACCOUNT NO. ____________
- ☐ TIME DEPOSIT NO. ____________
- ☐ INSTALLMENT LOAN
- ☐ COMMERCIAL LOAN
- ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
- ☐ ____________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than <u>60 days</u> after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT CHANGE FROM STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**INSTRUCTIONS**

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE ________ ________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

**Lytle State Bank**

Acct # 30317                     B and E Trucking Co                     Pg 3 of 3



| CHECKING/SAVINGS DEPOSIT | LYTLE STATE BANK LYTLE, TX 78052 | CURRENCY ▶ | Loan Proceeds |
|---|---|---|---|
| DATE 3-17-16 | | COIN ▶ | |
| CUSTOMER NAME: Bill Hall | | | |
| CUSTOMER SIGNATURE: | | SUB TOTAL ▶ | |
| ACCOUNT NUMBER | TRAN CODE | LESS CASH RECEIVED ▶ | |
| ✳ 30317 | ✳ | $ | 30000.00 |
| ⑆050080000⑆ | | | |

30317 3/17/2016     $30000.00
5301006960 TC 151

| CHECKING/SAVINGS DEPOSIT | LYTLE STATE BANK LYTLE, TX 78052 | CURRENCY ▶ | Bill Hall |
|---|---|---|---|
| DATE 3-17-16 | | COIN ▶ | |
| CUSTOMER NAME: Mona Lefu | | | |
| CUSTOMER SIGNATURE: | | SUB TOTAL ▶ | |
| ACCOUNT NUMBER | TRAN CODE | LESS CASH RECEIVED ▶ | |
| ✳ 29807 | ✳ | $ | 1823.00 |
| ⑆050080000⑆ | | | |

29807 3/17/2016     $1823.00
5301006970 TC 151

| LOAN DEBIT TRANSACTIONS | LYTLE STATE BANK LYTLE, TX 78052 |
|---|---|
| DATE 3-17-16 | 500 Opening Advance |
| CUSTOMER NAME: Bill Hall | 501 Advance |
| PREPARED BY: CW   APPROVED BY: | 507 Regular Payment Reversal 511 Late Charge Payment Reversal 517 Force Post Advance |
| CUSTOMER SIGNATURE: | AMOUNT |
| ACCOUNT NUMBER   TRAN CODE | |
| ✳ 26781813   ✳ 500   $ | 31823.00 |
| ⑆500⑈1111⑈ | |

26781813 3/17/2016     $31823.00
5301006980 TC 500

02000208



30317 3/25/2016        $5500.00
5203009570 TC 151

101083 3/25/2016        $3000.00
5203009580 TC 853



210050004 3/25/2016    11304 $8500.00
5203009590 TC 500



30317 3/29/2016        $10000.00
5301011820 TC 151

105007 3/29/2016       $10000.00
5301011830 TC 600

02000210

Curtis 1000, Inc

# CASH OUT $        2000.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 10

03/17/2016            1:11 PM
Br# 1 Tlr 10 Seq# 14
Account 2
Cash Out

2,000.00

⑆5010⑈0000⑆    101090⑈        860

---

101090 3/17/2016      $2000.00
5301006990 TC 860

---

**CHECKING/SAVINGS WITHDRAWAL**   **LYTLE STATE BANK**
LYTLE, TX 78052

DATE 3-17-16

CUSTOMER NAME: Bill Hall    (cash)

PREPARED BY: Ch          APPROVED BY:

CUSTOMER SIGNATURE:

| ACCOUNT NUMBER | TRAN CODE | | AMOUNT |
|---|---|---|---|
| *30317 | * | $ | 2000.00 |

⑆050081111⑈

---

30317 3/17/2016      $2000.00
5301007000 TC 100

02000211

Curts 1000, Inc.

# CASH OUT $      1 0 0 0 00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 3

03/29/2016      11:36 AM
Br#   1 Tlr   3 Seq#   77
Account 30317
Cash Out

     1,000.00

⑆5010⑈0000⑆    101083⑈     853

101083 3/29/2016     $1000.00
5202009130 TC 853

---

**CHECKING / SAVINGS WITHDRAWAL**     **LYTLE STATE BANK**
                                        LYTLE, TX 78052

DATE _3/29/16_

CUSTOMER NAME: _B+E Trucking Co_

PREPARED BY: _____ APPROVED BY: _____

CUSTOMER SIGNATURE: _____

ACCOUNT NUMBER       TRAN CODE                 AMOUNT

✳   030317      ✳          $     1000.00

⑆05008⑈1111⑈

30317 3/29/2016     $1000.00
5202009140 TC 100

02000212

**LOAN CREDIT TRANSACTIONS**            LYTLE STATE BANK
                                        LYTLE, TX 78052

DATE _3/30/16_

CUSTOMER NAME: _Bill T. Hall_

PREPARED BY: _ym_     APPROVED BY: _____

557 Regular Payment        563 A&N Rebate
553 Principal Payment      564 C/L Rebate
555 Interest Payment       585 OI Rebate
597 Auto Closing Payment   576 Extension Fee Payment
554 Prin Payment - No Date
556 Int Payment - No Date
561 Late Charge Payment

ACCOUNT NUMBER         TRAN CODE                        AMOUNT

✱ 26781806           ✱ 597              $      6604.73

⑆500 5⑆0000⑆

26781806 3/30/2016    $6604.73
5301005380 TC 597

---

**CHECKING/SAVINGS WITHDRAWAL**          LYTLE STATE BANK
                                         LYTLE, TX 78052

DATE _3/30/16_                                    _To payoff_
                                                 _loan # 06_
CUSTOMER NAME: _B & E Trucking Co (Hall)_

PREPARED BY _JW_     APPROVED BY: _fr_

CUSTOMER SIGNATURE: _Payoff loan #06_

ACCOUNT NUMBER         TRAN CODE                        AMOUNT

✱ 30317             ✱                 $      6604.73

⑆0500 8⑆1111⑆

30317 3/30/2016    $6604.73
5301005390 TC 100

02000213

6

B and E Trucking Co
7014 Butterfield
San Antonio TX 78227

**LSB**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |

Apr 30, 2016

Pg   1 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
         !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
these products will allow you to pick alerts you want to receive for
certain transaction types and amounts as well as balance alerts. Alerts can
be received by email, text messaging, or both.
Protect yourself .... sign up today!!
***************************************************************************
```

COMMERCIAL CHK

| | | | | |
| --- | --- | --- | --- | --- |
| 04/01/2016 | Beginning Balance | | | 23,759.13 |
| | 2 Deposits/Other Credits | | + | 4,300.00 |
| | 13 Checks/Other Debits | | - | 27,780.47 |
| 04/30/2016 | Ending Balance | 30 Days in Statement Period | | 278.66 |

```
--------------------------- Deposits/Other Credits ---------------------------
```

| | | |
| --- | --- | --- |
| 04/19/2016 | Deposit | 2,900.00 |
| 04/28/2016 | Deposit | 1,400.00 |

```
------- Checks listed in numerical order;  (*) indicates gap in sequence -------
```

| Check | Date | Amount | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 1051 | 04/07 | 2,969.30 | 1053* | 04/11 | 20,802.56 |

```
-------------------------------- Other Debits --------------------------------
```

| | | |
| --- | --- | --- |
| 04/01/2016 | Debit Card Debit | 110.57 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | |
| 04/01/2016 | Force Pay Debit | 1,100.00 |
| 04/05/2016 | Telephone Inquiry   TELEPHONE INQUIRY | 2.00 |
| 04/05/2016 | Debit Card Debit | 41.56 |
| | J J KELLER & ASSOCIATES JJKELLER.COM WI | |
| 04/05/2016 | Force Pay Debit | 2,345.73 |
| 04/06/2016 | Telephone Inquiry   TELEPHONE INQUIRY | 2.00 |
| 04/07/2016 | Debit Card Debit | 10.48 |
| | TXDMV MCCS 512-465-1411 TX #3176 | |
| 04/07/2016 | Debit Card Debit | 248.98 |
| | CARROLLS TIRE C30 210-657-4900 TX #3176 | |
| 04/11/2016 | Debit Card Debit | 110.29 |
| | IN *EMPIRE CHROME SA, LLC 210-6616474 TX | |
| 04/11/2016 | Overdraft Charge | 30.00 |
| | Item(s) Presented 04/08/2016 | |
| 04/30/2016 | Service Charge | 7.00 |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY ____________ DEPT ____________ POSTED BY ____________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. ____________ ☐ CERTIFICATES NO. ____________

☐ SAVINGS ACCOUNT NO. ____________ ☐ TIME DEPOSIT NO. ____________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS
CHECKS WRITTEN BY CHECK NOT APPEARING ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE ________ ________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle    Devine    San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| 30317 |
| TAX ID NUMBER |
| STATEMENT DATE |

Apr 30, 2016

Pg   2 of   3

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|------|-------------|-----------|-----------|--------|---------|

```
-------------------------------------------------------------------------------
|                                   |  Total For    |  Total             |
|                                   |  This Period  |  Year-to-Date      |
|-----------------------------------|---------------|--------------------|
| Total Overdraft Fees              |  $    30.00   |  $     30.00       |
|-----------------------------------|---------------|--------------------|
| Total Returned Item Fees          |  $      .00   |  $     60.00       |
-------------------------------------------------------------------------------
```

```
--------------------------- Daily Ending Balance ---------------------------
04/01      22,548.56    04/07     16,928.51    04/28              285.66
04/05      20,159.27    04/11      4,014.34-   04/30              278.66
04/06      20,157.27    04/19      1,114.34-
```

```
--------------------------- Service Charge Summary ---------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                  7.00 Lowest Monthly Balance        4,014.34-
                      -------------
Service Charge   04/30/2016       7.00
```

**CHANGE OF ADDRESS (Please Type or Print)**

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____

NUMBER                    STREET

CITY            STATE            ZIP

NEW ADDRESS _____

NUMBER                    STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

---

LIST OUTSTANDING CHECKS, CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT.

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

---

## INSTRUCTIONS

1. COMPARE CHECKS (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN IN STATEMENT _____

5. SUB-TOTAL _____
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:  ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE:  A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

---

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number
2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-related transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error.  For any transfer resulting from a point-of-sale or foreign-related transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.  That way, you will have use of the money during the time it takes us to complete our investigation.

**Lytle State Bank**

Acct # 30317          B and E Trucking Co          Pg 3 of 3



30317 4/19/2016    $2,900.00          30317 4/28/2016    $1,400.00          30317 4/1/2016    $1,100.00

30317 4/5/2016    $2,345.73          30317 4/7/2016    1051    $2,969.30          30317 4/8/2016    1053    $20,802.56



30317 4/19/2016        $2900.00
5302010050 TC 151

10139483 4/19/2016        $2900.00
5302010060 TC 0

02000219



30317 4/28/2016        $1400.00
5202006880 TC 151

101085 4/28/2016        $1400.00
5202006890 TC 805

02000220

Curtis 1000, Inc.

# CASH OUT $        1 100.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO.  4

03/31/2016                4:01 PM
BrH   1 Tlr   4 SeqH   1
Account 1
Cash Out

1,100.00

⑆Processed Next Business Day⑆

⑇5010⑈0000⑇    101084⑈    854

---

101084 4/1/2016      $1100.00
5101000470 TC 854

---

**CHECKING/SAVINGS WITHDRAWAL**    **LYTLE STATE BANK**
LYTLE, TX 78052

DATE _____ 3/31/16

CUSTOMER NAME: Bill Hall

PREPARED BY: _____ APPROVED BY: _____

CUSTOMER SIGNATURE: _____

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| ✳ 030317 | ✳ | $ 1 100.00 |

⑇05008 1111⑇

---

30317 4/1/2016      $1100.00
5101000480 TC 100

02000221

Curla 1000, Inc.

# CASH OUT  $    1300.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 3

04/05/2016                    2:45 PM
BrB    1 Tlr    3 SeqH    68

Cash Out

1,300.00

⑁5010⑁0000⑁    ⑁101083⑁    853

---

101083 4/5/2016    $1300.00
5301013750 TC 853

---

## LOAN CREDIT TRANSACTIONS          LYTLE STATE BANK
LYTLE, TX 78052

DATE  4/5/16

CUSTOMER NAME:  Bill T. Hall

PREPARED BY: _____ APPROVED BY: _____

557 Regular Payment        563 A&N Rebate
553 Principal Payment      564 CrL Rebate
555 Interest Payment       565 CI Rebate
597 Auto Closing Payment   578 Extension Fee Payment
554 Prin Payment - No Date
556 Int Payment - No Date
581 Late Charge Payment

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| ✳ 26781809 | ✳ 557 | $ 1045.73 |

⑁5005⑁0000⑁

---

26781809 4/5/2016    $1045.73
5301013760 TC 557

---

## CHECKING/SAVINGS WITHDRAWAL          LYTLE STATE BANK
LYTLE, TX 78052

DATE  4/5/16

CUSTOMER NAME:  Bill T. Hall

PREPARED BY: _____ APPROVED BY: _____

CUSTOMER SIGNATURE:  Bill T. Hall

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| ✳ 030317 | ✳ | $ 2345.73 |

⑁0500811111⑁

---

30317 4/5/2016    $2345.73
5301013770 TC 100

02000222

88



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |

B and E Trucking Co
Bill Trevino Hall
7014 Butterfield
San Antonio TX 78227

May 31, 2016

Pg   1 of   9

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
******************NOTICE TO COMMERCIAL ACCOUNT HOLDERS ONLY:******************

Effective August 1, 2016, The Service Charge Fee for minimum balance
requirement will change from $5.00 to $7.00 if the balance falls below
$500.00 anytime during the statement cycle.

******************************************************************************
COMMERCIAL CHK
05/01/2016 Beginning Balance                                      278.66
           16 Deposits/Other Credits          +           174,528.62
          109 Checks/Other Debits             -           170,117.28
05/31/2016 Ending Balance      31 Days in Statement Period        4,690.00
------------------------------------------------------------------------------

--------------------------- Deposits/Other Credits ---------------------------
05/02/2016 Deposit                                               600.00
05/09/2016 Deposit                                            16,281.60
05/09/2016 Deposit                                            31,029.89
05/11/2016 Deposit                                             1,600.00
05/13/2016 Internet Deposit                                      100.00
           From DDA 297348   870912117E9A31A6
05/16/2016 Deposit                                             9,920.00
05/16/2016 Internet Deposit                                      100.00
           From DDA 297348   D61CA9556BA3B156
05/17/2016 Deposit                                               875.00
05/17/2016 ACH Deposit                                             0.01
           THE LANE CONSTRU AP_EXPENSE
05/20/2016 ACH Deposit                                         4,560.00
           THE LANE CONSTRU AP_EXPENSE
05/23/2016 Deposit                                            14,564.29
05/23/2016 Deposit                                            69,376.53
05/26/2016 Deposit                                             8,000.00
05/27/2016 ACH Deposit          CAPITOL AGGREGAT PAYMENT       4,021.61
05/31/2016 Deposit                                             5,000.00
05/31/2016 Deposit                                             8,499.69

------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check   Date        Amount          Check   Date        Amount
------------------------------------    ------------------------------------
    1001  05/31       2,493.46          1016  05/09       1,900.00
    1002  05/31         637.35          1017  05/10       1,125.73
    1005* 05/31         480.00          1018  05/12         600.00
    1006  05/31       1,800.00          1019  05/16       1,200.00
    1007  05/10         700.00          1020  05/16       2,500.00
    1009* 05/11       5,601.19          1021  05/23       1,700.00
    1011* 05/11      12,535.93          1022  05/23       1,835.94
    1012  05/11       1,600.00          1023  05/23       3,199.19
    1013  05/09         546.75          1024  05/23       2,015.62
    1014  05/09       1,930.88          1032* 05/27         833.36
    1015  05/10       1,545.90          1033  05/23         735.09
```

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT 1: STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB-TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. __________ __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE __________ __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during [illegible]

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1890"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle    Devine    San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|------|-------------|-----------|-----------|--------|---------|

```
------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check   Date       Amount          Check   Date         Amount
------------------------------------   ------------------------------------
    1035* 05/23        543.91          1096* 05/23          583.14
    1036  05/23        572.76          1097  05/20          267.93
    1037  05/24        802.68          1098  05/25          160.00
    1038  05/23        716.81          1100* 05/11        1,430.00
    1040* 05/25     16,205.66          1101  05/10          400.00
    1041  05/25     11,463.41          1102  05/16        2,382.57
    1042  05/25      1,650.00          1103  05/10        1,204.21
    1043  05/23      1,633.82          1105* 05/11        2,322.91
    1044  05/23      1,360.00          1106  05/12        1,419.80
    1046* 05/26        270.00          1107  05/11        1,769.88
    1047  05/26        937.94          1109* 05/10          252.50
    1048  05/31      1,060.00          1110  05/25          600.00
    1079* 05/18        153.46          1111  05/31        1,918.93
    1081* 05/18        211.84          1112  05/24          787.29
    1083* 05/12        600.00          1113  05/27          758.34
    1084  05/16        700.00          1114  05/25        1,120.00
    1087* 05/18        120.00          1115  05/25        1,500.00
    1088  05/19        198.71          1116  05/26        1,000.00
    1089  05/24        776.08          1117  05/27        1,800.00
    1091* 05/23        797.54          1118  05/31        2,000.00
    1094* 05/23        656.44
```

```
-------------------------------- Other Debits --------------------------------
05/02/2016 Debit Card Debit                                        200.00
           OHD DOWNTOWN DISNEY LAKE BUENA VI FL #3176
05/03/2016 Debit Card Debit                                        101.11
           MAESTRO MICKEY`S - LAKE BUENA VI FL #3176
05/03/2016 Debit Card Debit                                        354.83
           GARDEN GRILL RESTAU LAKE BUENA VI FL #3176
05/04/2016 Debit Card Debit                                        100.00
           SPRINT *WIRELESS 800-639-6111 KS #3176
05/06/2016 Debit Card Debit                                         10.48
           TXDMV MCCS 512-465-1411 TX #3176
05/09/2016 Force Pay Debit                                       1,000.00
05/09/2016 Force Pay Debit                                       3,500.00
05/09/2016 Force Pay Debit                                       4,040.00
05/10/2016 ACH Payment                                             319.78
           SPRINT8006396111 ACHBILLPAY BKOO70U9HJFLCCXB
05/13/2016 Debit Card Debit                                         53.01
           TINK-A-TAKO # 12 SAN ANTONIO TX #3176
05/13/2016 Debit Card Debit                                        240.00
           LA INSPECTION CENTER INC SAN ANTONIO TX
05/16/2016 Overdraft Charge                                         30.00
           Item(s) Presented 05/13/2016
05/17/2016 Force Pay Debit                                       1,000.00
05/18/2016 Force Pay Debit                                       2,279.69
```

**CHANGE OF ADDRESS (Please Type or Print)**

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____
NUMBER                    STREET

CITY          STATE          ZIP

NEW ADDRESS _____
NUMBER                    STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____
☐ SAVINGS ACCOUNT NO. _____
☐ INSTALLMENT LOAN
☐ CERTIFICATES NO. _____
☐ TIME DEPOSIT NO. _____
☐ COMMERCIAL LOAN
☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK
☐ _____

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

# Lytle State Bank.
## P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3691
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

---

LIST OUTSTANDING CHECKS. CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
| TOTAL     |                 |

This form is designed to help you balance your statement

---

# INSTRUCTIONS

1. COMPARE CHECKS (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____
5. SUB-TOTAL _____
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____
7. ACCOUNT BALANCE _____
8. YOUR CHECKBOOK BALANCE _____
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____
11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE:   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

---

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

**B and E Trucking Co**

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

May 31, 2016

Pg   3 of   9

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 05/18/2016 | Internet Withdrawal | | | | 600.00 |
| | To DDA 297348   5BBE8655AFEB4A33 | | | | |
| 05/19/2016 | ACH Payment | TEXAS MUTUAL INS WEB PAY | | | 344.90 |
| 05/20/2016 | ACH Payment | FORD CREDIT AUTO PYMT | | | 603.75 |
| 05/20/2016 | Internet Withdrawal | | | | 1,000.00 |
| | To DDA 297348   5C149526E3BD4C71 | | | | |
| 05/23/2016 | Debit Card Debit | | | | 729.04 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 05/23/2016 | Force Pay Debit | | | | 2,480.00 |
| 05/23/2016 | Force Pay Debit | | | | 2,500.00 |
| 05/23/2016 | Force Pay Debit | | | | 4,641.00 |
| 05/24/2016 | Internet Withdrawal | | | | 2,000.00 |
| | To DDA 297348   6C91B8FC64302525 | | | | |
| 05/25/2016 | Force Pay Debit | | | | 1,370.13 |
| 05/25/2016 | ACH Payment | | | | 126.62 |
| | CROWN CAPITAL INS PMT TELEDEBIT | | | | |
| 05/25/2016 | ACH Payment | | | | 319.77 |
| | SPRINT8006396111 ACHBILLPAY X5T855AKOIJJ9QWE | | | | |
| 05/26/2016 | Debit Card Debit | | | | 292.92 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 05/26/2016 | Force Pay Debit | | | | 500.00 |
| 05/26/2016 | Force Pay Debit | | | | 8,437.14 |
| 05/26/2016 | ACH Payment | | | | 400.00 |
| | WEB PROMISES     WPPAYMENTS | | | | |
| 05/27/2016 | Debit Card Debit | | | | 64.94 |
| | ADVANCE AUTO PARTS #6224 SAN ANTONIO TX | | | | |
| 05/27/2016 | Debit Card Debit | | | | 258.09 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 05/27/2016 | Force Pay Debit | | | | 5,944.00 |
| 05/27/2016 | ACH Payment | | | | 296.56 |
| | CAPITAL ONE     PHONE PYMT | | | | |
| 05/27/2016 | ACH Payment | | | | 300.00 |
| | CARDMEMBER SERV ELECT PYMT | | | | |
| 05/27/2016 | Internet Withdrawal | | | | 2,000.00 |
| | To DDA 297348   332CC5B3985A14C1 | | | | |
| 05/31/2016 | Debit Card Debit | | | | 57.02 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 05/31/2016 | Debit Card Debit | | | | 133.36 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 05/31/2016 | Debit Card Debit | | | | 270.25 |
| | CARROLLS TIRE C30 210-657-4900 TX #3176 | | | | |
| 05/31/2016 | Debit Card Debit | | | | 461.71 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 05/31/2016 | Force Pay Debit | | | | 2,520.00 |
| 05/31/2016 | Force Pay Debit | | | | 4,627.00 |
| 05/31/2016 | ACH Payment | | | | 279.28 |
| | INTUIT     QBOOKS/PRO | | | | |
| 05/31/2016 | ACH Payment | TIME WARNER CABL TW CABLE | | | 332.96 |
| 05/31/2016 | ACH Payment | TIME WARNER CABL TW CABLE | | | 357.19 |

**CHANGE OF ADDRESS (Please Type or Print)**   THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____
NUMBER          STREET

_____
CITY        STATE        ZIP

NEW ADDRESS _____
NUMBER          STREET

_____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ _____

------ PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ------

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or   address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you   need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved   a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or   question. If we decide to do this, we will credit your   account within 10 business days (20 business days if the transfer involved a new account) for the amount you   think is in error, so that you will have the use of the money during the time it takes us to complete our   investigation. If we ask you to put your complaint or  question in writing and we do not receive it within 10  business days, we may not credit your account. Your   account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
| TOTAL     |                 |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS. WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-SUBTOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE:   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

### PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.
2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error.   For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.   This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

**TAX ID NUMBER**

**STATEMENT DATE**

May 31, 2016

Pg   4 of   9

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

05/31/2016 Service Charge                                                15.80

```
|                          |   Total For    |   Total         |
|                          |   This Period  |   Year-to-Date  |
|--------------------------|----------------|-----------------|
| Total Overdraft Fees     |  $    30.00    |  $    60.00     |
|--------------------------|----------------|-----------------|
| Total Returned Item Fees |  $      .00    |  $    60.00     |
```

-------------------------- Daily Ending Balance --------------------------

| 05/01 | 278.66 | 05/11 | 5,298.07 | 05/20 | 4,347.42 |
| 05/02 | 678.66 | 05/12 | 2,678.27 | 05/23 | 61,587.94 |
| 05/03 | 222.72 | 05/13 | 2,485.26 | 05/24 | 57,221.89 |
| 05/04 | 122.72 | 05/16 | 5,692.69 | 05/25 | 22,706.30 |
| 05/06 | 112.24 | 05/17 | 5,567.70 | 05/26 | 18,868.30 |
| 05/09 | 34,506.10 | 05/18 | 2,202.71 | 05/27 | 10,634.62 |
| 05/10 | 28,957.98 | 05/19 | 1,659.10 | 05/31 | 4,690.00 |

-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                 7.00 Lowest Monthly Balance          112.24
Per Item Fee                    8.80
                          -------------
Service Charge  05/31/2016     15.80

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____

NUMBER _____ STREET _____

CITY _____ STATE _____ ZIP _____

NEW ADDRESS _____

NUMBER _____ STREET _____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT. _____   POSTED BY _____

CHECKING ACCOUNT NO. _____

SAVINGS ACCOUNT NO. _____

INSTALLMENT LOAN    COMMERCIAL LOAN

CERTIFICATES NO. _____

TIME DEPOSIT NO. _____

MY PAYCHECK IS SENT DIRECTLY TO THE BANK

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

## Lytle State Bank.
### P.O. Box 575
### LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 76052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

---

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

---

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

   MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

2. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER

   ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER

11. ADJUSTED CHECKBOOK BALANCE

   IMPORTANT:    ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

   NOTE    A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

---

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

# Lytle State Bank

Acct # 30317                     B and E Trucking Co                     Pg 5 of 9





30317 5/23/2016    $2,480.00
30317 5/25/2016    $1,370.13
30317 5/26/2016    $8,437.14
30317 5/26/2016    $500.00
30317 5/27/2016    $5,944.00
30317 5/31/2016    $4,627.00
30317 5/31/2016    $2,520.00
30317 5/31/2016  1001  $2,493.46
30317 5/31/2016  1002  $637.35
30317 5/31/2016  1005  $480.00
30317 5/31/2016  1006  $1,800.00
30317 5/10/2016  1007  $700.00
30317 5/11/2016  1009  $5,601.19
30317 5/11/2016  1011  $12,535.93
30317 5/11/2016  1012  $1,600.00
30317 5/9/2016  1013  $546.75
30317 5/9/2016  1014  $1,930.88
30317 5/10/2016  1015  $1,545.90

**Lytle State Bank**

Acct # 30317                     B and E Trucking Co                     Pg 7 of 9



30317 5/9/2016   1016   $1,900.00

30317 5/10/2016  1017   $1,125.73

30317 5/12/2016  1018   $600.00

30317 5/16/2016  1019   $1,200.00

30317 5/13/2016  1020   $2,500.00

30317 5/23/2016  1021   $1,700.00

30317 5/23/2016  1022   $1,835.94

30317 5/23/2016  1023   $3,199.19

30317 5/23/2016  1024   $2,015.62

30317 5/27/2016  1032   $833.36

30317 5/23/2016  1033   $735.09

30317 5/23/2016  1035   $543.91

30317 5/23/2016  1036   $572.76

30317 5/24/2016  1037   $802.68

30317 5/23/2016  1038   $716.81

30317 5/25/2016  1040   $16,205.66

30317 5/25/2016  1041   $11,463.41

30317 5/25/2016  1042   $1,650.00



# Lytle State Bank

Acct # 30317                     B and E Trucking Co                     Pg 9 of 9



30317  5/10/2016   1101   $400.00

30317  5/16/2016   1102   $2,382.57

30317  5/10/2016   1103   $1,204.21

30317  5/11/2016   1105   $2,322.91

30317  5/12/2016   1106   $1,419.80

30317  5/11/2016   1107   $1,769.88

30317  5/10/2016   1109   $252.50

30317  5/25/2016   1110   $600.00

30317  5/31/2016   1111   $1,918.93

30317  5/24/2016   1112   $787.29

30317  5/27/2016   1113   $758.34

30317  5/25/2016   1114   $1,120.00

30317  5/25/2016   1115   $1,500.00

30317  5/26/2016   1116   $1,000.00

30317  5/27/2016   1117   $1,800.00

30317  5/31/2016   1118   $2,000.00

02000235



30317 5/2/2016          $600.00
5104004440 TC 151

101085 5/2/2016          $600.00
5104004450 TC 805

02000236





30317 5/9/2016      $16281.60
5202018860 TC 151

5789321675 5/9/2016      6898 $16281.60
5202018870 TC 0

02000238



30317 5/11/2016         $1600.00
5201004670 TC 151

101089 5/11/2016         $1600.00
5201004680 TC 809

02000239



30317 5/16/2016     $9920.00
5108014520 TC 151

5789321675 5/16/2016     6935 $9920.00
5108014530 TC 0

02000240

30317 5/17/2016        $875.00
5201007970 TC 151

750027588 5/17/2016      1688 $875.00
5201007980 TC 0

02000241



30317 5/23/2016        $14564.29
5107013270 TC 151

5789321675 5/23/2016      7050 $14564.29
5107013280 TC 0

02000242



02000243

CHECKING/SAVINGS DEPOSIT  LYTLE STATE BANK  LYTLE, TX 78524

DATE 5/26/16
CUSTOMER NAME: Bill Hall
CUSTOMER SIGNATURE:

CURRENCY ▶ Transfer
COIN ▶

SUB TOTAL ▶
LESS CASH RECEIVED ▶

ACCOUNT NUMBER       TRAN CODE

* 030317       *       $    8000.00

⑆050080000⑆

30317 5/26/2016        $8000.00
5302008020 TC 151

---

Cat No 1055, Inc.

CASH OUT $         5000.00
LYTLE STATE BANK
LYTLE, TX 78052
MEMBER FDIC

TELLER NO. 4

05/26/2016                    2:45 PM
Br#   1 Tlr   4 Seq#   33

Cash Out

5,000.00

⑆5010⑈0000⑈   101084⑈        854

101084 5/26/2016        $5000.00
5302008030 TC 854

---

LOAN DEBIT TRANSACTIONS   LYTLE STATE BANK
                           LYTLE, TX 78052

DATE 5/26/16
CUSTOMER NAME: Bill Hall
PREPARED BY:                APPROVED BY:
CUSTOMER SIGNATURE:

ACCOUNT NUMBER       TRAN CODE                AMOUNT

* 26781815       *500       $    13000.00

⑆5005⑈1111⑈

26781815 5/26/2016        $13000.00
5302008040 TC 500

02000244



30317 5/31/2016        $5000.00
5204018950 TC 151

26781815 5/31/2016        $5000.00
5204018960 TC 501

02000245



30317 5/31/2016        $8499.69
5101001040 TC 151



10466948 5/31/2016    16839 $6879.69
5101001050 TC 0



1166859 5/31/2016     13135 $1620.00
5101001060 TC 0

02000246



REGISTER COPY

**Lytle State Bank**
BOX 375 LYTLE, TEXAS 78052
Member FDIC

90596

PURCHASED BY

Bill Hall
Hired Trucks
Bill Hall Jr. Trucking Company

PAYABLE TO

$4,040.00

$

Pay Exactly Four Thousand Forty and 00/100*************************************

DOLLARS

**CASHIER'S CHECK**

⑈090596⑈ ⑆114911519⑆   700 029⑈

700029 5/9/2016   90596 $4040.00
5202018800 TC 151



**General Ledger Credit**   LYTLE STATE BANK
LYTLE, TX 78052

Account  Exchange   Date 5/9/16

DESCRIPTION

Ck# 90596

* 461 004

$   300

05/09/2016         10:52 AM
Br#   1 Tlr   8 Seq#   105
Account 461004
Fees

Approved by        Entered by

3.00

⑆5009⑈0000⑆

461004 5/9/2016      $3.00
5202018810 TC 650



Curts 1000, Inc.

# CASH IN   $   300

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

**TELLER NO. 8**

05/09/2016         10:52 AM
Br#   1 Tlr   8 Seq#   105

Cash In

3.00

⑆5010⑈1111⑆   101088⑈   808

101088 5/9/2016      $3.00
5202018820 TC 808

02000247

CHECKING / SAVINGS WITHDRAWAL

**LYTLE STATE BANK**
LYTLE, TX 78052

DATE _____ 5·9·16   cc#9059~

CUSTOMER NAME: _B + E Trucking____

PREPARED BY Ka            APPROVED BY: _____

CUSTOMER SIGNATURE: R. Hall

| ACCOUNT NUMBER | TRAN CODE | | AMOUNT |
|---|---|---|---|
| ✱ 30317 | ✱ | $ | 4040.00 |

⑈050081111⑈

30317 5/9/2016      $4040.00
5202018830 TC 100

02000248

Curts 1000, Inc.

# CASH OUT $            *1000.00*

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO.  8

05/09/2016                    10:53 AM
BrH    1 Tlr    B SeqN    106
Account 30317
Cash Out

1,000.00

⑈5010⑈0000⑈    1010 88⑊    858

101088 5/9/2016    $1000.00
5202018840 TC 858

**CHECKING / SAVINGS WITHDRAWAL**    **LYTLE STATE BANK**
LYTLE, TX 78052

DATE 5/9/2016

CUSTOMER NAME: B.E Tuckling Co.

PREPARED BY: _____    APPROVED BY: _____

CUSTOMER SIGNATURE: R. Hall

ACCOUNT NUMBER        TRAN CODE                    AMOUNT

✳    030317    ✳            $    1,000.00

⑈50081111⑈

30317 5/9/2016    $1000.00
5202018850 TC 100

02000249

Curts 1000, Inc.

# CASH OUT $                    3 5 0 0.⁰⁰

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO.  3

05/06/2016                    5:18 PM
Br#    1 Tlr    3 Seq#    18
Account 30317
Cash Out

⑃50 10⑊0000⑃    10 1083⑊          853          3,500.00

*Processed Next Business Day$

101083 5/9/2016        $3500.00
5102004680 TC 853

---

CHECKING/SAVINGS WITHDRAWAL        **LYTLE STATE BANK**
LYTLE, TX 78052

DATE _____5.6.16_____    Cash

CUSTOMER NAME: _B&E Trucking_____

PREPARED BY: _KN_    APPROVED BY: _____

CUSTOMER SIGNATURE: _____

ACCOUNT NUMBER        TRAN CODE                AMOUNT

* 30317            *            $    3500.00

⑃05008 111 1⑊

30317 5/9/2016        $3500.00
5102004690 TC 100

02000250

Cura 1000, Inc.

# CASH OUT $   10 00.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 6

05/17/2016                    12:22 PM
Br# 1 Tlr  & Seq#   33
Account 30317
Cash Out

1,000.00

⑆5010⑆0000⑆    101086⑈        856

101086 5/17/2016     $1000.00
5201007950 TC 856

---

**CHECKING/SAVINGS WITHDRAWAL**   **LYTLE STATE BANK**
LYTLE, TX 78052

DATE  5/17/2016                         CASH

CUSTOMER NAME:  B&E Trucking Co.

PREPARED BY:                APPROVED BY:

CUSTOMER SIGNATURE:

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| 030317 | | $ 1000.— |

⑆500811⑈

30317 5/17/2016     $1000.00
5201007960 TC 100

02000251

**LOAN CREDIT TRANSACTIONS**

**LYTLE STATE BANK**
LYTLE, TX 78052

DATE ___5·18·16___

CUSTOMER NAME: ___Bill Hall___

PREPARED BY: _KV_   APPROVED BY: _____

557 Regular Payment
583 Principal Payment
555 Interest Payment
597 Auto Closing Payment
554 Prin Payment - No Date
556 Int Payment - No Date
561 Late Charge Payment

563 ASN Rebate
584 C/L Rebate
565 OI Rebate
576 Extension Fee Payment

ACCOUNT NUMBER   TRAN CODE   AMOUNT

✱ 26781814   ✱ 557   $ 2279.69

⑆5005⑈0000⑆

26781814 5/18/2016     $2279.69
5101000630 TC 557

---

**CHECKING/SAVINGS WITHDRAWAL**

**LYTLE STATE BANK**
LYTLE, TX 78052

DATE ___5·18·16___   loan pymt.

CUSTOMER NAME: ___Bill Hall___

PREPARED BY: _KV_   APPROVED BY: _____

CUSTOMER SIGNATURE: ___as per phone request___

ACCOUNT NUMBER   TRAN CODE   AMOUNT

✱ 30317   ✱   $ 2279.69

⑉0500⑆8111⑈

30317 5/18/2016     $2279.69
5101000640 TC 100

02000252

Curts 1000, Inc.

# CASH OUT $            4641.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 3

05/20/2016                    5:53 PM
Br#    1  Tlr    3 Seq#    30
Account 30317
Cash Out

4,641.00

⑆5010⑈0000⑆        101083⑈  *Processed Next Business Day*
853

101083 5/23/2016        $4641.00
5102004210 TC 853

---

**CHECKING / SAVINGS WITHDRAWAL**        **LYTLE STATE BANK**
LYTLE, TX 78052

DATE ___ 5 - 20 - 16 ___

CUSTOMER NAME: B and E Trucking Co

PREPARED BY: DP            APPROVED BY: ___

CUSTOMER SIGNATURE: R. Hay

ACCOUNT NUMBER        TRAN CODE                AMOUNT

✳ 030317        ✳            $    4641.00

⑆0500B111⑈

30317 5/23/2016        $4641.00
5102004220 TC 100

02000253

Curts 1000, Inc.

# CASH OUT $        2500.00
**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 6

05/23/2016                    10:40 AM
Br#    1 Tlr   6 Seq#   63
Account 30317
Cash Out

2,500.00

⑆50 10⑈0000⑈    10 1086⑊        8 56

101086 5/23/2016        $2500.00
5201015630 TC 856

---

**CHECKING/SAVINGS WITHDRAWAL**      **LYTLE STATE BANK**
LYTLE, TX 78052

DATE 5/23/2016                        CASH

CUSTOMER NAME: B. E. McClung Co.

PREPARED BY: _____   APPROVED BY: _____

CUSTOMER SIGNATURE: R. Hall

ACCOUNT NUMBER      TRAN CODE          AMOUNT

✳  030317  ✳                    $  2500.—

⑆500 8 1 1 1⑈

30317 5/23/2016        $2500.00
5201015640 TC 100

02000254

REGISTER COPY

**Lytle State Bank**
BOX 373 LYTLE, TEXAS 78052-0373
Member FDIC

**90637**

PURCHASED BY

B & E Trucking
From Bill Hall
Bill Hall Jr. Trucking

DATE May 23, 2016

$2,480.00

PAYABLE TO
*Pay Exactly*Two Thousand Four Hundred Eighty and 00/100**************

$

DOLLARS

**CASHIER'S CHECK**

⑆090637⑆ ⑆114911519⑆ 700 029⑈

700029 5/23/2016   90637 $2480.00
5107013230 TC 151

---

**General Ledger Credit**

**LYTLE STATE BANK**
LYTLE, TX 78052

Account _Exchange_        Date 5-23-16

DESCRIPTION

CC #90637

Approved by        Entered by

⑆5009⑆0000⑆

461004

300

$

05/23/2016        10:32 AM
BrH    1 Tlr    6 SeqH    61
Account 461004
Fees

3.00

461004 5/23/2016        $3.00
5107013240 TC 650

---

Curbs 1000, Inc

# CASH IN

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

$        300

**TELLER NO. 6**

05/23/2016        10:32 AM
BrH    1 Tlr    6 SeqH    61

Cash In

3.00

⑆5010⑆1111⑆    101086⑆        806

101086 5/23/2016        $3.00
5107013250 TC 806

02000255

B and E Trucking Co

**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER | |
|---|---|
| 30317 | |
| TAX ID NUMBER | |
| | |
| STATEMENT DATE | |

Jun 30, 2016

Pg   2 of   19

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

------- Checks listed in numerical order;   (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 1007* | 06/02 | 1,485.00 | 1066 | 06/13 | 636.20 |
| 1008 | 06/21 | 640.00 | 1067 | 06/13 | 576.63 |
| 1009 | 06/03 | 1,230.00 | 1068 | 06/14 | 352.09 |
| 1010 | 06/01 | 3,492.51 | 1069 | 06/13 | 409.39 |
| 1012* | 06/08 | 269.88 | 1071* | 06/20 | 1,032.67 |
| 1013 | 06/13 | 80.82 | 1073* | 06/13 | 1,204.65 |
| 1014 | 06/08 | 841.20 | 1074 | 06/14 | 1,123.11 |
| 1015 | 06/02 | 1,414.92 | 1075 | 06/21 | 93.48 |
| 1016 | 06/03 | 787.29 | 1076 | 06/16 | 120.00 |
| 1017 | 06/13 | 1,040.00 | 1078* | 06/14 | 1,114.77 |
| 1018 | 06/06 | 1,120.00 | 1079 | 06/16 | 204.90 |
| 1019 | 06/06 | 700.00 | 1080 | 06/21 | 254.87 |
| 1020 | 06/06 | 2,300.00 | 1083* | 06/14 | 160.00 |
| 1021 | 06/06 | 809.57 | 1084 | 06/13 | 2,262.18 |
| 1022 | 06/06 | 634.71 | 1085 | 06/14 | 1,402.50 |
| 1023 | 06/06 | 389.99 | 1086 | 06/13 | 2,565.97 |
| 1024 | 06/06 | 664.89 | 1088* | 06/13 | 9,347.66 |
| 1025 | 06/06 | 510.07 | 1089 | 06/14 | 1,000.00 |
| 1026 | 06/08 | 1,170.88 | 1090 | 06/15 | 750.00 |
| 1027 | 06/03 | 1,500.00 | 1091 | 06/14 | 117.21 |
| 1028 | 06/07 | 600.00 | 1092 | 06/13 | 499.00 |
| 1029 | 06/07 | 1,000.00 | 1094* | 06/13 | 230.00 |
| 1030 | 06/06 | 470.88 | 1096* | 06/13 | 1,500.00 |
| 1032* | 06/06 | 659.49 | 1097 | 06/13 | 2,500.00 |
| 1033 | 06/07 | 367.96 | 1098 | 06/13 | 1,126.57 |
| 1034 | 06/13 | 549.20 | 1100* | 06/13 | 2,000.00 |
| 1036* | 06/08 | 161.59 | 1101 | 06/14 | 300.00 |
| 1037 | 06/14 | 454.96 | 1102 | 06/14 | 600.00 |
| 1038 | 06/16 | 500.00 | 1103 | 06/15 | 2,500.00 |
| 1045* | 06/01 | 806.35 | 1104 | 06/13 | 707.98 |
| 1046 | 06/07 | 541.91 | 1104* | 06/20 | 500.00 |
| 1047 | 06/06 | 1,376.84 | 1106* | 06/14 | 500.00 |
| 1048 | 06/08 | 3,887.50 | 1107 | 06/20 | 2,700.00 |
| 1049 | 06/06 | 553.18 | 1108 | 06/22 | 232.74 |
| 1050 | 06/06 | 548.52 | 1109 | 06/20 | 1,094.82 |
| 1051 | 06/08 | 387.50 | 1110 | 06/20 | 69.41 |
| 1053* | 06/08 | 2,500.00 | 1111 | 06/20 | 2,000.00 |
| 1055* | 06/09 | 736.11 | 1112 | 06/20 | 750.61 |
| 1056 | 06/08 | 500.00 | 1114* | 06/20 | 698.99 |
| 1057 | 06/13 | 1,953.66 | 1115 | 06/27 | 593.74 |
| 1058 | 06/14 | 600.00 | 1116 | 06/24 | 230.00 |
| 1059 | 06/14 | 1,000.00 | 1117 | 06/20 | 365.13 |
| 1060 | 06/13 | 557.24 | 1118 | 06/20 | 557.18 |
| 1062* | 06/13 | 280.87 | 1119 | 06/02 | 13,398.16 |
| 1063 | 06/13 | 487.17 | 1119* | 06/20 | 499.44 |
| 1064 | 06/13 | 565.96 | 1120 | 06/03 | 3,000.00 |
| 1065 | 06/13 | 350.37 | 1120* | 06/20 | 624.18 |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
P.O. Box 575
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com

BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN AND/OR DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB-TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE __________ __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |

Jun 30, 2016

Pg   3 of  19

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

------- Checks listed in numerical order;   (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 1121 | 06/21 | 550.71 | 1174 | 06/27 | 768.16 |
| 1122 | 06/20 | 756.25 | 1175 | 06/27 | 798.53 |
| 1123 | 06/21 | 785.65 | 1176 | 06/27 | 695.32 |
| 1124 | 06/20 | 479.88 | 1177 | 06/28 | 560.30 |
| 1125 | 06/20 | 680.52 | 1178 | 06/28 | 611.84 |
| 1126 | 06/20 | 600.00 | 1180* | 06/27 | 471.63 |
| 1127 | 06/20 | 1,000.00 | 1181 | 06/27 | 798.34 |
| 1129* | 06/20 | 625.00 | 1183* | 06/27 | 625.00 |
| 1130 | 06/20 | 275.00 | 1184 | 06/27 | 642.76 |
| 1131 | 06/20 | 80.00 | 1185 | 06/28 | 415.11 |
| 1133* | 06/23 | 1,470.00 | 1186 | 06/27 | 600.00 |
| 1134 | 06/22 | 2,860.00 | 1187 | 06/27 | 1,000.00 |
| 1135 | 06/20 | 2,441.22 | 1188 | 06/27 | 730.00 |
| 1136 | 06/21 | 875.00 | 1189 | 06/27 | 700.00 |
| 1137 | 06/20 | 2,510.65 | 1192* | 06/28 | 240.00 |
| 1139* | 06/21 | 503.02 | 1193 | 06/27 | 8,875.15 |
| 1140 | 06/23 | 329.87 | 1200* | 06/27 | 2,570.00 |
| 1141 | 06/22 | 665.00 | 1201 | 06/27 | 395.74 |
| 1143* | 06/21 | 1,316.35 | 1202 | 06/27 | 3,181.22 |
| 1144 | 06/20 | 3,989.28 | 1203 | 06/27 | 4,001.61 |
| 1145 | 06/21 | 5,623.75 | 1204 | 06/28 | 3,166.79 |
| 1147* | 06/20 | 2,631.45 | 1205 | 06/27 | 3,092.63 |
| 1148 | 06/27 | 175.00 | 1206 | 06/27 | 2,463.80 |
| 1149 | 06/20 | 1,500.00 | 1207 | 06/29 | 481.01 |
| 1150 | 06/20 | 2,560.00 | 1209* | 06/29 | 600.00 |
| 1151 | 06/20 | 5,338.23 | 1210 | 06/27 | 2,055.00 |
| 1154* | 06/23 | 1,000.00 | 1211 | 06/28 | 2,500.00 |
| 1155 | 06/23 | 500.00 | 1215* | 06/29 | 1,377.15 |
| 1156 | 06/20 | 2,000.00 | 1217* | 06/28 | 422.50 |
| 1157 | 06/21 | 1,207.67 | 1218 | 06/28 | 3,515.27 |
| 1158 | 06/22 | 409.00 | 1220* | 06/28 | 847.96 |
| 1159 | 06/21 | 600.00 | 1222* | 06/30 | 1,841.97 |
| 1162* | 06/23 | 2,500.00 | 1223 | 06/28 | 597.50 |
| 1163 | 06/30 | 550.49 | 1224 | 06/28 | 1,162.42 |
| 1164 | 06/30 | 3,000.00 | 1990* | 06/06 | 1,500.00 |
| 1165 | 06/24 | 736.10 | 1991 | 06/06 | 860.66 |
| 1166 | 06/22 | 500.00 | 1992 | 06/13 | 3,000.00 |
| 1167 | 06/24 | 2,500.00 | 1993 | 06/09 | 423.68 |
| 1169* | 06/28 | 1,057.27 | 1994 | 06/09 | 306.92 |
| 1170 | 06/24 | 1,500.00 | 1996* | 06/06 | 1,360.67 |
| 1171 | 06/27 | 2,500.00 | 1999* | 06/06 | 3,500.00 |
| 1172 | 06/28 | 175.39 | 2000 | 06/07 | 2,500.00 |
| 1173 | 06/27 | 460.06 | 2001 | 06/07 | 10,671.04 |

-------------------------------- Other Debits --------------------------------
06/01/2016 Force Pay Debit                                          1,497.24

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT 1: STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com

BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER __________ __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE __________ __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

TAX ID NUMBER

STATEMENT DATE

Jun 30, 2016

Pg   4 of   19

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 06/03/2016 | Internet Withdrawal | | | | 1,200.00 |
| | To DDA 297348   90DE14F6B16DE086 | | | | |
| 06/06/2016 | Debit Card Debit | | | | 99.82 |
| | HEB #613 SAN ANTONIO TX #3176 | | | | |
| 06/06/2016 | Debit Card Debit | | | | 666.15 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 06/06/2016 | Debit Card Debit | | | | 800.00 |
| | CARROLLS TIRE C30 210-657-4900 TX #3176 | | | | |
| 06/06/2016 | Force Pay Debit | | | | 1,500.00 |
| 06/06/2016 | Force Pay Debit | | | | 1,700.00 |
| 06/06/2016 | Telephone Trf W/D | | | | 300.00 |
| | To    DDA   XXXXXX7348 Phone - Rebecca | | | | |
| 06/06/2016 | Telephone Trf Chg | | | | 2.00 |
| | KB Transfer Chg Phone - Rebecca | | | | |
| 06/08/2016 | Debit Card Debit | | | | 60.18 |
| | 87 GEAR SERVICE SAN ANTONIO TX #3176 | | | | |
| 06/08/2016 | Debit Card Debit | | | | 100.00 |
| | BEXAR TRAILER SALES & SE SAN ANTONIO TX | | | | |
| 06/08/2016 | Force Pay Debit | | | | 300.00 |
| 06/08/2016 | Internet Withdrawal | | | | 200.00 |
| | To DDA 297348   ED365B37D8E1C5D9 | | | | |
| 06/10/2016 | Debit Card Debit | | | | 446.69 |
| | CLAYS RADIO SHOP MCC SAN ANTONIO TX #3176 | | | | |
| 06/10/2016 | ACH Payment          TIME WARNER CABL TW CABLE | | | | 357.19 |
| 06/13/2016 | ACH Payment          TIME WARNER CABL TW CABFE | | | | 407.00 |
| 06/13/2016 | Debit Card Debit | | | | 74.49 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 06/13/2016 | Debit Card Debit | | | | 269.26 |
| | OJOS LOCOS SPORTS SA DALLAS TX #3176 | | | | |
| 06/13/2016 | Debit Card Debit | | | | 306.23 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 06/13/2016 | Debit Card Debit | | | | 321.78 |
| | HARLEY DAVIDSON GRUENE NEW BRAUNFELS TX | | | | |
| 06/13/2016 | Debit Card Debit | | | | 487.13 |
| | CARROLLS TIRE C30 210-657-4900 TX #3176 | | | | |
| 06/13/2016 | Force Pay Debit | | | | 1,090.75 |
| 06/13/2016 | Overdraft Charge | | | | 120.00 |
| | Item(s) Presented 06/10/2016 | | | | |
| 06/14/2016 | Debit Card Debit | | | | 80.00 |
| | LA INSPECTION CENTER INC SAN ANTONIO TX | | | | |
| 06/15/2016 | Debit Card Debit | | | | 268.97 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 06/15/2016 | Force Pay Debit | | | | 600.00 |
| 06/16/2016 | POS Payment | | | | 224.74 |
| | ACADEMY SPORTS #46 SELMA TX #3176 | | | | |
| 06/16/2016 | Internet Withdrawal | | | | 200.00 |
| | To DDA 297348   34B2DFAF1F23B039 | | | | |
| 06/17/2016 | Debit Card Debit | | | | 68.00 |
| | AEMC LLC, CASIAS TIRE SH SAN ANTONIO TX | | | | |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com

BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB-TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. __________ __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE __________ __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.