B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC



| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

**Jan 31, 2017**

Pg   4 of  21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 3956 | 01/26 | 2,950.00 | 3980 | 01/30 | 508.66 |
| 3957 | 01/27 | 1,243.06 | 3981 | 01/31 | 846.90 |
| 3958 | 01/27 | 814.22 | 3982 | 01/30 | 579.64 |
| 3960* | 01/26 | 1,100.00 | 3983 | 01/30 | 615.42 |
| 3961 | 01/26 | 800.00 | 3984 | 01/30 | 348.03 |
| 3962 | 01/30 | 3,000.00 | 3985 | 01/30 | 610.78 |
| 3963 | 01/26 | 800.00 | 3986* | 01/30 | 945.00 |
| 3964 | 01/30 | 3,635.11 | 3989* | 01/30 | 800.00 |
| 3965 | 01/31 | 1,852.00 | 3990 | 01/30 | 600.00 |
| 3966 | 01/30 | 3,515.22 | 3991 | 01/31 | 137.37 |
| 3967 | 01/31 | 2,875.83 | 3992 | 01/30 | 237.66 |
| 3968 | 01/30 | 700.00 | 3993 | 01/30 | 1,000.00 |
| 3969 | 01/31 | 1,550.00 | 3994 | 01/30 | 2,176.68 |
| 3970 | 01/31 | 500.00 | 3995 | 01/30 | 1,463.98 |
| 3972* | 01/30 | 2,500.00 | 3996 | 01/30 | 1,730.00 |
| 3973 | 01/30 | 174.83 | 3997 | 01/30 | 1,850.00 |
| 3974 | 01/31 | 435.30 | 3998 | 01/30 | 400.00 |
| 3975 | 01/30 | 504.60 | 3999 | 01/31 | 460.65 |
| 3976 | 01/30 | 544.20 | 4000 | 01/30 | 2,500.00 |
| 3977 | 01/31 | 408.13 | 4001 | 01/30 | 587.50 |
| 3978 | 01/30 | 404.11 | 4002 | 01/30 | 13,379.53 |
| 3979 | 01/31 | 497.57 | | | |

-------------------------------- Other Debits --------------------------------

| | | AMOUNT |
| --- | --- | --- |
| 01/03/2017 | Return Item Charge | 60.00 |
| | Item(s) Presented 12/30/2016 | |
| 01/04/2017 | Force Pay Debit | 1,750.00 |
| 01/05/2017 | Overdraft Charge | 30.00 |
| | Item(s) Presented 01/04/2017 | |
| 01/05/2017 | Return Item Charge | 30.00 |
| | Item(s) Presented 01/04/2017 | |
| 01/06/2017 | Overdraft Charge | 60.00 |
| | Item(s) Presented 01/05/2017 | |
| 01/09/2017 | Force Pay Debit | 850.00 |
| 01/09/2017 | Force Pay Debit | 2,944.00 |
| 01/09/2017 | Force Pay Debit | 3,960.50 |
| 01/09/2017 | Force Pay Debit | 8,000.00 |
| 01/09/2017 | Internet Withdrawal | 900.00 |
| | To DDA 297348  DE4685887B1E5A4E | |
| 01/10/2017 | Debit Card Debit | 39.15 |
| | FRENCH ELLISON TRUCK CENT CONVERSE TX #3176 | |
| 01/10/2017 | Force Pay Debit | 3,500.00 |
| 01/10/2017 | Internet Withdrawal | 100.00 |
| | To DDA 297348  DC60817000E0B65F | |
| 01/12/2017 | Debit Card Debit | 94.01 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | |

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____

NUMBER                                STREET

CITY                    STATE                        ZIP

NEW ADDRESS _____

NUMBER                                STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT. _____ POSTED BY _____

- ☐ CHECKING ACCOUNT NO. _____
- ☐ SAVINGS ACCOUNT NO. _____
- ☐ INSTALLMENT LOAN
- ☐ COMMERCIAL LOAN
- ☐
- ☐ CERTIFICATES NO. _____
- ☐ TIME DEPOSIT NO. _____
- ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

--- PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ---

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS
(CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT)

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECKS (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN IN STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction if we take more than 20 business days to investigate and correct the error we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

02000671

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC



| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Jan 31, 2017

Pg   5 of  21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 01/12/2017 | Debit Card Debit | | | | 168.05 |
| | ACE SPRING SERVICE INC 210-227-9124 TX #3176 | | | | |
| 01/12/2017 | POS Recurring Pmt | | | | 59.70 |
| | MSFT * E030036GEX 800-642-7676 WA #3176 | | | | |
| 01/12/2017 | Internet Withdrawal | | | | 200.00 |
| | To DDA 297348  D5EB571F8F8E6584 | | | | |
| 01/13/2017 | ACH Payment | IRS USATAXPYMT | | | 250.00 |
| 01/13/2017 | ACH Payment | IRS USATAXPYMT | | | 300.00 |
| 01/13/2017 | Internet Withdrawal | | | | 600.00 |
| | To DDA 297348  127131F00A5A26D2 | | | | |
| 01/17/2017 | Debit Card Debit | | | | 7.33 |
| | FRENCH ELLISON TRUCK CENT CONVERSE TX #3176 | | | | |
| 01/17/2017 | Debit Card Debit | | | | 40.00 |
| | LA INSPECTION CENTER INC SAN ANTONIO TX | | | | |
| 01/17/2017 | Debit Card Debit | | | | 150.00 |
| | EXXONMOBIL 45972825 DILLEY TX #3176 | | | | |
| 01/17/2017 | Debit Card Debit | | | | 185.05 |
| | HEB #613 SAN ANTONIO TX #3176 | | | | |
| 01/17/2017 | Debit Card Debit | | | | 938.13 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 01/17/2017 | Force Pay Debit | | | | 967.00 |
| 01/17/2017 | Force Pay Debit | | | | 2,000.00 |
| 01/17/2017 | Force Pay Debit | | | | 2,730.83 |
| 01/17/2017 | Force Pay Debit | | | | 2,800.00 |
| 01/17/2017 | ACH Payment | | | | 360.94 |
| | BankDirect Capit WEB PMTS 877-226-5456 | | | | |
| 01/17/2017 | ACH Payment | WU AUTO WU AUTO | | | 602.48 |
| 01/18/2017 | Debit Card Debit | | | | 20.71 |
| | TXDMV MCCS 512-465-1411 TX #3176 | | | | |
| 01/18/2017 | Debit Card Debit | | | | 41.16 |
| | TXDMV MCCS 512-465-1411 TX #3176 | | | | |
| 01/18/2017 | ACH Payment | | | | 232.57 |
| | SPRINT8006396111 ACHBILLPAY PPW8B8ZXQ7KUDPKZ | | | | |
| 01/19/2017 | Debit Card Debit | | | | 30.93 |
| | TXDMV MCCS 512-465-1411 TX #3176 | | | | |
| 01/19/2017 | Debit Card Debit | | | | 161.29 |
| | BEXAR TRAILER SALES & SE SAN ANTONIO TX | | | | |
| 01/19/2017 | Telephone Trf W/D | | | | 1,500.00 |
| | To    DDA  XXXXXX7348 Phone - Rebecca | | | | |
| 01/19/2017 | Telephone Trf Chg | | | | 2.00 |
| | KB Transfer Chg Phone - Rebecca | | | | |
| 01/20/2017 | Debit Card Debit | | | | 753.19 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 01/23/2017 | POS Payment | | | | 365.77 |
| | BOOT BARN #309 SAN ANTONIO TX #3176 | | | | |
| 01/23/2017 | Debit Card Debit | | | | 214.11 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 01/23/2017 | Force Pay Debit | | | | 900.00 |
| 01/23/2017 | Force Pay Debit | | | | 1,037.93 |

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS — CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER. ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB-TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER __________ __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE __________ __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
|---|
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| Jan 31, 2017 |

Pg   6 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 01/23/2017 | Force Pay Debit | | | | 2,500.00 |
| 01/23/2017 | Force Pay Debit | | | | 3,600.00 |
| 01/23/2017 | ACH Payment | | | | 115.24 |
| | CROWN CAPITAL INS PMT TELEDEBIT | | | | |
| 01/23/2017 | ACH Payment | TIME WARNER CABL TW CABLE | | | 677.04 |
| 01/23/2017 | Internet Withdrawal | | | | 300.00 |
| | To DDA 297348  214C7CA9EF42B758 | | | | |
| 01/24/2017 | Debit Card Debit | | | | 15.00 |
| | RAMOS TIRE & AUTOMOTIVE POTEET TX #3176 | | | | |
| 01/24/2017 | ACH Payment | CPS Energy PCX Chase Fee | | | 2.35 |
| 01/24/2017 | ACH Payment | CPS Energy PCX Chase Fee | | | 2.35 |
| 01/24/2017 | ACH Payment | CPS Energy PCX Payment | | | 114.00 |
| 01/24/2017 | ACH Payment | CPS Energy PCX Payment | | | 197.00 |
| 01/24/2017 | ACH Payment | | | | 352.65 |
| | ALLSTATE INS CO INS PREM ACH.EZPR02010 S | | | | |
| 01/24/2017 | Stop Payment Charge  Stop Payment Charge | | | | 30.00 |
| 01/25/2017 | ACH Payment | | | | 4,063.83 |
| | MERCURY INS PAYMENT TXBA DIRECT PYMT  GW | | | | |
| 01/25/2017 | Internet Withdrawal | | | | 650.00 |
| | To DDA 297348  2CF65537258A8FC8 | | | | |
| 01/30/2017 | Debit Card Debit | | | | 50.00 |
| | AEMC LLC, CASIAS TIRE SH 210-543-0909 TX | | | | |
| 01/30/2017 | Force Pay Debit | | | | 1,900.00 |
| 01/30/2017 | Force Pay Debit | | | | 3,209.94 |
| 01/31/2017 | Debit Card Debit | | | | 324.73 |
| | BEXAR TRAILER SALES & SE SAN ANTONIO TX | | | | |
| 01/31/2017 | Telephone Trf W/D    To   DDA   XXXXXX7348 | | | | 1,500.00 |
| 01/31/2017 | Service Charge | | | | 32.60 |

| | Total For This Period | Total Year-to-Date | Previous Year Total |
|---|---|---|---|
| Total Overdraft Fees | $   90.00 | $   90.00 | $ 7,380.00 |
| Total Returned Item Fees | $   90.00 | $   90.00 | $   300.00 |

-------------------------- Daily Ending Balance --------------------------

| | | | | | |
|---|---|---|---|---|---|
| 01/01 | 795.25 | 01/11 | 3,058.94 | 01/23 | 36,898.64 |
| 01/03 | 6,286.41 | 01/12 | 2,327.43 | 01/24 | 27,210.25 |
| 01/04 | 1,418.67 | 01/13 | 2,999.33 | 01/25 | 28,970.55 |
| 01/05 | 358.03 | 01/17 | 31,153.39 | 01/26 | 7,567.80 |
| 01/06 | 9,648.78 | 01/18 | 17,119.66 | 01/27 | 18,872.05 |
| 01/09 | 17,837.51 | 01/19 | 9,839.54 | 01/30 | 18,778.02 |
| 01/10 | 7,201.44 | 01/20 | 37,225.89 | 01/31 | 9,531.66 |

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED)  _____

OLD ADDRESS  _____
NUMBER                    STREET

_____
CITY          STATE          ZIP

NEW ADDRESS  _____
NUMBER                    STREET

CUSTOMER SIGNATURE  _____

REC'D BY _____ DEPT _____ POSTED BY _____

| ☐ | CHECKING ACCOUNT NO. | ☐ | CERTIFICATES NO. |
| ☐ | SAVINGS ACCOUNT NO. | ☐ | TIME DEPOSIT NO. |
| ☐ | INSTALLMENT LOAN | ☐ | COMMERCIAL LOAN | ☐ | MY PAYCHECK IS SENT DIRECTLY TO THE BANK |
| ☐ | | | |

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday,
Wednesday, Thursday, and Friday.
Holidays are not included.

---

LIST IN "STAND-IN" CHECKS
CHECKS WRITTEN WHICH DO
NOT APPEAR ON "THIS STATEMENT"
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:  ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE  A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

---

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, if deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1  Tell us your name and account number.

2  Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error.  For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.  This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

| TAX ID NUMBER |
| --- |

| STATEMENT DATE |
| --- |

Jan 31, 2017

Pg   7 of  21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
-------------------------- Service Charge Summary --------------------------
** Below is an itemization of the Service Charges Paid this period. **
Service Chg Fee                                                7.00
Per Item Fee                                                  25.60
                                                     ------------------
Service Charge                              01/31/2017         32.60
Lowest Monthly Balance                                       358.03
```

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER                    STREET

_____
CITY              STATE              ZIP

NEW ADDRESS _____
NUMBER                    STREET

_____

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ _____

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

---

# Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

## The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-5601
Fax: (830) 772-4933
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|-----------|-----------------|
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
|           |                 |
| TOTAL     |                 |

This form is designed to help you balance your statement

# INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUBS OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN IN STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as closely as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

**Lytle State Bank**

Acct # 30317                    B and E Trucking Co                    Pg 8 of 21



30317 1/5/2017   $2,624.36

30317 1/9/2017   $772.50

30317 1/9/2017   $55,417.31

30317 1/17/2017   $17,919.59

30317 1/17/2017   $47,855.20

30317 1/17/2017   $1,350.00

30317 1/23/2017   $32,350.36

30317 1/23/2017   $19,379.49

30317 1/25/2017   $10,977.93

30317 1/30/2017   $22,933.67

30317 1/30/2017   $10,986.25

30317 1/30/2017   $20,421.44

30317 1/31/2017   $4,144.85

30317 1/4/2017   $1,750.00

30317 1/9/2017   $8,000.00

30317 1/9/2017   $3,960.50

30317 1/9/2017   $850.00

30317 1/9/2017   $2,944.00



**Lytle State Bank**

Acct # 30317                    B and E Trucking Co                    Pg 10 of 21



30317 1/10/2017  3741  $102.69     30317 1/18/2017  3742  $455.00     30317 1/19/2017  3743  $800.00

30317 1/17/2017  3744  $400.00     30317 1/10/2017  3748  $1,190.00   30317 1/3/2017  3750  $490.52

30317 1/3/2017  3754  $383.93      30317 1/3/2017  3755  $485.22      30317 1/3/2017  3757  $221.90

30317 1/3/2017  3759  $202.65      30317 1/4/2017  3761  $405.28      30317 1/3/2017  3765  $454.31

30317 1/3/2017  3766  $123.86      30317 1/3/2017  3767  $474.29      30317 1/3/2017  3769  $521.19

30317 1/3/2017  3770  $453.78      30317 1/4/2017  3771  $626.11      30317 1/3/2017  3772  $377.86



30317 1/4/2017   3773   $337.18
30317 1/4/2017   3774   $160.00
30317 1/3/2017   3776   $321.49
30317 1/9/2017   3777   $1,500.00
30317 1/4/2017   3778   $464.98
30317 1/4/2017   3779   $600.00
30317 1/4/2017   3780   $2,500.00
30317 1/5/2017   3781   $1,500.00
30317 1/5/2017   3782   $625.00
30317 1/5/2017   3783   $500.00
30317 1/6/2017   3784   $3,000.00
30317 1/6/2017   3785   $600.00
30317 1/6/2017   3786   $1,000.00
30317 1/9/2017   3787   $306.85
30317 1/9/2017   3788   $515.56
30317 1/9/2017   3789   $375.56
30317 1/9/2017   3790   $614.12
30317 1/10/2017   3791   $506.84



30317 1/9/2017    3792    $674.67        30317 1/10/2017   3793   $505.60       30317 1/9/2017    3794   $573.84

30317 1/10/2017   3795    $256.01        30317 1/9/2017    3796   $537.12        30317 1/9/2017    3797   $266.78

30317 1/9/2017    3799    $393.76        30317 1/6/2017    3800   $430.00        30317 1/9/2017    3804   $800.00

30317 1/10/2017   3805    $776.16        30317 1/9/2017    3807   $1,326.78      30317 1/9/2017    3808   $2,000.00

30317 1/9/2017    3809    $3,000.00      30317 1/9/2017    3810   $962.30        30317 1/9/2017    3811   $650.00

30317 1/9/2017    3812    $525.56        30317 1/9/2017    3813   $188.80        30317 1/9/2017    3814   $351.23

02000682



30317 1/11/2017   3815   $142.50          30317 1/9/2017   3816   $2,697.22          30317 1/9/2017   3817   $1,100.00

30317 1/9/2017   3818   $10,134.82        30317 1/9/2017   3819   $625.00            30317 1/9/2017   3820   $700.00

30317 1/9/2017   3821   $10,764.10        30317 1/11/2017   3822   $1,000.00         30317 1/11/2017   3823   $3,000.00

30317 1/9/2017   3824   $2,966.51         30317 1/9/2017   3825   $700.00            30317 1/10/2017   3828   $3,122.50

30317 1/13/2017   3830   $1,000.00        30317 1/13/2017   3831   $600.00           30317 1/12/2017   3834   $209.75

30317 1/17/2017   3835   $1,500.00        30317 1/30/2017   3837   $1,500.00         30317 1/25/2017   3838   $1,200.00

**Lytle State Bank**

Acct # 30317                    B and E Trucking Co                    Pg 14 of 21



30317 1/13/2017   3839   $2,000.00          30317 1/17/2017   3840   $470.36          30317 1/13/2017   3841   $1,400.00

30317 1/19/2017   3843   $160.00            30317 1/17/2017   3844   $2,000.00        30317 1/17/2017   3846   $1,947.59

30317 1/18/2017   3848   $581.10            30317 1/17/2017   3849   $209.84          30317 1/17/2017   3850   $589.68

30317 1/18/2017   3851   $657.81            30317 1/17/2017   3852   $469.91          30317 1/18/2017   3854   $758.13

30317 1/17/2017   3855   $699.44            30317 1/18/2017   3856   $234.02          30317 1/17/2017   3857   $236.25

30317 1/17/2017   3858   $398.19            30317 1/17/2017   3859   $507.40          30317 1/17/2017   3860   $609.00

Lytle State Bank

Acct # 30317                     B and E Trucking Co                      Pg 15 of 21



30317 1/17/2017  3861  $1,995.04

30317 1/17/2017  3863  $15,772.59

30317 1/17/2017  3864  $2,500.00

30317 1/17/2017  3865  $800.00

30317 1/17/2017  3866  $479.56

30317 1/18/2017  3867  $432.45

30317 1/17/2017  3868  $481.85

30317 1/17/2017  3869  $650.00

30317 1/18/2017  3870  $731.34

30317 1/18/2017  3871  $108.75

30317 1/18/2017  3872  $2,500.00

30317 1/30/2017  3873  $4,072.80

30317 1/24/2017  3874  $809.17

30317 1/23/2017  3875  $613.50

30317 1/20/2017  3877  $266.21

30317 1/17/2017  3879  $701.55

30317 1/17/2017  3880  $1,462.49

30317 1/17/2017  3881  $925.41

02000685

**Lytle State Bank**

Acct # 30317                     B and E Trucking Co                     Pg 16 of 21



**Lytle State Bank**

Acct # 30317                     B and E Trucking Co                     Pg 17 of 21



30317 1/20/2017   3902   $1,000.00    30317 1/20/2017   3903   $375.92    30317 1/25/2017   3904   $1,200.00

30317 1/23/2017   3905   $1,510.00    30317 1/23/2017   3906   $3,222.58    30317 1/20/2017   3907   $1,000.00

30317 1/20/2017   3909   $600.00    30317 1/23/2017   3911   $327.83    30317 1/24/2017   3912   $694.74

30317 1/23/2017   3913   $600.00    30317 1/24/2017   3914   $946.93    30317 1/23/2017   3915   $632.74

30317 1/24/2017   3916   $740.14    30317 1/25/2017   3917   $103.50    30317 1/24/2017   3918   $1,082.62

30317 1/23/2017   3919   $608.15    30317 1/23/2017   3920   $572.35    30317 1/23/2017   3921   $127.50

Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 18 of 21



30317 1/23/2017   3922   $489.40

30317 1/20/2017   3923   $235.00

30317 1/23/2017   3924   $408.44

30317 1/23/2017   3925   $2,500.00

30317 1/23/2017   3926   $850.00

30317 1/23/2017   3927   $13,342.41

30317 1/23/2017   3928   $1,428.71

30317 1/23/2017   3929   $2,120.00

30317 1/23/2017   3931   $800.00

30317 1/26/2017   3933   $2,500.00

30317 1/23/2017   3934   $391.38

30317 1/23/2017   3935   $3,400.00

30317 1/23/2017   3936   $1,810.66

30317 1/23/2017   3937   $587.50

30317 1/26/2017   3938   $3,522.50

30317 1/23/2017   3940   $613.80

30317 1/23/2017   3941   $862.50

30317 1/23/2017   3942   $665.00

**Lytle State Bank**



30317 1/23/2017  3943  $1,850.85       30317 1/26/2017  3944  $2,055.39       30317 1/24/2017  3945  $2,740.63

30317 1/24/2017  3946  $1,578.31       30317 1/23/2017  3947  $1,499.37       30317 1/31/2017  3948  $1,000.00

30317 1/26/2017  3949  $2,857.86       30317 1/25/2017  3950  $2,000.00       30317 1/26/2017  3951  $179.50

30317 1/30/2017  3953  $1,343.71       30317 1/31/2017  3955  $970.13        30317 1/26/2017  3956  $2,950.00

30317 1/27/2017  3957  $1,243.06       30317 1/27/2017  3958  $814.22        30317 1/26/2017  3960  $1,100.00

30317 1/26/2017  3961  $800.00         30317 1/30/2017  3962  $3,000.00      30317 1/26/2017  3963  $800.00

# Lytle State Bank

Acct # 30317                          B and E Trucking Co                          Pg 20 of 21



| | | |
|---|---|---|
| 30317 1/30/2017  3964  $3,635.11 | 30317 1/31/2017  3965  $1,852.00 | 30317 1/30/2017  3966  $3,515.22 |
| 30317 1/31/2017  3967  $2,875.83 | 30317 1/30/2017  3968  $700.00 | 30317 1/31/2017  3969  $1,550.00 |
| 30317 1/31/2017  3970  $500.00 | 30317 1/30/2017  3972  $2,500.00 | 30317 1/30/2017  3973  $174.83 |
| 30317 1/31/2017  3974  $435.30 | 30317 1/31/2017  3975  $504.60 | 30317 1/30/2017  3976  $544.20 |
| 30317 1/31/2017  3977  $408.13 | 30317 1/30/2017  3978  $404.11 | 30317 1/31/2017  3979  $497.57 |
| 30317 1/30/2017  3980  $508.66 | 30317 1/31/2017  3981  $846.90 | 30317 1/30/2017  3982  $579.64 |





30317 1/5/2017    $2624.36
5101000170 TC 151

193701469 1/5/2017    1147 $700.00
5101000180 TC 0

78046171 1/5/2017    17927 $1549.36
5101000190 TC 0

750027588 1/5/2017    1974 $375.00
5101000200 TC 0



30317 1/9/2017        $772.50
5303024000 TC 151

1166859 1/9/2017    14454 $772.50
5303024010 TC 0



30317 1/9/2017        $55417.31
5102003670 TC 151



131148 1/9/2017   359424 $9095.50
5102003680 TC 0



3359877092 1/9/2017   314789 $23312.50
5102003690 TC 0



10466948 1/9/2017   17913 $22689.31
5102003700 TC 0



10029890 1/9/2017   61215 $320.00
5102003710 TC 0

02000694



30317 1/17/2017        $17919.59
5103004430 TC 151

204297 1/17/2017     4975 $17919.59
5103004440  TC 0



30317 1/17/2017  $47855.20
5101001830 TC 151



131148 1/17/2017   359502 $28175.46
5101001840 TC 0



10466948 1/17/2017   17927 $19679.74
5101001850 TC 0



30317 1/17/2017          $1350.00
5302026270 TC 151

866235232 1/17/2017          8049 $1350.00
5302026280 TC 0

02000697



30317 1/23/2017      $32350.36
5105012390 TC 151

10148628 1/23/2017      1865 $531.43
5105012400 TC 0

10148628 1/23/2017      1872 $1439.79
5105012410 TC 0

1166859 1/23/2017      14575 $3230.00
5105012420 TC 0

10466948 1/23/2017      18003 $24344.14
5105012430 TC 0

1166859 1/23/2017      14574 $2805.00
5105012440 TC 0

02000698





30317 1/23/2017         $19379.49
5201014190 TC 151

1166859 1/23/2017    14545 $220.00
5201014200 TC 0



131148 1/23/2017    359540 $19159.49
5201014210 TC 0

02000699





30317 1/25/2017    $10977.93
5101000170 TC 151

32965 1/25/2017    3075 $7165.43
5101000180 TC 0



3359877092 1/25/2017    315188 $3812.50
5101000190 TC 0

02000700





30317 1/30/2017    $22933.67
5101002740 TC 151

10148628 1/30/2017    1877 $1900.51
5101002750 TC 0



10466948 1/30/2017    18017 $21033.16
5101002760 TC 0



30317 1/30/2017    $10986.25
5101002810 TC 151



1166859 1/30/2017    14607 $3272.50
5101002820 TC 0

1166859 1/30/2017    14608 $7713.75
5101002830 TC 0

02000702





30317 1/30/2017 $20421.44
5202016400 TC 151

131148 1/30/2017 359604 $20421.44
5202016410 TC 0

02000703



30317 1/31/2017          $4144.85
5302014870 TC 151

2240015665 1/31/2017 17350642 $4144.85
5302014880 TC 0

**CHECKING/SAVINGS DEPOSIT**   **LYTLE STATE BANK**
LYTLE, TX 78052

CURRENCY ▶

DATE _1-4-17_

CUSTOMER NAME: _B3K Hauling LLC_

CUSTOMER SIGNATURE: _____

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.
SUBJECT TO RULES GOVERNING ACCOUNTS

SUB TOTAL ▶

LESS CASH ▶
RECEIVED

175.0 00

ACCOUNT NUMBER        TRAN CODE

✱ 31445        ✱        $        175.0.00

⑈050080000⑈

31445 1/4/2017      $1750.00
5202006840 TC 151

---

**CHECKING/SAVINGS WITHDRAWAL**   **LYTLE STATE BANK**
LYTLE, TX 78052

DATE _1-4-17_

CUSTOMER NAME: _B and E Trucking_

PREPARED BY: _AP_        APPROVED BY: _____

CUSTOMER SIGNATURE: _per Rebecca Trip To Amanda_

ACCOUNT NUMBER        TRAN CODE        AMOUNT

✱ 30317        ✱        $        175.0.00

⑈050081111⑈

30317 1/4/2017      $1750.00
5202006850 TC 100

02000705

**CHECKING/SAVINGS DEPOSIT**   LYTLE STATE BANK
LYTLE, TX 78052

CURRENCY ▶

DATE 1-6-17

CUSTOMER NAME: B & E Trucking

CUSTOMER SIGNATURE:

COIN ▶
Xfer   8,000.00

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
SUBJECT TO RULES GOVERNING ACCOUNTS

SUB TOTAL ▶

LESS CASH RECEIVED ▶

ACCOUNT NUMBER     TRAN CODE

*31097     *     $   8,000.00

⑈050080000⑈

31097 1/9/2017     $8000.00
5103006300 TC 151

**CHECKING/SAVINGS WITHDRAWAL**   LYTLE STATE BANK
LYTLE, TX 78052

DATE 1-6-17     Xfer

CUSTOMER NAME: B & E Trucking

PREPARED BY: BH     APPROVED BY: _____

CUSTOMER SIGNATURE:

ACCOUNT NUMBER     TRAN CODE     AMOUNT

*030317     *     $   8,000.00

⑈050081111⑈

30317 1/9/2017     $8000.00
5103006310 TC 100

02000706

005011

BANK COPY

**Lytle State Bank**
LYTLE, TEXAS 78052
Member FDIC

PREPARED BY
REMITTER    B & E Trucking                    Jan 6, 2017       88-1151/1140

MEMO  Replacement check

PAYABLE TO
Hope Seguin                                   $3,957.50

DRAWN TO
THE ORDER OF    Three Thousand Nine Hundred Fifty Seven and 50/100**********  **NOT-NEGOTIABLE**

NOTICE TO CUSTOMERS
THE PURCHASE OF AN INDEMNITY BOND WILL
BE REQUIRED BEFORE ANY OFFICIAL CHECK OF    **CASHIER'S CHECK**
THIS BANK WILL BE REPLACED OR REFUNDED IN
THE EVENT IT IS LOST, MISPLACED OR STOLEN.

⑂005011⑂ ⑆114911519⑆   788 030⑆

788030 1/9/2017    5011 $3957.50
5103006400 TC 251



**General Ledger Credit**        LYTLE STATE BANK
                                 LYTLE, TX 78052        Department Code    Description Field

Account  Exchange         Date  1-6-17              *
DESCRIPTION                                              * 461004
                                                                Account Number

CC#5011                          $            300

Approved by        Entered by  BH      01/06/2017        5:14 PM
                                       Drw  1 Tlr  6 Seq#  41
                                       Account 461004
                                       Fees
                                                    3.00
⑆5009⑆0000⑆                         *Processed Next Business Day*

461004 1/9/2017       $3.00
5103006410 TC 650

**CHECKING / SAVINGS WITHDRAWAL**    LYTLE STATE BANK
                                     LYTLE, TX 78052

DATE  01/6/2017
CUSTOMER NAME:  B&E Trucking
PREPARED BY: _____  APPROVED BY: _____      Hope Seguin
CUSTOMER SIGNATURE: _____

ACCOUNT NUMBER        TRAN CODE              AMOUNT
*  03037        *              $  3960.50

                                   Country Boy TK.

⑆5008111⑆

30317 1/9/2017       $3960.50
5103006420 TC 100

02000707

Curis 1000, Inc.

# CASH OUT $  850.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 6

01/09/2017                    3:35 PM
Br#   1 Tlr   6 Seq#   137
Account 30317
Cash Out

                                 850.00

⑆50 10 0000⑆     10 1086⑈     8 56

101086 1/9/2017     $850.00
5304025260 TC 856

---

**CHECKING / SAVINGS WITHDRAWAL**     **LYTLE STATE BANK**
                                           LYTLE, TX 78052

DATE 01-09-2017
CUSTOMER NAME: B.E. McClure
PREPARED BY:
APPROVED BY:
CUSTOMER SIGNATURE: R. Hall

✱ ACCOUNT NUMBER        TRAN CODE        AMOUNT

✱   030317    ✱        $   800   850.00

⑆5008 1 1 1⑈

30317 1/9/2017     $850.00
5304025270 TC 100

02000708

Curtis 1000, Inc

# CASH OUT $   2944.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 6

01/06/2017                    5:18 PM
Br# 1 Tlr 6 Seq# 42
Account 30317
Cash Out

2,944.00

⑆50 10⑈0000⑈    10 1086⑈ *Processed Next Business Day*
856

101086 1/9/2017      $2944.00
5103006380 TC 856

---

**CHECKING/SAVINGS WITHDRAWAL**      **LYTLE STATE BANK**
LYTLE, TX 78052

CASH

DATE  01/6/2017

CUSTOMER NAME: B. E McClung.

PREPARED BY: _____   APPROVED BY: _____

CUSTOMER SIGNATURE: R. Hall

ACCOUNT NUMBER        TRAN CODE              AMOUNT

✳   03037   ✳              $  2944.—

⑆50081111⑈

30317 1/9/2017      $2944.00
5103006390 TC 100

02000709

---

**LOAN CREDIT TRANSACTIONS**              **LYTLE STATE BANK**
                                          LYTLE, TX 78052

DATE 1-9-17

CUSTOMER NAME: Bill Hall

PREPARED BY: _____ Cu _____ APPROVED BY: _____

557 Regular Payment      563 A&N Rebate
553 Principal Payment    564 C/L Rebate
555 Interest Payment     565 CI Rebate
597 Auto Closing Payment 578 Extension Fee Payment
554 Prin Payment - No Date
656 Int Payment - No Date
561 Late Charge Payment

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| * 26781816 | *554 | $ 10000.00 |

⑈500 5⑈0000⑈

26781816  1/10/2017      $10000.00
5102002800 TC 554

---

**CHECKING/SAVINGS WITHDRAWAL**           **LYTLE STATE BANK**
                                          LYTLE, TX 78052

DATE 1-9-17

CUSTOMER NAME: B + E Trucking (Rebecca)

PREPARED BY: _____ Cu _____ APPROVED BY: _____

CUSTOMER SIGNATURE: R. Hall

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| * 31097 | * | $ 6500.00 |

⑈0 5008 111⑈

31097  1/10/2017      $6500.00
5102002810 TC 100

---

**CHECKING/SAVINGS WITHDRAWAL**           **LYTLE STATE BANK**
                                          LYTLE, TX 78052

DATE 1-9-17

CUSTOMER NAME: B + E Trucking

PREPARED BY: _____ Cu _____ APPROVED BY: _____

CUSTOMER SIGNATURE: R. Hall

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| * 30317 | * | $ 3500.00 |

⑈0 5008 111⑈

30317  1/10/2017      $3500.00
5102002820 TC 100

005041

BANK COPY

**Lytle State Bank**
LYTLE, TEXAS 78052

PREPARED BY

REMITTER     B AND E TRUCKING

MEMO PARTIAL PYMT RTN CHECK          Jan 17, 2017     88-1151/1149

PAYABLE TO

HENRY LOPEZ                                    $2,000.00

DRAWN TO
THE ORDER OF     Two Thousand and 00/100************************************NOT-NEGOTIABLE

NOTICE TO CUSTOMERS
THE PURCHASE OF AN INDEMNITY BOND WILL
BE REQUIRED BEFORE ANY OFFICIAL CHECK OF     **CASHIER'S CHECK**
THIS BANK WILL BE REPLACED OR REFUNDED IN
THE EVENT IT IS LOST, MISPLACED OR STOLEN.

⑈005041⑈ ⑆114911519⑆     788 030⑈

788030 1/17/2017   5041 $2000.00
5302026250 TC 251

---

**CHECKING/SAVINGS WITHDRAWAL**          **LYTLE STATE BANK**
LYTLE, TX 78052

DATE _____ 1 - 17 - 17 _____          CC# 5041

CUSTOMER NAME: _____ B + E Trucking _____          Henry Lopez

PREPARED BY: _____  APPROVED BY: _____

CUSTOMER SIGNATURE: _____

ACCOUNT NUMBER          TRAN CODE                    AMOUNT

✳ 30317          ✳               $     2000.00

⑆0 5008 111⑆

30317 1/17/2017          $2000.00
5302026260 TC 100

02000711

Curta 1000, Inc.

# CASH OUT $   967.00
**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 6

01/13/2017                    5:55 PM
Br#   1 Tlr   6 Seq#   43
Account 30317
Cash Out

967.00

⑆50 10⑈0000⑈   10 1086⑈  ⁑Processed Next Business Day⁑   856

101086 1/17/2017      $967.00
5104006530 TC 856

---

**CHECKING / SAVINGS WITHDRAWAL**      **LYTLE STATE BANK**
                                        LYTLE, TX 78052

DATE  01-13-2017

CUSTOMER NAME:  B+E McClung

PREPARED BY: _____   APPROVED BY: _____

CUSTOMER SIGNATURE:  P. Hall

ACCOUNT NUMBER          TRAN CODE                    AMOUNT

✳    P30317     ✳                  $   967 .00

                                    Homer Martinez

⑆50008111⑈

30317 1/17/2017      $967.00
5104006540 TC 100

02000712

Curts 1000, Inc.

# CASH OUT $    2,800.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 6

01/13/2017                    5:57 PM
Br#    1 Tlr    6 Seq#    44
Account 30317
Cash Out        -

                                   2,800.00

⑀50 10⑈0000⑆    10 1086⑈ *Processed Next Business Day*
                                   856

101086 1/17/2017      $2800.00
5104006510 TC 856

---

**CHECKING/SAVINGS WITHDRAWAL**        **LYTLE STATE BANK**
                                       LYTLE, TX 78052

DATE 01-13-2017

CUSTOMER NAME: Bob McClung

PREPARED BY: _____  APPROVED BY: _____

CUSTOMER SIGNATURE: R. Hall

ACCOUNT NUMBER        TRAN CODE                    AMOUNT

✳   0303n        ✳              $   2800.—

⑀05008 1111⑆

30317 1/17/2017      $2800.00
5104006520 TC 100

02000713

Curts 1000, Inc

# CASH OUT $        *90 000*

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO.  3

01/23/2017                    11:18 AM
Br#    1 Tlr    3 SeqH    81
Account 30317
Cash Out

900.00

⑆5010⑈0000⑆    101083⑈        853

---

101083 1/23/2017        $900.00
5201014170 TC 853

---

**CHECKING / SAVINGS WITHDRAWAL**        **LYTLE STATE BANK**
                                          LYTLE, TX 78052

DATE  *01-23-2017*

CUSTOMER NAME:  *B & E Trucking*

PREPARED BY: _____    APPROVED BY: _____

CUSTOMER SIGNATURE:  *R. Hall*

ACCOUNT NUMBER          TRAN CODE                            AMOUNT

✳     *030317*     ✳                    $     *900.—*

⑆5008⑈1111⑆

---

30317 1/23/2017        $900.00
5201014180 TC 100

02000714

Curtis 1000, Inc

# CASH OUT $ 250000

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 8

01/20/2017                  5:17 PM
Br# 1 Tlr   8 Seq#   2
Account 30317
Cash Out

2,500.00

⑆5010⑈0000⑈   101088⑆   #Processed Next Business Day#
858

101088 1/23/2017     $2500.00
5102004600 TC 858

---

**CHECKING/SAVINGS WITHDRAWAL**     **LYTLE STATE BANK**
LYTLE, TX 78052

DATE _1-20-17_

CUSTOMER NAME: _B + E Trucking_

PREPARED BY: _DP_          APPROVED BY: _____

CUSTOMER SIGNATURE: _per phone w/ Becky 8wk_
_To Jackie_

ACCOUNT NUMBER          TRAN CODE                    AMOUNT

✳ 30317              ✳              $     2500.00

⑆050081111⑈

30317 1/23/2017     $2500.00
5102004610 TC 100

02000715



005059

BANK COPY

**Lytle State Bank**
LYTLE, TEXAS 78052
Member FDIC

PREPARED BY

REMITTER    B & E TRUCKING                                Jan 23, 2017        88-115/1149

MEMO

PAYABLE TO    RUSH TRUCK CENTER                              $3,600.00

DRAWN TO THE ORDER OF    Three Thousand Six Hundred and 00/100 ••••••••••••••••••••••••• **NOT-NEGOTIABLE**

NOTICE TO CUSTOMERS
THE PURCHASE OF AN INDEMNITY BOND WILL
BE REQUIRED BEFORE ANY OFFICIAL CHECK OF
THIS BANK WILL BE REPLACED OR REFUNDED IN
THE EVENT IT IS LOST, MISPLACED OR STOLEN.

**CASHIER'S CHECK**

⑈005059⑈ ⑆114911519⑈    788 030⑈

788030 1/23/2017    5059 $3600.00
5201014130 TC 251



**General Ledger Credit**        LYTLE STATE BANK
LYTLE, TX 78052

Department Code    Description Field

Account    *Exchange*        Date  1/23/17

DESCRIPTION

*CC # 5059*

Account Number

* 461004

$        300

01/23/2017        11:22 AM
Br#    1 Tlr    3 Seq#    82
Account 461004
Fees

Approved by        Entered by *R Lopez*        3.00

⑆5009⑈0000⑈

461004 1/23/2017    $3.00
5201014140 TC 650



Curos 1000, Inc.

# CASH IN        $        300

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

# TELLER NO. 3        01/23/2017        11:22 AM
Br#    1 Tlr    3 Seq#    82

Cash In

3.00

⑆5010⑈1111⑈    101083⑈    803

101083 1/23/2017    $3.00
5201014150 TC 803

02000716

**CHECKING/SAVINGS WITHDRAWAL**

**LYTLE STATE BANK**
LYTLE, TX 78052

*cc #5059*

DATE _1/23/17_

CUSTOMER NAME: _B & E Trucking_

PREPARED BY: _RL_     APPROVED BY: _____

CUSTOMER SIGNATURE: _____

| ACCOUNT NUMBER | TRAN CODE | | AMOUNT |
|---|---|---|---|
| ✳ 030317 | ✳ | $ | 3600.00 |

⑆050081111⑆

30317 1/23/2017     $3600.00
5201014160 TC 100

02000717

**LOAN CREDIT TRANSACTIONS**

**LYTLE STATE BANK**
LYTLE, TX 78052

DATE _1-23-17_

CUSTOMER NAME: _Ernit Hall_

PREPARED BY: _DP_          APPROVED BY: ____

| | |
|---|---|
| 557 Regular Payment | 563 A&N Rebate |
| 553 Principal Payment | 564 C/L Rebate |
| 555 Interest Payment | 565 CI Rebate |
| 597 Auto Closing Payment | 576 Extension Fee Payment |
| 554 Prin Payment - No Date | |
| 556 Int Payment - No Date | |
| 561 Late Charge Payment | |

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| *26813003 | *557 | $ 988.79 |

⑆5005⑈0000⑆

26813003 1/23/2017    $988.79
5301018310 TC 557

---

**LOAN CREDIT TRANSACTIONS**

**LYTLE STATE BANK**
LYTLE, TX 78052

DATE _1-23-17_

CUSTOMER NAME: _Ernit Hall_

PREPARED BY: _DP_          APPROVED BY: ____

| | |
|---|---|
| 557 Regular Payment | 563 A&N Rebate |
| 553 Principal Payment | 564 C/L Rebate |
| 555 Interest Payment | 565 CI Rebate |
| 597 Auto Closing Payment | 576 Extension Fee Payment |
| 554 Prin Payment - No Date | |
| 556 Int Payment - No Date | |
| 561 Late Charge Payment | |

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| *26813003 | *561 | $ 49.14 |

⑆5005⑈0001⑆

26813003 1/23/2017    $49.14
5301018320 TC 561

---

**CHECKING / SAVINGS WITHDRAWAL**

**LYTLE STATE BANK**
LYTLE, TX 78052

DATE _1-23-17_

CUSTOMER NAME: _B + E Trucking Co_

PREPARED BY: _DP_          APPROVED BY: ____

CUSTOMER SIGNATURE: _E. Hall_

L# 26813003
$ 988.49
Late Charge
$ 49.44

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
|---|---|---|
| *30317 | * | $ 1037.93 |

⑆050081111⑆

30317 1/23/2017    $1037.93
5301018330 TC 100

---

02000718

Curta 1000, Inc.

# CASH OUT $    1900.00

**LYTLE STATE BANK**
LYTLE, TX 78052
MEMBER FDIC

## TELLER NO. 6

01/27/2017                     5:03 PM
Brü    1 Tlr    6 Seq#    26
Account 30317
Cash Out

1,900.00

�semicolon50 10�semicolon0000�semicolon    10 1086�)"  *Processed Next Business Day*
856

101086 1/30/2017    $1900.00
5101002530 TC 856

---

**CHECKING / SAVINGS WITHDRAWAL**        **LYTLE STATE BANK**
LYTLE, TX 78052

DATE  1-27-17

CUSTOMER NAME:  B + E Trucking

PREPARED BY:  DP        APPROVED BY:

CUSTOMER SIGNATURE:  per phone w/ Becky give
                              To Jackie

ACCOUNT NUMBER        TRAN CODE                    AMOUNT

✳ 30317        ✳            $    1900.00

①5008 1111①

30317 1/30/2017    $1900.00
5101002540 TC 100

02000719

**LOAN CREDIT TRANSACTIONS**   LYTLE STATE BANK
LYTLE, TX 78052

DATE _____ 1-27-17 _____

CUSTOMER NAME: Bill Hall

PREPARED BY: _____ APPROVED BY: Jan

| 557 Regular Payment | 563 A&N Rebate |
| 553 Principal Payment | 564 C/L Rebate |
| 555 Interest Payment | 565 OI Rebate |
| 554 Auto Closing Payment | 576 Extension Fee Payment |
| 507 Prin Payment - No Date | |
| 658 Int Payment - No Date | |
| 661 Late Charge Payment | |

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
| ✱ 26781814 | ✱ 557 | $ 2171.13 |

⑆500 5⑈0000⑆

26781814 1/30/2017    $2171.13
5101002060 TC 557

---

**LOAN CREDIT TRANSACTIONS**   LYTLE STATE BANK
LYTLE, TX 78052

DATE _____ 1-27-17 _____

CUSTOMER NAME: Bill Hall

PREPARED BY: _____ APPROVED BY: Bec

| 557 Regular Payment | 563 A&N Rebate |
| 553 Principal Payment | 564 C/L Rebate |
| 555 Interest Payment | 565 OI Rebate |
| 507 Auto Closing Payment | 576 Extension Fee Payment |
| 554 Prin Payment - No Date | |
| 556 Int Payment - No Date | |
| 661 Late Charge Payment | |

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
| ✱ 26781813 | ✱ 557 | $ 1038.81 |

⑆500 5⑈0000⑆

26781813 1/30/2017    $1038.81
5101002070 TC 557

---

**CHECKING/SAVINGS WITHDRAWAL**   LYTLE STATE BANK
LYTLE, TX 78052

DATE 1-27-17

CUSTOMER NAME: Becky Hall

PREPARED BY: _____ APPROVED BY: _____

CUSTOMER SIGNATURE: PPC to loans 13+14

| ACCOUNT NUMBER | TRAN CODE | AMOUNT |
| ✱ 030317 | ✱ | $ 320994 |

⑈0 500 8 1 1 1⑈

30317 1/30/2017    $3209.94
5101002080 TC 100

247



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78852-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC



| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |
| |

Feb 28, 2017

B and E Trucking Co
Bill Trevino Hall
7014 Butterfield
San Antonio TX 78227

Pg   1 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
          !!!! HELP PROTECT YOUR ACCOUNT AGAINST FRAUD - 24/7 !!!!

 Sign up now for Internet Banking, Mobiliti, and Shazam Bolt$. Enrollment in
 these products will allow you to pick alerts you want to receive for
 certain transaction types and amounts as well as balance alerts. Alerts can
 be received by email, text messaging, or both.
 Protect yourself .... sign up today!!
 ***************************************************************************
```

COMMERCIAL CHK

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 02/01/2017 | Beginning Balance | | 9,531.66 |
| | 27 Deposits/Other Credits | + | 361,511.47 |
| | 293 Checks/Other Debits | - | 369,600.61 |
| 02/28/2017 | Ending Balance   28 Days in Statement Period | | 1,442.52 |

```
--------------------------------------------------------------------------
```

```
-------------------------- Deposits/Other Credits --------------------------
```

| DATE | DESCRIPTION | REFERENCE | AMOUNT |
| --- | --- | --- | --- |
| 02/01/2017 | Deposit | | 2,002.32 |
| 02/03/2017 | ACH Deposit | | 15,473.10 |
| | Texas Sterling   REIM020317 | | |
| 02/03/2017 | ACH Deposit | CAPITOL AGGREGAT PAYMENT | 17,012.32 |
| 02/06/2017 | Deposit | | 8,457.00 |
| 02/06/2017 | Deposit | | 54,343.25 |
| 02/08/2017 | Deposit | | 2,220.36 |
| 02/13/2017 | Deposit | | 5,870.00 |
| 02/13/2017 | Deposit | | 37,210.55 |
| 02/13/2017 | ACH Deposit | | 582.25 |
| | THE LANE CONSTRU AP_EXPENSE | | |
| 02/13/2017 | ACH Deposit | | 17,265.01 |
| | Texas Sterling   REIM021017 | | |
| 02/14/2017 | Deposit | | 10,828.60 |
| 02/14/2017 | ACH Deposit | CAPITOL AGGREGAT PAYMENT | 1,968.28 |
| 02/15/2017 | Deposit | | 1,846.66 |
| 02/17/2017 | ACH Deposit | CAPITOL AGGREGAT PAYMENT | 10,224.74 |
| 02/21/2017 | Deposit | | 974.00 |
| 02/21/2017 | Deposit | | 21,914.29 |
| 02/21/2017 | Deposit | | 41,435.66 |
| 02/21/2017 | ACH Deposit | | 15,166.41 |
| | Texas Sterling   REIM021717 | | |
| 02/22/2017 | Deposit | | 3,724.86 |
| 02/24/2017 | ACH Deposit | | 8,600.26 |
| | THE LANE CONSTRU AP_EXPENSE | | |
| 02/24/2017 | ACH Deposit | CAPITOL AGGREGAT PAYMENT | 13,252.63 |
| 02/24/2017 | ACH Deposit | | 13,952.48 |
| | Texas Sterling   REIM022417 | | |
| 02/27/2017 | Deposit | | 153.02 |
| 02/27/2017 | Deposit | | 9,482.50 |
| 02/27/2017 | Deposit | | 9,615.00 |
| 02/27/2017 | Deposit | | 32,876.68 |
| 02/28/2017 | Deposit | | 5,059.24 |

**CHANGE OF ADDRESS (Please Type or Print)**

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

NAME (AS ACCOUNT 1: STYLED) _____

OLD ADDRESS _____
NUMBER          STREET

_____
CITY        STATE        ZIP

NEW ADDRESS _____
NUMBER          STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

- CHECKING ACCOUNT NO. _____
- CERTIFICATES NO. _____
- SAVINGS ACCOUNT NO. _____
- TIME DEPOSIT NO. _____
- INSTALLMENT LOAN
- COMMERCIAL LOAN
- MY PAYCHECK IS SENT DIRECTLY TO THE BANK

---- PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ----

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic  transfers, call or write us at the telephone number or   address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you  need more information about a transfer listed on the statement or receipt.

We must hear from you no later than **60 days** after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved   a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or    question. If we decide to do this, we will credit your     account within 10 business days (20 business days if the transfer involved a new account) for the amount you    think is in error, so that you will have the use of the money during the time it takes us to complete our       investigation. If we ask you to put your complaint or   question in writing and we do not receive it within 10  business days, we may not credit your account. Your   account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS (CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT) OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

*This form is designed to help you balance your statement*

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT:   ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE   A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. You must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1   Tell us your name and account number.

2   Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

3   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction. If we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error.  This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC



| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Feb 28, 2017

Pg    2 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

```
------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check    Date        Amount         Check    Date          Amount
-----------------------------------    -----------------------------------
    1347    02/03      4,306.08          2059    02/06       16,154.40
   2005*    02/06        962.00          2060    02/06          889.50
    2006    02/01      2,000.00          2061    02/06          540.00
    2007    02/01      1,144.27          2062    02/06        1,653.04
    2008    02/03      2,000.00          2063    02/06        1,830.00
    2009    02/08      1,550.00          2064    02/07          550.00
    2010    02/07        800.00          2065    02/06        1,000.00
    2011    02/13        150.00          2066    02/06        2,100.00
    2012    02/07        400.00          2067    02/07          600.00
    2013    02/02        700.00          2068    02/06          800.00
   2015*    02/08        650.00          2069    02/06        2,470.70
    2016    02/08        200.00          2070    02/13        2,000.00
    2017    02/02      3,385.00          2071    02/07        1,000.00
    2018    02/07        416.19          2072    02/08        2,000.00
    2019    02/07        391.60          2073    02/07          500.00
   2021*    02/03      2,200.00          2074    02/13        1,995.04
    2022    02/01        830.00          2075    02/21        1,728.63
   2026*    02/06        344.89         2077*    02/14           80.00
    2027    02/06        685.88         2079*    02/16          617.03
   2030*    02/06      1,080.37          2080    02/13          850.00
    2031    02/07        601.47          2081    02/15          152.63
    2032    02/06        810.50         2084*    02/22          103.55
    2033    02/06        676.11          2085    02/08        1,500.00
    2034    02/06        640.80          2086    02/08        7,062.38
    2035    02/06        538.18          2087    02/09        2,000.00
    2036    02/06        848.33          2088    02/08        3,240.00
    2037    02/07        928.61          2089    02/08        1,607.00
    2038    02/06        270.00          2090    02/10        1,000.00
    2039    02/06        497.50          2091    02/10          600.00
    2040    02/03        141.00         2093*    02/13        1,890.00
    2041    02/14        337.50          2094    02/09        2,120.00
    2042    02/06      1,215.00         2096*    02/24          697.25
    2043    02/06        850.00          2097    02/13        1,500.00
    2044    02/06      1,325.16          2098    02/13        3,487.53
    2045    02/24        117.22          2099    02/13        1,800.00
    2046    02/06      1,190.68         2101*    02/15        1,120.00
    2047    02/03        950.00          2102    02/13        2,858.63
    2048    02/06      1,195.91          2103    02/14          160.00
   2050*    02/03      1,000.00          2104    02/13        3,726.65
    2051    02/03        600.00          2105    02/14          490.00
    2052    02/06        344.15          2106    02/10          733.94
    2053    02/06      2,000.00          2107    02/13          608.63
    2054    02/06        391.38          2108    02/13        2,500.00
    2055    02/06      2,000.00          2109    02/14       11,060.96
    2056    02/06        599.35         2111*    02/14          879.75
    2057    02/06        620.23          2112    02/13          367.98
    2058    02/06        650.00          2113    02/13          230.00
```

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ______________________

OLD ADDRESS ______________________
NUMBER STREET
______________________
CITY STATE ZIP

NEW ADDRESS ______________________
NUMBER STREET
______________________

CUSTOMER SIGNATURE ______________________

REC'D BY ____________ DEPT ____________ POSTED BY ____________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. ____________ ☐ CERTIFICATES NO. ____________

☐ SAVINGS ACCOUNT NO. ____________ ☐ TIME DEPOSIT NO. ____________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ______________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

# Lytle State Bank.

**P.O. Box 575**

LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

### The following only applies to consumers.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE ________

IMPORTANT: - ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN.

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle    Devine    San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC



| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Feb 28, 2017

Pg   3 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

------- Checks listed in numerical order;   (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 2114 | 02/13 | 737.42 | 2174* | 02/21 | 902.05 |
| 2116* | 02/13 | 167.50 | 2176* | 02/21 | 856.52 |
| 2117 | 02/13 | 907.57 | 2177 | 02/21 | 693.77 |
| 2118 | 02/13 | 70.00 | 2178 | 02/21 | 758.18 |
| 2119 | 02/13 | 359.94 | 2179 | 02/21 | 597.50 |
| 2120 | 02/13 | 653.08 | 2180 | 02/21 | 480.63 |
| 2122* | 02/13 | 654.35 | 2181 | 02/23 | 411.48 |
| 2123 | 02/13 | 515.54 | 2182 | 02/21 | 1,300.00 |
| 2124 | 02/14 | 464.44 | 2183 | 02/24 | 75.00 |
| 2125 | 02/13 | 3,919.28 | 2184 | 02/21 | 800.00 |
| 2126 | 02/13 | 1,850.00 | 2185 | 02/21 | 1,500.00 |
| 2127 | 02/13 | 650.00 | 2186 | 02/27 | 1,500.00 |
| 2128 | 02/13 | 800.00 | 2187 | 02/21 | 1,998.00 |
| 2129 | 02/13 | 1,155.00 | 2188 | 02/22 | 637.22 |
| 2130 | 02/13 | 821.03 | 2189 | 02/22 | 1,220.73 |
| 2131 | 02/13 | 742.50 | 2190 | 02/21 | 90.00 |
| 2132 | 02/13 | 816.84 | 2191 | 02/21 | 3,083.96 |
| 2134* | 02/13 | 1,870.00 | 2192 | 02/21 | 362.50 |
| 2136* | 02/13 | 552.32 | 2193 | 02/21 | 348.00 |
| 2137 | 02/13 | 2,584.51 | 2194 | 02/21 | 3,177.51 |
| 2139* | 02/13 | 1,755.00 | 2195 | 02/21 | 4,220.60 |
| 2141* | 02/14 | 1,137.50 | 2196 | 02/21 | 1,397.69 |
| 2142 | 02/15 | 2,000.00 | 2200* | 02/21 | 2,025.00 |
| 2143 | 02/16 | 2,000.00 | 2201 | 02/21 | 300.00 |
| 2145* | 02/15 | 504.00 | 2203* | 02/21 | 2,600.00 |
| 2146 | 02/22 | 1,000.00 | 2204 | 02/21 | 1,000.00 |
| 2147 | 02/21 | 633.51 | 2205 | 02/22 | 300.00 |
| 2148 | 02/17 | 3,150.00 | 2206 | 02/22 | 688.00 |
| 2149 | 02/22 | 985.00 | 2207 | 02/23 | 703.63 |
| 2150 | 02/22 | 282.50 | 2208 | 02/22 | 2,500.00 |
| 2151 | 02/21 | 193.38 | 2209 | 02/22 | 250.00 |
| 2152 | 02/17 | 2,957.50 | 2210 | 02/23 | 2,000.00 |
| 2153 | 02/16 | 475.00 | 2211 | 02/27 | 2,500.00 |
| 2154 | 02/21 | 2,892.47 | 2212 | 02/27 | 133.71 |
| 2158* | 02/17 | 2,000.00 | 2213 | 02/24 | 2,262.50 |
| 2159 | 02/17 | 1,000.00 | 2214 | 02/27 | 1,350.00 |
| 2160 | 02/17 | 600.00 | 2215 | 02/27 | 5,640.30 |
| 2161 | 02/17 | 50.00 | 2217* | 02/28 | 2,496.10 |
| 2162 | 02/21 | 600.00 | 2218 | 02/27 | 626.22 |
| 2164* | 02/21 | 3,225.50 | 2222* | 02/27 | 360.00 |
| 2165 | 02/21 | 12,664.91 | 2223 | 02/24 | 1,500.00 |
| 2166 | 02/21 | 2,500.00 | 2224 | 02/27 | 798.78 |
| 2167 | 02/21 | 1,850.00 | 2226* | 02/28 | 462.13 |
| 2168 | 02/21 | 650.00 | 2227 | 02/27 | 941.09 |
| 2170* | 02/21 | 763.84 | 2228 | 02/28 | 995.36 |
| 2171 | 02/21 | 685.27 | 2229 | 02/27 | 849.38 |
| 2172 | 02/21 | 960.09 | 2230 | 02/28 | 780.55 |

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING
DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____
NUMBER              STREET

_____
CITY         STATE          ZIP

NEW ADDRESS _____
NUMBER              STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT. _____ POSTED BY _____

| | | | |
|---|---|---|---|
| ☐ CHECKING ACCOUNT NO. | | ☐ CERTIFICATES NO. | |
| ☐ SAVINGS ACCOUNT NO. | | ☐ TIME DEPOSIT NO. | |
| ☐ INSTALLMENT LOAN | ☐ COMMERCIAL LOAN | ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK | |
| ☐ | | | |

—————— PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ——————

## Lytle State Bank.
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**
In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
1463½ S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

LIST OUTSTANDING CHECKS,
CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____
IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE
NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**
In case of errors or questions about your electronic transfers, credit deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or fore-promoted transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Feb 28, 2017

Pg   4 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

------- Checks listed in numerical order;   (*) indicates gap in sequence -------

| Check | Date | Amount | | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 2231 | 02/27 | 784.14 | | 2249 | 02/27 | 12,557.26 |
| 2232 | 02/27 | 1,070.28 | | 2251* | 02/27 | 4,010.00 |
| 2233 | 02/27 | 868.86 | | 3001* | 02/23 | 600.00 |
| 2234 | 02/27 | 888.32 | | 3002 | 02/24 | 1,000.00 |
| 2235 | 02/28 | 52.79 | | 3003 | 02/27 | 2,350.00 |
| 2236 | 02/27 | 260.00 | | 3827* | 02/01 | 212.94 |
| 2237 | 02/24 | 800.00 | | 3833* | 02/14 | 1,768.11 |
| 2239* | 02/27 | 2,000.00 | | 3952* | 02/03 | 572.50 |
| 2240 | 02/27 | 1,129.23 | | 3954* | 02/07 | 1,310.99 |
| 2241 | 02/27 | 2,220.00 | | 3959* | 02/01 | 188.10 |
| 2242 | 02/27 | 2,839.95 | | 3971* | 02/06 | 500.00 |
| 2243 | 02/27 | 3,292.58 | | 3987* | 02/24 | 160.00 |
| 2244 | 02/27 | 4,860.85 | | 3988 | 02/09 | 385.00 |
| 2245 | 02/28 | 1,937.83 | | 4004* | 02/06 | 108.00 |
| 2246 | 02/27 | 1,846.84 | | 4005 | 02/10 | 40.00 |
| 2248* | 02/27 | 2,683.97 | | | | |

-------------------------------- Other Debits --------------------------------

| | | |
| --- | --- | --- |
| 02/01/2017 Debit Card Debit | | 106.25 |
| HONDO ATTIC SELF STORAGE HONDO TX #3176 | | |
| 02/02/2017 Force Pay Debit | | 600.00 |
| 02/03/2017 Force Pay Debit | | 1,045.73 |
| 02/06/2017 Debit Card Debit | | 7.56 |
| APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | |
| 02/06/2017 Debit Card Debit | | 27.04 |
| APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | |
| 02/06/2017 Debit Card Debit | | 35.00 |
| CRAIGSLIST.ORG 415-399-5200 CA #3176 | | |
| 02/06/2017 Debit Card Debit | | 70.00 |
| AEMC LLC, CASIAS TIRE SH SAN ANTONIO TX | | |
| 02/06/2017 Debit Card Debit | | 313.93 |
| IN *MCSP ENTERPRISES 210-4956465 TX #3176 | | |
| 02/06/2017 Internet Withdrawal | | 900.00 |
| To DDA 297348  C09C154FFF8FD7F2 | | |
| 02/07/2017 Debit Card Debit | | 1.07 |
| APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | |
| 02/07/2017 Debit Card Debit | | 10.81 |
| APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | |
| 02/07/2017 Debit Card Debit | | 264.13 |
| BEXAR TRAILER SALES & SE SAN ANTONIO TX | | |
| 02/07/2017 Debit Card Debit | | 325.86 |
| SUMO JAPANESE STEAKHOUS AUSTIN TX #3176 | | |
| 02/07/2017 Internet Withdrawal | | 500.00 |
| To DDA 297348   F8263AFE124287FE | | |
| 02/08/2017 Debit Card Debit | | 92.87 |
| FRENCH ELLISON TRUCK CENT CONVERSE TX #3176 | | |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY ________ DEPT ________ POSTED BY ________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

❑ CHECKING ACCOUNT NO ________ ❑ CERTIFICATES NO. ________

❑ SAVINGS ACCOUNT NO. ________ ❑ TIME DEPOSIT NO. ________

❑ INSTALLMENT LOAN ❑ COMMERCIAL LOAN ❑ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

❑ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

# Lytle State Bank.

**P.O. Box 575**
LYTLE, TEXAS 78052-0575

## ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER.
11. ADJUSTED CHECKBOOK BALANCE ________ ________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co

**LSB**
**Lytle State Bank.**
"Your Home Town Bank Since 1890"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |

TAX ID NUMBER

STATEMENT DATE

**Feb 28, 2017**

Pg   5 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 02/08/2017 | POS Recurring Pmt | | | | 34.36 |
| | FEDEX 969112077 800-4633339 TN #3176 | | | | |
| 02/08/2017 | POS Recurring Pmt | | | | 127.93 |
| | FEDEX 93058994 800-4633339 TN #3176 | | | | |
| 02/09/2017 | Debit Card Debit | | | | 30.05 |
| | FRENCH ELLISON TRUCK CENT CONVERSE TX #3176 | | | | |
| 02/09/2017 | Debit Card Debit | | | | 246.00 |
| | MUNICIPAL COURT-WEB 210-207-7568 TX #3176 | | | | |
| 02/09/2017 | Debit Card Debit | | | | 400.00 |
| | THE SHOPS AT LA CANTER 210-877-9797 TX #3176 | | | | |
| 02/09/2017 | POS Recurring Pmt     CMI 210-967-6169 TX #3176 | | | | 350.00 |
| 02/10/2017 | POS Recurring Pmt | | | | 263.33 |
| | LEGALZOOM.COM 888-3100151 CA #3176 | | | | |
| 02/10/2017 | Telephone Trf W/D     to rebecca hall | | | | 500.00 |
| 02/10/2017 | ACH Payment | | | | 360.94 |
| | BankDirect Capit WEB PMTS 877-226-5456 | | | | |
| 02/13/2017 | Debit Card Debit | | | | 9.99 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | | |
| 02/13/2017 | Debit Card Debit | | | | 12.00 |
| | TXDPS DRIVER RECOR 512-424-5967 TX #3176 | | | | |
| 02/13/2017 | Debit Card Debit | | | | 20.00 |
| | AEMC LLC, CASIAS TIRE SH SAN ANTONIO TX | | | | |
| 02/13/2017 | Debit Card Debit | | | | 80.00 |
| | LA INSPECTION CENTER INC SAN ANTONIO TX | | | | |
| 02/13/2017 | POS Recurring Pmt | | | | 59.70 |
| | MSFT * E03003BMBI 800-642-7676 WA #3176 | | | | |
| 02/13/2017 | Telephone Trf W/D     Phone - Becky to xxx348 | | | | 600.00 |
| 02/13/2017 | Force Pay Debit | | | | 2,300.00 |
| 02/13/2017 | Force Pay Debit | | | | 3,804.89 |
| 02/14/2017 | POS Recurring Pmt | | | | 23.06 |
| | FEDEX 969726707 800-4633339 TN #3176 | | | | |
| 02/14/2017 | ACH Payment | | | | 400.00 |
| | SPRINT8006396111 ACHBILLPAY UMVOKS2HH4WPKELG | | | | |
| 02/14/2017 | Overdraft Charge | | | | 30.00 |
| | Item(s) Presented 02/13/2017 | | | | |
| 02/15/2017 | Debit Card Debit | | | | 274.24 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 02/15/2017 | POS Recurring Pmt | | | | 32.02 |
| | FEDEX 969839809 800-4633339 TN #3176 | | | | |
| 02/15/2017 | Force Pay Debit | | | | 355.00 |
| 02/16/2017 | Force Pay Debit | | | | 893.13 |
| 02/17/2017 | Overdraft Charge | | | | 30.00 |
| | Item(s) Presented 02/16/2017 | | | | |
| 02/21/2017 | Telephone Trf W/D     to 3BK Hallers LLC | | | | 2,800.00 |
| 02/21/2017 | Force Pay Debit | | | | 1,425.94 |
| 02/21/2017 | ACH Payment | | | | 300.00 |
| | CAPITAL ONE     PHONE PYMT | | | | |
| 02/21/2017 | ACH Payment     IRS USATAXPYMT | | | | 300.00 |
| 02/21/2017 | ACH Payment | | | | 322.84 |
| | SPRINT8006396111 ACHBILLPAY PGT7SDAATLM61DSK | | | | |

**CHANGE OF ADDRESS (Please Type or Print)**

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY __________ DEPT __________ POSTED BY __________

**THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS**

☐ CHECKING ACCOUNT NO. __________ ☐ CERTIFICATES NO. __________

☐ SAVINGS ACCOUNT NO. __________ ☐ TIME DEPOSIT NO. __________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

Lytle State Bank
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

**INSTRUCTIONS**

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT __________ __________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS. WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT __________ __________
5. SUB-TOTAL __________ __________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS __________ __________
7. ACCOUNT BALANCE __________ __________
8. YOUR CHECKBOOK BALANCE __________ __________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER. __________ __________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE __________ __________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Feb 28, 2017

Pg   6 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 02/21/2017 | Internet Withdrawal | | | | 800.00 |
| | To DDA 297348   94BBA8EB9E5D24C1 | | | | |
| 02/21/2017 | Internet Withdrawal | | | | 900.00 |
| | To DDA 297348   7ABF395D34D46200 | | | | |
| 02/22/2017 | Debit Card Debit | | | | 20.00 |
| | AEMC LLC, CASIAS TIRE SH SAN ANTONIO TX | | | | |
| 02/22/2017 | Debit Card Debit | | | | 59.82 |
| | HOLT CAT SA TRUCK - KS SAN ANTONIO TX #3176 | | | | |
| 02/22/2017 | ACH Payment | | | | 352.65 |
| | ALLSTATE INS CO INS PREM ACH.EZPR02010 S | | | | |
| 02/22/2017 | ACH Payment | | | | 400.00 |
| | CARDMEMBER SERV ELECT PYMT | | | | |
| 02/22/2017 | ACH Payment | FORD CREDIT AUTO PYMT | | | 603.75 |
| 02/23/2017 | Debit Card Debit | | | | 1,165.71 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 02/23/2017 | POS Recurring Pmt | | | | 23.06 |
| | FEDEX 970430978 800-4633339 TN #3176 | | | | |
| 02/23/2017 | POS Recurring Pmt | | | | 27.56 |
| | FEDEX 970533075 800-4633339 TN #3176 | | | | |
| 02/24/2017 | ACH Payment | CPS Energy PCX Chase Fee | | | 2.35 |
| 02/24/2017 | ACH Payment | CPS Energy PCX Chase Fee | | | 2.35 |
| 02/24/2017 | ACH Payment | CPS Energy PCX Payment | | | 125.00 |
| 02/24/2017 | ACH Payment | CPS Energy PCX Payment | | | 318.00 |
| 02/27/2017 | Debit Card Debit | | | | 5.40 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | | |
| 02/27/2017 | Debit Card Debit | | | | 19.44 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | | |
| 02/27/2017 | Debit Card Debit | | | | 326.99 |
| | RUSH TRK CTR SAN ANTONIO CONVERSE TX #3176 | | | | |
| 02/27/2017 | POS Recurring Pmt | | | | 23.06 |
| | FEDEX 970773822 800-4633339 TN #3176 | | | | |
| 02/27/2017 | Telephone Trf W/D   Phone - Becky to Emitt | | | | 100.00 |
| 02/27/2017 | Force Pay Debit | | | | 650.00 |
| 02/27/2017 | Force Pay Debit | | | | 988.79 |
| 02/27/2017 | Force Pay Debit | | | | 2,171.13 |
| 02/27/2017 | Force Pay Debit | | | | 9,983.56 |
| 02/27/2017 | ACH Payment | | | | 9,385.18 |
| | MERCURY INS PAYMENT TXBA DIRECT PYMT   GW | | | | |
| 02/27/2017 | Internet Withdrawal | | | | 300.00 |
| | To DDA 297348   CC2033D91C929FC4 | | | | |
| 02/28/2017 | Debit Card Debit | | | | 10.81 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | | |
| 02/28/2017 | Debit Card Debit | | | | 50.00 |
| | AEMC LLC, CASIAS TIRE SH 210-543-0909 TX | | | | |
| 02/28/2017 | Debit Card Debit | | | | 88.73 |
| | APL* ITUNES.COM/BILL 866-712-7753 CA #3176 | | | | |
| 02/28/2017 | Service Charge | | | | 41.60 |

## CHANGE OF ADDRESS (Please Type or Print)

NAME (AS ACCOUNT IS STYLED) ____________________

OLD ADDRESS ____________________
NUMBER STREET
____________________
CITY STATE ZIP

NEW ADDRESS ____________________
NUMBER STREET
____________________

CUSTOMER SIGNATURE ____________________

REC'D BY ________ DEPT ________ POSTED BY ________

## THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

☐ CHECKING ACCOUNT NO. ________ ☐ CERTIFICATES NO. ________

☐ SAVINGS ACCOUNT NO. ________ ☐ TIME DEPOSIT NO. ________

☐ INSTALLMENT LOAN ☐ COMMERCIAL LOAN ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐ ____________________

PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION

**Lytle State Bank.**
**P.O. Box 575**
LYTLE, TEXAS 78052-0575

### ERROR RESOLUTION NOTICE:

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the **FIRST** statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at:

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (830) 709-3601
Fax: (830) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday.
Holidays are not included.

This form is designed to help you balance your statement

LIST OUTSTANDING CHECKS CHECKS WRITTEN WHICH DO NOT APPEAR ON THIS STATEMENT OR ANY PRIOR STATEMENT.

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
| TOTAL | |

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER.
2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID.
3. BANK BALANCE SHOWN ON FRONT OF STATEMENT ________ ________
4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT ________ ________
5. SUB-TOTAL ________ ________
6. SUBTRACT TOTAL OF OUTSTANDING CHECKS ________ ________
7. ACCOUNT BALANCE ________ ________
8. YOUR CHECKBOOK BALANCE ________ ________
9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS YOU HAVE AUTHORIZED AND THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER ________ ________
10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER
11. ADJUSTED CHECKBOOK BALANCE ________ ________

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE.

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 20 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

B and E Trucking Co



**Lytle State Bank.**
"Your Home Town Bank Since 1910"
P.O. BOX 575 LYTLE, TEXAS 78052-0575
Lytle   Devine   San Antonio
830-709-3601
www.LytleStateBank.com
Member FDIC

| ACCOUNT NUMBER |
| --- |
| 30317 |
| TAX ID NUMBER |
| |
| STATEMENT DATE |

Feb 28, 2017

Pg   7 of   21

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

| | | Total For This Period | Total Year-to-Date |
| --- | --- | --- | --- |
| Total Overdraft Fees | | $    60.00 | $    150.00 |
| Total Returned Item Fees | | $     .00 | $     90.00 |

------------------------- Daily Ending Balance -------------------------

| 02/01 | 7,052.42 | 02/10 | 2,228.02 | 02/21 | 15,351.39 |
| --- | --- | --- | --- | --- | --- |
| 02/02 | 2,367.42 | 02/13 | 10,722.91 | 02/22 | 9,673.03 |
| 02/03 | 22,037.53 | 02/14 | 6,688.47 | 02/23 | 4,741.59 |
| 02/06 | 35,702.19 | 02/15 | 4,097.24 | 02/24 | 33,487.29 |
| 02/07 | 27,101.46 | 02/16 | 112.08 | 02/27 | 3,299.18 |
| 02/08 | 11,257.28 | 02/17 | 549.32 | 02/28 | 1,442.52 |
| 02/09 | 5,726.23 | | | | |

------------------------- Service Charge Summary -------------------------
** Below is an itemization of the Service Charges Paid this period. **

| Service Chg Fee | | 7.00 |
| --- | --- | --- |
| Per Item Fee | | 26.60 |
| Tele Trans Chg | | 8.00 |
| | | ------------------ |
| Service Charge | 02/28/2017 | 41.60 |
| Lowest Monthly Balance | | 112.08 |

**CHANGE OF ADDRESS (Please Type or Print)**

THE CHANGE OF ADDRESS IS TO AFFECT THE FOLLOWING DEPARTMENTS IN WHICH I DO BUSINESS

NAME (AS ACCOUNT IS STYLED) _____

OLD ADDRESS _____
NUMBER     STREET

_____
CITY     STATE     ZIP

NEW ADDRESS _____
NUMBER     STREET

CUSTOMER SIGNATURE _____

REC'D BY _____ DEPT _____ POSTED BY _____

☐ CHECKING ACCOUNT NO. _____   ☐ CERTIFICATES NO. _____

☐ SAVINGS ACCOUNT NO. _____   ☐ TIME DEPOSIT NO. _____

☐ INSTALLMENT LOAN   ☐ COMMERCIAL LOAN   ☐ MY PAYCHECK IS SENT DIRECTLY TO THE BANK

☐

------ PLEASE CUT ON THIS LINE AND RETURN TO ADDRESS CHANGE SECTION ------

## Lytle State Bank.
### P.O. Box 575
LYTLE, TEXAS 78052-0575

**ERROR RESOLUTION NOTICE:**

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed in this disclosure, as soon as you can or if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**The following only applies to consumers.**

If you tell us orally, we may require that you send us your complaint or question in writing in 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before the account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If you have inquires regarding your account, please contact us at.

**Lytle State Bank**
Customer Service
14631 S. FM 2790 W.
P.O. Box 575
Lytle, Texas 78052
Phone: (630) 709-3601
Fax: (630) 772-4993
www.lytlestatebank.com
BUSINESS DAYS: Monday, Tuesday, Wednesday, Thursday, and Friday. Holidays are not included.

LIST OUTSTANDING CHECKS
CHECKS WRITTEN WHICH DO
NOT APPEAR ON THIS STATEMENT
OR ANY PRIOR STATEMENT

| CHECK NO. | AMOUNT OF CHECK |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

This form is designed to help you balance your statement

## INSTRUCTIONS

1. COMPARE CHECK (DEBITS) INFORMATION ON FRONT OF STATEMENT WITH YOUR CHECKBOOK REGISTER

2. MAKE NOTATION ON CHECK STUB OR CHECK REGISTER TO INDICATE CHECKS PAID

3. BANK BALANCE SHOWN ON FRONT OF STATEMENT _____

4. COMPARE DEPOSITS SHOWN ON STATEMENT INCLUDING BANK ORIGINATED CREDITS, WITH THOSE ENTERED IN YOUR CHECK REGISTER ADD ANY NOT SHOWN ON STATEMENT _____

5. SUB-TOTAL _____

6. SUBTRACT TOTAL OF OUTSTANDING CHECKS _____

7. ACCOUNT BALANCE _____

8. YOUR CHECKBOOK BALANCE _____

9. SUBTRACT ANY BANK CHARGES INCLUDING MONTHLY SERVICE CHARGE AND AUTOMATIC PAYMENTS OR TRANSFERS THAT HAVE BEEN DEDUCTED ON THIS STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

10. ADD ANY DEPOSITS INCLUDING AUTOMATIC CREDITS SUCH AS PAYROLL CHECK SENT DIRECTLY TO BANK, APPEARING ON STATEMENT THAT HAVE NOT BEEN ENTERED IN YOUR CHECK REGISTER _____

11. ADJUSTED CHECKBOOK BALANCE _____

IMPORTANT: ADJUSTED CHECKBOOK BALANCE SHOULD AGREE WITH ACCOUNT BALANCE

NOTE: A MINUS SYMBOL APPEARING IN BALANCE COLUMN OF STATEMENT INDICATES AN OVERDRAWN BALANCE ON DATE SHOWN

**PLEASE EXAMINE YOUR STATEMENT AND REPORT ANY DIFFERENCES WITHIN 14 DAYS FROM STATEMENT DATE.**

In case of errors or questions about your electronic transfers, direct deposits, withdrawals, automated teller machine or point-of-sale transactions, telephone us at the telephone number on the front of the statement or write us at the address on the front side of your statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. For all electronic fund transfers except those resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error. For any transfer resulting from a point-of-sale or foreign-initiated transaction, if we take more than 10 business days to investigate and correct the error, we will recredit your account for the amount you think is in error. This way, you will have use of the money during the time it takes us to complete our investigation.

02000734

# Lytle State Bank

Acct # 30317 B and E Trucking Co Pg 8 of 21

CHECKING/SAVINGS DEPOSIT — 30317 2/1/2017 $2,002.32

CHECKING/SAVINGS DEPOSIT — 30317 2/6/2017 $54,343.25

CHECKING/SAVINGS DEPOSIT — 30317 2/6/2017 $8,457.00

CHECKING/SAVINGS DEPOSIT — 30317 2/8/2017 $2,220.36

CHECKING/SAVINGS DEPOSIT — 30317 2/13/2017 $5,870.00

CHECKING/SAVINGS DEPOSIT — 30317 2/13/2017 $37,210.55

CHECKING/SAVINGS DEPOSIT — 30317 2/14/2017 $10,828.60

CHECKING/SAVINGS DEPOSIT — 30317 2/15/2017 $1,846.66

CHECKING/SAVINGS DEPOSIT — 30317 2/21/2017 $41,435.66

CHECKING/SAVINGS DEPOSIT — 30317 2/21/2017 $974.00

CHECKING/SAVINGS DEPOSIT — 30317 2/21/2017 $21,914.29

CHECKING/SAVINGS DEPOSIT — 30317 2/22/2017 $3,724.86

CHECKING/SAVINGS DEPOSIT — 30317 2/27/2017 $32,876.68

CHECKING/SAVINGS DEPOSIT — 30317 2/27/2017 $153.02

CHECKING/SAVINGS DEPOSIT — 30317 2/27/2017 $9,482.50

CHECKING/SAVINGS DEPOSIT — 30317 2/27/2017 $9,615.00

CHECKING/SAVINGS DEPOSIT — 30317 2/28/2017 $5,059.24

CHECKING/SAVINGS WITHDRAWAL — 30317 2/2/2017 $600.00

Lytle State Bank

Acct # 30317                    B and E Trucking Co                    Pg 9 of 21



30317 2/3/2017        $1,045.73

30317 2/13/2017       $3,804.89

30317 2/13/2017       $2,300.00

30317 2/15/2017       $355.00

30317 2/16/2017       $893.13

30317 2/21/2017       $1,425.94

30317 2/27/2017       $9,983.56

30317 2/27/2017       $2,171.13

30317 2/27/2017       $650.00

30317 2/27/2017       $988.79

30317 2/3/2017  1347   $4,306.08

30317 2/6/2017  2005   $962.00

30317 2/1/2017  2006   $2,000.00

30317 2/1/2017  2007   $1,144.27

30317 2/3/2017  2008   $2,000.00

30317 2/8/2017  2009   $1,550.00

30317 2/7/2017  2010   $800.00

30317 2/13/2017  2011  $150.00



30317 2/7/2017   2012   $400.00
30317 2/2/2017   2013   $700.00
30317 2/8/2017   2015   $650.00
30317 2/8/2017   2016   $200.00
30317 2/2/2017   2017   $3,385.00
30317 2/7/2017   2018   $416.19
30317 2/7/2017   2019   $391.60
30317 2/3/2017   2021   $2,200.00
30317 2/1/2017   2022   $330.00
30317 2/6/2017   2026   $344.89
30317 2/6/2017   2027   $685.88
30317 2/6/2017   2030   $1,080.37
30317 2/7/2017   2031   $601.47
30317 2/6/2017   2032   $810.50
30317 2/6/2017   2033   $676.11
30317 2/6/2017   2034   $640.80
30317 2/6/2017   2035   $538.18
30317 2/6/2017   2036   $848.33



30317 2/7/2017   2037   $928.61
30317 2/6/2017   2038   $270.00
30317 2/6/2017   2039   $497.50
30317 2/3/2017   2040   $141.00
30317 2/14/2017   2041   $337.50
30317 2/6/2017   2042   $1,215.00
30317 2/6/2017   2043   $850.00
30317 2/6/2017   2044   $1,325.16
30317 2/24/2017   2045   $187.22
30317 2/6/2017   2046   $1,190.68
30317 2/3/2017   2047   $950.00
30317 2/6/2017   2048   $1,195.91
30317 2/3/2017   2050   $1,000.00
30317 2/3/2017   2051   $600.00
30317 2/6/2017   2052   $344.15
30317 2/6/2017   2053   $2,000.00
30317 2/6/2017   2054   $391.38
30317 2/6/2017   2055   $2,000.00

02000738

# Lytle State Bank

Acct # 30317        B and E Trucking Co        Pg 12 of 21



| | | |
|---|---|---|
| 30317 2/6/2017 2056 $599.35 | 30317 2/6/2017 2057 $610.23 | 30317 2/6/2017 2058 $650.00 |
| 30317 2/6/2017 2059 $16,154.40 | 30317 2/6/2017 2060 $889.50 | 30317 2/6/2017 2061 $540.00 |
| 30317 2/6/2017 2062 $1,653.04 | 30317 2/6/2017 2063 $1,830.00 | 30317 2/7/2017 2064 $550.00 |
| 30317 2/6/2017 2065 $1,000.00 | 30317 2/6/2017 2066 $2,100.00 | 30317 2/7/2017 2067 $600.00 |
| 30317 2/6/2017 2068 $800.00 | 30317 2/6/2017 2069 $2,470.70 | 30317 2/13/2017 2070 $2,000.00 |
| 30317 2/7/2017 2071 $1,000.00 | 30317 2/8/2017 2072 $2,000.00 | 30317 2/7/2017 2073 $500.00 |

**Lytle State Bank**

Acct # 30317          B and E Trucking Co          Pg 13 of 21



30317 2/13/2017   2074   $1,995.04
30317 2/21/2017   2075   $1,728.63
30317 2/14/2017   2077   $80.00

30317 2/16/2017   2079   $617.03
30317 2/13/2017   2080   $850.00
30317 2/15/2017   2081   $152.63

30317 2/22/2017   2084   $103.55
30317 2/8/2017    2085   $1,500.00
30317 2/8/2017    2086   $7,062.38

30317 2/9/2017    2087   $2,000.00
30317 2/8/2017    2088   $3,240.00
30317 2/8/2017    2089   $1,607.00

30317 2/10/2017   2090   $1,000.00
30317 2/10/2017   2091   $600.00
30317 2/13/2017   2093   $1,890.00

30317 2/9/2017    2094   $2,120.00
30317 2/24/2017   2096   $697.25
30317 2/13/2017   2097   $1,500.00

# Lytle State Bank

Acct # 30317                          B and E Trucking Co                          Pg 14 of 21



30317 2/13/2017  2098  $3,487.53        30317 2/13/2017  2099  $1,800.00        30317 2/15/2017  2101  $1,120.00

30317 2/13/2017  2102  $2,858.63        30317 2/14/2017  2103  $160.00          30317 2/13/2017  2104  $3,726.65

30317 2/14/2017  2105  $490.00          30317 2/10/2017  2106  $733.94          30317 2/13/2017  2107  $608.63

30317 2/13/2017  2108  $2,500.00        30317 2/13/2017  2109  $11,060.96       30317 2/14/2017  2111  $879.75

30317 2/13/2017  2112  $367.98          30317 2/13/2017  2113  $230.00          30317 2/13/2017  2114  $737.42

30317 2/13/2017  2116  $167.50          30317 2/13/2017  2117  $907.57          30317 2/13/2017  2118  $70.00

**Lytle State Bank**

Acct # 30317                                    B and E Trucking Co                                    Pg 15 of 21



30317 2/13/2017   2119   $359.94

30317 2/13/2017   2130   $653.08

30317 2/13/2017   2122   $654.35

30317 2/13/2017   2123   $515.54

30317 2/14/2017   2124   $464.44

30317 2/13/2017   2125   $3,919.28

30317 2/13/2017   2126   $1,850.00

30317 2/13/2017   2127   $650.00

30317 2/13/2017   2128   $800.00

30317 2/13/2017   2129   $1,155.00

30317 2/13/2017   2130   $821.03

30317 2/13/2017   2131   $742.50

30317 2/13/2017   2132   $816.84

30317 2/13/2017   2134   $1,870.00

30317 2/13/2017   2136   $552.32

30317 2/13/2017   2137   $2,584.51

30317 2/13/2017   2139   $1,755.00

30317 2/14/2017   2141   $1,137.50

02000742



30317 2/15/2017   2142   $2,000.00
30317 2/16/2017   2143   $2,000.00
30317 2/15/2017   2145   $504.00

30317 2/22/2017   2146   $1,000.00
30317 2/21/2017   2147   $633.51
30317 2/16/2017   2148   $3,150.00

30317 2/22/2017   2149   $985.00
30317 2/22/2017   2150   $282.50
30317 2/21/2017   2151   $193.38

30317 2/17/2017   2152   $2,957.50
30317 2/16/2017   2153   $475.00
30317 2/21/2017   2154   $2,892.47

30317 2/17/2017   2158   $2,000.00
30317 2/17/2017   2159   $1,000.00
30317 2/17/2017   2160   $600.00

30317 2/17/2017   2161   $50.00
30317 2/17/2017   2162   $600.00
30317 2/21/2017   2164   $3,225.50

**Lytle State Bank**

Acct # 30317          B and E Trucking Co          Pg 17 of 21







# Lytle State Bank

Acct # 30317                                    B and E Trucking Co                                    Pg 20 of 21



**Lytle State Bank**

Acct # 30317          B and E Trucking Co          Pg 21 of 21



CHECKING/SAVINGS DEPOSIT   LYTLE STATE BANK
LYTLE, TX 78052

DATE 2/1/17
CUSTOMER NAME: B + E Trucking CO
CUSTOMER SIGNATURE:

116028
4150
80054

ACCOUNT NUMBER   TRAN CODE

* 030517 *   $   2002.32

⑆050080000⑈

30317 2/1/2017 $2002.32
5301009660 TC 151



208

TEXSON TRANSPORT
11303 MAIN ST.
LYTLE, TX 78029-0530

DATE 1-27-17

PAY
TO THE   B&E Trucking Co.   $ 1,160.28
One thousand one hundred sixty & 28/100 — DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.
www.chase.com

FOR Inv # TXT 139   /s/ Bill Hall

⑆000208⑆ ⑈111000514⑈   895855398⑈

895855398 2/1/2017   208 $1160.28
5301009670 TC 0



124

S.I.M.B.B., LLC.
OPERATING ACCOUNT
1221 W. HILDEBRAND AVE, SAN ANTONIO, TX 78201
PH: 210-736-0727

2/1/2017

PAY TO THE
ORDER OF   B&E Trucking Co.   $ **41.50

Forty-One and 50/100   DOLLARS

B&E Trucking Co.
7014 Butterfield Rd
San Antonio, TX 78227

MEMO

⑆000124⑆ ⑈114025641⑈000005⑈000⑈

57000 2/1/2017   124 $41.50
5301009680 TC 0



017966

SAN ANTONIO MASONRY & TOOL SUPPLY, INC.
ITEM 74-BROWN
PO BOX 1200 M
SAN ANTONIO, TX 78204
(210) 666-6013

1/31/2017

DATE   $800.54
AMOUNT

Eight Hundred Dollars and 54 Cents

PAY
TO THE
ORDER OF   B&E Trucking
7014 Butterfield
San Antonio TX   78227

OPERATING ACCOUNT

⑆017966⑆ ⑈113010541⑈   78046171⑈

78046171 2/1/2017   17966 $800.54
5301009690 TC 0

02000749



30317 2/6/2017      $54343.25
5102003880 TC 151

1166859 2/6/2017   14652 $220.00
5102003890 TC 0

1166859 2/6/2017   14653 $3022.50
5102003900 TC 0

10466948 2/6/2017   18035 $36573.21
5102003910 TC 0

10148628 2/6/2017   1888 $4565.04
5102003920 TC 0

3359877092 2/6/2017   315406 $6075.00
5102003930 TC 0

3359877092 2/6/2017   315422 $3887.50
5102003940 TC 0

02000750

CHECKING/SAVINGS DEPOSIT       **LYTLE STATE BANK**
LYTLE, TX 78052

DATE 2/6/17

CUSTOMER NAME: B + E Trucking

CUSTOMER SIGNATURE:

CURRENCY ▶

COIN ▶                          120000

                                125700

SUB TOTAL ▶

LESS CASH RECEIVED ▶

ACCOUNT NUMBER          TRAN CODE

✱ 030317              ✱              $      845700

⑆050080000⑆

30317 2/6/2017      $8457.00
5302025100 TC 151



3359877092 2/6/2017   315520 $1200.00
5302025110 TC 0



131148 2/6/2017  359755 $7257.00
5302025120 TC 0





30317 2/14/2017     $10828.60
5101000280 TC 151

131148 2/14/2017   359804 $6278.60
5101000290 TC 0



4108817 2/14/2017   39479 $4550.00
5101000300 TC 0

02000752

**CHECKING/SAVINGS DEPOSIT**

**LYTLE STATE BANK**
LYTLE, TX 78052

CURRENCY ▶

COIN ▶

DATE 2-15-17

CUSTOMER NAME: B&E Trucking

CUSTOMER SIGNATURE:

SIGN HERE ONLY IF CASH RECEIVED FROM DEPOSIT
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.
SUBJECT TO RULES GOVERNING ACCOUNTS

SUB TOTAL ▶

LESS CASH RECEIVED ▶

875 00
971 66

0 00

ACCOUNT NUMBER          TRAN CODE

*30317          *          $   1846.66

⑆050080000⑆

30317 2/15/2017     $1846.66
5101001710 TC 151

---

THE BANK OF SAN ANTONIO          **139**
1900 NW Loop 410
San Antonio, TX 78213

**M.H.M.S.S., LLC.**
**OPERATING ACCOUNT**
1231 W. HILDEBRAND AVE. SAN ANTONIO, TX 78201
PH. 210-735-8727

2/14/2017

PAY TO THE
ORDER OF   B&E Trucking Co.                    $  **875.00

Eight Hundred Seventy-Five and 00/100************************************************** DOLLARS

B&E Trucking Co.
7014 Butterfied Rd.
San Antonio, TX 78227

MEMO                              AUTHORIZED SIGNATURE

⑆000139⑆ ⑆114025641⑆ 000057000⑆

57000 2/15/2017     139 $875.00
5101001720 TC 0

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND AND HEAT SENSITIVE

**SAN ANTONIO MASONRY & TOOL SUPPLY, INC.**
FEIN 74-2943484
7460 FM 1560 N
SAN ANTONIO, TX 78254
(210) 695-8222

COMPASS BANK
SAN ANTONIO, TEXAS 233          **017988**

35-1054/1130

2/14/2017          $971.66

DATE          AMOUNT

Nine Hundred Seventy One Dollars and 66 Cents

PAY
TO THE
ORDER
OF

B&E Trucking
7014 Butterfield
San Antonio TX  78227

OPERATING ACCOUNT

⑆017988⑆ ⑆113010547⑆ 78046171⑆

78046171 2/15/2017     17988 $971.66
5101001730 TC 0

02000753