AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## EASTERN   DISTRICT OF   TEXAS

UNITED STATES OF AMERICA
V.
JOEL VARGAS (3)
ANGELICA MARIA VARGAS (5)

**AMENDED WITNESS LIST**

Case Number:  1:18-CR-00007

| PRESIDING JUDGE HON. MARCIA CRONE | PLAINTIFF'S ATTORNEY MICHAEL ANDERSON CHRISTOPHER RAPP | DEFENDANT'S ATTORNEY REYNALDO MORIN JAMES MAKIN |
|---|---|---|
| TRIAL DATE (S) March 25-29, 2019 | COURT REPORTER Tonya Jackson | COURTROOM DEPUTY Julia Colyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | **WITNESSES** |
| 1 | | 3/25/19 | | | Michael Anthony Lopez (San Antonio, Texas) |
| 2 | | 3/26/19 | | | Wayne McCoy (Bryan, Texas) |
| 3 | | 3/26/19 | | | Epifanio Ulloa (Store Manager – Edinburg, Texas) |
| 4 | | 3/26/19 | | | Diane Rushing (Beaumont, Texas) |
| 5 | | 3/26/19 | | | Saeed Serrant (Officer, Beaumont Police Department, Beaumont, Texas) |
| 6 | | 3/26/19 | | | Jason Brannon (Longview, Texas) |
| 7 | | 3/26/19 | | | Skyler Hilbers (Wichita Falls, Texas) |
| 8 | | 3/26/19 | | | Richard Boyle (Officer, San Antonio Police Department) |
| 9 | | 3/27/19 | | | Danielle Ybarra (San Antonio, Texas) |
| 10 | | 3/27/19 | | | Ross Rigby (Special Agent, Texas Department of Public Safety, San Antonio, Texas) |
| 11 | | 3/27/19 | | | Michael King (Akron, Ohio) |
| 12 | | 3/27/19 | | | Barkhi Holley (San Antonio, Texas) |
| 13 | | 3/26/19 | | | Raymond Gonzales (San Antonio, Texas) |
| 14 | | 3/26/19 | | | Stacey Schwab (Lieutenant, Texas Department of Public Safety, San Antonio, Texas) |
| 15 | | 3/26/19 | | | Mario Gonzales (San Antonio, Texas) |
| 16 | | 3/26/19 | | | James Mullins (Store Manager - Kirby, Texas) |
| 17 | | 3/27/19 | | | Vivian Brown (San Antonio, Texas) |
| 18 | | 3/27/19 | | | Carlos Godinez (San Antonio, Texas) |
| 19 | | 3/27/19 | | | Bill Hall (San Antonio, Texas) |

| 20 | | 3/28/19 | | | Tina Lewallen (Detective, Beaumont Police Department, Beaumont, Texas) |
|---|---|---|---|---|---|
| 21 | | | | | Carol 'Trey' Frost (Detective, Texas Department of Public Safety, San Antonio, Texas) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |